13 Part

RECEIVED
BY MAIL

SEP 03 2001

CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1407 ADM/AJB   Case Title: Turner v. Ashcroft

### Affidavit of Movant

I, Kathryn M. Engdahl, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James Klimaski, an attorney admitted to practice in the _____ District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Jane A.T. Turner in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

_____   163995                8/31/2001
Signature Kathryn M. Engdahl   MN Attorney License #   Date

### Affidavit of Proposed Admittee

I, James Klimaski, am currently a member in good standing of the U.S. District Court for the _____ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James Klimaski          _____      8/17/01
Type/Print Name         Signature            Date

Number: 243543          Attorney License

Law Firm Name & Address: Klimaski & Grill, PC
1400 K Street, NW, Suite 1000
Washington, D.C. 20005

Telephone: (202) 296-5600

Motion Granted: _____      SEP 0 4 2001
For the Court: Francis E. Dosal, Clerk       Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 0 4 2001
RICHARD D. SLETTEN, CLERK    6/99
JUDGMENT ENTD_____
DEPUTY CLERK_____

## Please forward this announcement to the recipient of this fax.



# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at <u>www.mnd.uscourts.gov</u>. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting <u>www.mnd.uscourts.gov</u> or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.



| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| --- | --- | --- |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |