# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
BY MAIL
SEP 28 2001
CLERK US DIST COURT
ST. PAUL, MN

Case Number: Civil No. 01-CV-1407 ADM/AJB Case Title: Jane Turner v. Ashcroft

## MOTION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Lawrence D. Kudej, am currently a member in good standing of the bar of the United States District Court for the Northern District of Iowa, but not admitted to the bar of this court. I will be representing Dept. of Justice & FBI (Government Agency) in the action listed above.

[signature] 9-26-01
Signature Date

State I.D.: 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

Government Agency U.S. Attorney's Office

Suite/Building: Hach Building, Suite 400

Street Address: 401 First Street S.E.

City State Zip Cedar Rapids, IA 52401

Telephone:( ) 319/363-6333

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature] 9-26-01
Signature Date

Name: Charles W. Larson, Sr.

Title: United States Attorney

U.S. Agency: U.S. Attorney, Northern District of Iowa
Department of Justice

Motion Granted: [signature] SEP 28 2001
For the Court Richard D. Sletten, Clerk Date

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK