UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1407 ADM/AJB

| | | |
|---|---|---|
| JANE A.T. TURNER<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. ASHCROFT, et. al.<br>Attorney General<br>U.S. Department of Justice<br><br>Defendants. | ) | **STIPULATION TO ENLARGE TIME TO ANSWER AND ORDER** |

Plaintiff Jane A.T. Turner and Defendant John Ashcroft, United States Attorney General, through their counsel undersigned, for good cause shown, hereby agree to extend the time in which defendant Ashcroft may answer plaintiff's complaint until October 31, 2001.

The good cause shown is that the Office of the United States Attorney for the District of Minnesota has been recused from this case. The United States Attorney for the Northern District of Iowa will be representing defendant in the future, but has not yet had sufficient time to review the file and prepare the answer. Further, this time enlargement is requested before the period originally prescribed to answer, to wit: October 2, 2001, has expired pursuant to Rule 6(b), Federal Rules of civil Procedure.



FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Respectfully submitted,

Dated: 9/26/01

James R. Klimaski, Esq.
D.C. Bar No. 243543
Klimaski & Grill, P.C.
1400 "K" Street N.W.
Washington, D.C. 20005
(202) 296-5600

Dated: 9/28/01

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY JO MADIGAN
Assistant U.S. Attorney
Attorney ID Number 66266
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

ORDER

Based on the Stipulation of the parties and for good cause shown, it is hereby

**ORDERED** that defendant Attorney General John Ashcroft may have up to and including October 31, 2001, to answer the complaint.

Dated: 10/1/01

Arthur J. Boylan
United States Magistrate Judge
638 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101