# UNITED STATES DISTRICT COURT

RECEIVED BY MAIL
OCT 03 2001
CLERK US DIST COURT ST. PAUL, MN

**District of Minnesota**
**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

**Case Number:** 01-CV-1407 AAM/AJB **Case Title:** Jane A.T. Turner v. John D. Ashcroft, et al

## MOTION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Martha A. Fagg, am currently a member in good standing of the bar of the United States District Court for the Northern District of Iowa, but not admitted to the bar of this court. I will be representing U.S. Dept of Justice and FBI (Government Agency) in the action listed above.

Signature ____ Date 9-27-01

State I.D.: PK0009484

Government Agency: United States Attorneys Office

Suite/Building: 320 - 6th Street Room 203

Street Address: ____

City State Zip: Sioux City, Iowa 51101

Telephone:( ) 712-255-6011

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature ____ Date 9-27-01

Name: JANET L. PETERSEN

Title: BRANCH CHIEF

U.S. Agency: UNITED STATES ATTORNEYS OFFICE

Motion Granted: ____ Date OCT 03 2001
For the Court: Richard D. Sletten, Clerk

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____