UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET AL.,

Defendants.

Civil No. 01-1407 ADM/AJB

NOTICE OF HEARING

---

You are hereby given notice that the Pretrial Conference will be held on January 24, 2002 at 1:30 p.m., Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The Pretrial Conference was originally set for December 19, 2001.

Dated: 12/12/01

Arthur J. Boylan
United States Magistrate Judge

Filed DEC 12 2001
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________