UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RECEIVED
BY MAIL
MAR 15 2002
CLERK US DIST COURT
ST. PAUL, MN

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, Attorney General
U.S. Department of Justice,

and

THOMAS PICKARD, Acting Director
Federal Bureau of Investigation,

Defendants.

Civil No. 01-CV-1407 (ADM/AJB)

**Stipulation of Dismissal of Improper Party** AND ORDER

COMES NOW the parties, and pursuant to 42 U.S.C. § 2000e-16(c), do hereby agree that Thomas Pickard, Acting Director of the Federal Bureau of Investigation should be dismissed as a named defendant in this matter. 42 U.S.C. § 2000e-16(c) states that the only proper defendant in a Title VIII action is the head of the agency in which the alleged discriminatory acts occurred.

WHEREFORE, Thomas Pickard, Acting Director Federal Bureau of Investigation, should be dismissed as a named defendant.

CHARLES W. LARSON, SR.
United States Attorney
Northern District of Iowa

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By: ______________________
Martha Fagg
Larry Kudej
Assistant U.S. Attorneys
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Telefax: (712) 252-2034
Martha.fagg@usdoj.gov

______________________
James Klimaski
1400 K Street, NW Suite 1000
Washington D.C. 2005-2403
Attorney for the Plaintiff

OF COUNSEL:

COLLEEN B. GRZEŚKOWIAK
Assistant General Counsel
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C. 20535

CERTIFICATE OF SERVICE

I certify that I mailed/hand delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on 3-11-02.

UNITED STATES ATTORNEY

BY: Carol M. [signature]

COPIES TO:

Jim Klimaski

IT IS SO ORDERED.

Dated: 3/25/02

______________________
Arthur J. Boylan
U.S. Magistrate Judge