UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET AL.,

Defendants.

Civil No. 01-1407 ADM/AJB

ORDER

---

WHEREAS, counsel for plaintiff has filed a motion to withdrawal from representation as counsel of record in the above captioned case, and

WHEREAS, the undersigned Magistrate Judge having heard argument on said motion,

IT IS HEREBY ORDERED that Plaintiff's motion to withdrawl as counsel is **granted**.

Dated: 4/3/02

ARTHUR J. BOYLAN
United States Magistrate Judge

APR 03 2002

Filed ______________
Richard Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________