139765

RECEIVED BY MAIL
JUN 04 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1407 (ADM/AJB) Case Title: Turner v Ashcroft, etal.

### Affidavit of Movant

I, Robert A. Hill ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Micheal D. Kohn , an attorney admitted to practice in the United States District of Columbia ,but not admitted to the bar of this court, who will be counsel for [✔] plaintiff [ ] defendant Jane Turner in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

R. A. Hill (signature) — Signature
217165 — MN Attorney License #
May 1, 2002 — Date

### Affidavit of Proposed Admittee

I, Michael D. Kohn , am currently a member in good standing of the U.S. District Court for ______ District of Columbia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Micheal D. Kohn — Type/Print Name
(signature) — Signature
May 1, 2002 — Date

Attorney License Number: 425617
Law Firm Name & Address: Kohn. Kohn. & Colapinto. P.C.
3233 P Street N.W.
Washington. D.C. 20007-2756
Telephone: (202) 342-6980

Motion Granted: Richard D. Sletten (signature)
For the Court: Richard D. Sletten, Clerk
JUN 04 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

139765

RECEIVED
BY MAIL
JUN 04 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1407 (ADM/AJB) Case Title: Turner v Ashcroft, etal.

### Affidavit of Movant

I, Robert A. Hill ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Stephen M. Kohn , an attorney admitted to practice in the United States District of Columbia ,but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant Jane Turner in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

R. A. Hill 217165 May 1, 2002
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Stephen M. Kohn , am currently a member in good standing of the U.S. District Court for District of Columbia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stephen M. Kohn [signature] May 1, 2002
Type/Print Name Signature Date

Attorney License Number: 411513
Law Firm Name & Address: Kohn. Kohn. & Colapinto. P.C.
3233 P Street N.W.
Washington. D.C. 20007-2756
Telephone: (202) 342-6980

Motion Granted: [signature] JUN 04 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK