UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| JANE A.T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General<br>U.S. Department of Justice,<br><br>Defendant. | Civil No. 01-CV-1407 (ADM/AJB)<br><br>**ORDER** |

IT IS ORDERED for good cause shown, discovery deadlines shall be extended as follows:

1. Amendment of the pleadings shall be extended to January 6, 2003.
2. Non-expert discovery shall be extended to February 3, 2003.

Arthur J. Boylan
United States Magistrate Judge

cc:
Martha Fagg
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

Stephen Kohn
3233 P Street, NW
Washington, D.C. 2007

OCT 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK