**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET AL.,

Defendants.

**Civil No. 01-1407 ADM/AJB**

**MODIFIED SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective August 1, 2002, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Non-expert discovery shall be commenced in time to be completed by August 1, 2003.

2. Expert Witnesses:
   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before September 1, 2003 .
   b. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before October 15, 2003.
   c. Full disclosures required by Rule 26(2)(B), accompanied by the written report prepared and signed by Defendant's expert witness, shall be made on or before November 15, 2003.
   d. Expert discovery shall be commenced in time to be completed by December 31, 2003.

3. No more than 30 interrogatories (counted in accordance with Rule 33(a)) shall be served by any party.

APR 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. No more than 12 factual depositions, excluding witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210).

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by July 15, 2003.

2. All other non-dispositive motions and supporting documents, including those which relate to non-expert discovery, shall be served and filed by the discovery deadline of August 24, 2003.

3. Prior to scheduling any non-Dispositive motion, parties are encouraged to consider whether the motion, including motions related to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be presented in a form that complies with Local Rule 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by February 1, 2004.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for trial on May 15, 2004, or upon resolution of any pending dispositive motions.

Dated: 4/4/03

Arthur J. Boylan
United States Magistrate Judge

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
(202)342-6980
Attorney for Plaintiff

Robert Hill
431 S. 7th Street, Suite 2450
Minneapolis, MN 55415
(612)376-0017
Attorney for Plaintiff

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant