**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| JANE A.T. TURNER, Plaintiff, | ) | |
| v. | ) | **Civil No. 01-1407 ADM/AJB** |
| JOHN ASHCROFT, ET AL., Defendants. | ) | |

**JOINT MOTION FOR PARTIAL MODIFICATION OF PRETRIAL ORDER**

The parties to this proceeding, Plaintiff Ms. Jane A.T. Turner and defendant Federal Bureau of Investigation ("FBI"), respectfully requests this Court grant a partial modification to the pretrial scheduling order regarding the date of filing the amended complaint. Good cause exists for this modification.

The parties request that the date for filing an amended complaint be changed from July 15, 2003 to August 18, 2003. It would be more efficient for the amended complaint to be filed after the close of fact discovery, after the plaintiff has had an opportunity to evaluate the impact of information obtained in discovery on the scope of her case. No other change in the pretrial order is being requested and this modification would not impact any other deadlines in the case.

JUL 16 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

For good cause shown, the pretrial scheduling order should be modified in the manner set forth in the proposed order, which is attached.

Respectfully submitted,

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
(202) 342-6980 (phone)
(202) 342-6984 (fax)
Counsel for Plaintiff

Martha Fagg
U.S. Attorneys Office
203 Federal Building
320 Sixth Street
Sioux City, IA 51101
(712) 255-6011 (phone)
(712) 252-2034 (fax)
Counsel for Defendants

Date: July 11, 2003

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET AL.,

Defendants.

**Civil No. 01-1407 ADM/AJB**

**ORDER**

UPON CONSIDERATION of the parties Joint Motion for Partial Modification of Pretrial Order, and the entire record herein, it is hereby

ORDERED that the Joint Motion is hereby GRANTED; and it is

FURTHER ORDERED that the deadline for filing an amended complaint shall be modified from the current deadline of July 15, 2003 to the new deadline of August 18, 2003.

Dated: 7/15/03

Arthur J. Boylan
United States Magistrate Judge

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant