**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| JANE A.T. TURNER, Plaintiff, | ) | |
| v. | ) | **Civil No. 01-1407 ADM/AJB** |
| JOHN ASHCROFT, ET AL., Defendants. | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's motion for leave to file Plaintiff's First Amended Complaint, and all papers and argument in support thereof and in response thereto, and the record herein, it be and hereby is

ORDERED that Plaintiff's motion for leave to file Plaintiff's First Amended Complaint be and hereby is GRANTED; and it is

FURTHER ORDERED that the Clerk shall file Plaintiff's First Amended Complaint and it shall be deemed served on Defendants as of this date.

IT IS SO ORDERED.

11/4/03
DATE

Arthur J. Boylan
United States Magistrate Judge

Copies to:

[See next page.]

FILED NOV 0 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756

Robert Hill
431 S. 7th Street, Suite 2450
Minneapolis, MN 55415

Martha Fagg
U.S. Attorneys Office
203 Federal Building
320 Sixth Street
Sioux City, IA 51101