**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jane A. Turner,

Plaintiff,

v.

**ORDER**
Civil No. 01-1407 ADM/AJB

John Ashcroft, Attorney General, United States Department of Justice, Federal Bureau of Investigation, United States Department of Justice and Robert S. Mueller, Director, Federal Bureau of Investigation,

Defendants.

---

Michael D. Kohn, Esq., Kohn Kohn & Colapinto, Washington, D.C., on behalf on Plaintiff.

Martha A. Fagg, Assistant United States Attorney, Sioux City, IA, on behalf of Defendants.

---

The instant matter is before the Court for rulings on the Motions of Defendants, ("Defendants"): (1) to file out of time [Docket No. 43], and (2) to file an over-length brief [Docket No. 44].

Based upon the agreement of the parties and the current procedural posture of the case, Defendants' Motion to file beyond the time period established in the Pretrial Scheduling Order is granted, and Defendants' Motion for Summary Judgment or in the Alternative, Partial Summary Judgment [Docket No. 45] will be deemed timely filed.

Concurrent with the second Motion, Defendants submitted a 55-page memorandum in support of summary judgment, claiming the additional length is necessary to provide the Court with sufficiently developed factual background and legal explanation. Defendants did not seek permission prior to filing

the excessive memorandum. This litigation involves a sole Plaintiff and standard claims under federal anti-discrimination law, which does not require departure from the usual rules. Defendants' Motion for leave to file an over-length brief is denied, and Defendants are hereby ordered to re-file a memorandum in accordance with the Local Rules, not to exceed 35 pages inclusive of any reply, by April 15, 2004. See D. Minn. LR 7.1(c). Plaintiff's time of response is therefore extended until April 30, 2004.

**IT IS SO ORDERED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: April 6, 2004.