UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET. AL.,

Defendants.

ORDER

Civil No. 01-1407(ADM/AJB)

---

The Plaintiff's Motion for Leave to File Out of Time to prepare its rebuttal to Defendant's Motion for Summary Judgment is granted. Plaintiff's response to Defendant's Motion for Summary Judgment is extended up to and including May 14, 2004.

s/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated: April 13, 2004