**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

JANE A.T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT, ET AL.,

Defendants.

**Civil No. 01-1407 (ADM/AJB)**

**ORDER**

The Plaintiff's, Jane A.T. Turner, Motion for Leave to File Out of Time to prepare its rebuttal to Defendant's Motion for Summary Judgment is **granted**. Plaintiff's response to Defendant's Motion for Summary Judgment is extended up to and including May 21, 2004.

**IT IS SO ORDERED**

Dated this 6th day of May, 2004.

HON. ANN D. MONTGOMERY
United States Magistrate Judge

FILED MAY 07 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________