# UNITED STATES DISTRICT COURT

## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# ECF Form
# Application to File Documents Conventionally

A party may conventionally file exhibits that cannot be converted to electronic form (e.g., video tape, audio tape, etc.) without seeking leave to do so. A party must file a Notification of Conventional Filing to indicate the item on record. If a party has a voluminous filing (eg. exhibits), they may seek leave of court to file the documents conventionally. A party may seek leave of the court to file documents such as exhibits conventionally. Parties should allow enough time **(5 days)** for the Judge to review the request to file conventionally, so that the filing may be done in a timely manner before the deadline. If approved, exhibits filed conventionally must be filed according to the ECF Procedures available on the court's website at: http://www.mnd.uscourts.gov/cmecf/index.htm.

**Filer's Name:** Stephen M. Kohn
Attorney Bar ID:
Address:
Kohn, Kohn & Colapinto, LLP
3233 P. Street, NW
Washington, DC 20007

Phone Number: 202.342.6980
E-Mail Address: sk@kkc.omc
Item(s) wish to file conventionally

Plaintiff applies to file Exhibits to her Memorandum in Opposition to Defendant's Motion for Summary Judgment because of the voluminous number.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select the "Application to File Conventionally" event.

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

If this request is approved, please follow the instructions in the ECF Procedure Guide for filing documents conventionally with the Clerk's Office.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select the "Application to File Conventionally" event.