**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jane A.T. Turner,<br><br>Plaintiff,<br><br>v.<br><br>John Ashcroft, et al.,<br><br>Defendants. | Civil No. 01-1407 (ADM/AJB)<br><br>**ORDER** |

The instant matter is before the Court on Plaintiff's Application to File Documents Conventionally. [Docket No. 55]. Plaintiff has informed the Court that he will be filing a voluminous number of depositions as exhibits to the Memorandum in Opposition to Defendant's Motion for Summary Judgment. Plaintiff's Application is **GRANTED**.

**IT IS SO ORDERED**.

s/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated: May 19, 2004