Original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RECEIVED
BY U.S. MAIL
2004 MAY 26 AM 9:13
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

| | | |
|---|---|---|
| JANE A.T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General<br>U.S. Department of Justice, et al.,<br><br>Defendant. | ) | Civil No. 01-CV-1407 (ADM/AJB) |

**DEFENDANT'S NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

**TO:** Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007

PLEASE TAKE NOTICE that on the 23rd day of July, 2004, at 10:30 o'clock a.m., in Room 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the Defendants John Ashcroft, Attorney General, U. S. Department of Justice, Federal Bureau of Investigation, Washington, D.C., United States Department of Justice, Washington, D.C. , and Robert S. Mueller, Director, Federal Bureau of Investigation, Washington, D.C., will move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting defendants' motion for summary judgment. Said motion is based upon the motion, memorandum, exhibits and pleadings.

SCANNED
MAY 26 2004
U.S. DISTRICT COURT MPLS

Dated this 24th day of May, 2004

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By:
MARTHA A. FAGG
Assistant United States Attorney
320 - 6th Street Room 203
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
Martha.Fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed/hand delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on May 24, 2004

UNITED STATES ATTORNEY

BY:

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007