AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jane A.T. Turner

V.

John Ashcroft, United States Attorney General, Federal Bureau of Investigation, United States Department of Justice, and Robert S. Mueller, Director, Federal Bureau of Investigation,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1407 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motion for Summary Judgment or in the Alternative, Partial Summary Judgment [Docket No. 45] is GRANTED; and
2. Plaintiff's First Amended Complaint [Docket No. 41] is hereby DISMISSED WITH PREJUDICE.

September 17, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Lisa Duda
(By) Lisa Duda, Deputy Clerk