**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| JANE TURNER, Plaintiff, v. FEDERAL BUREAU OF INVESTIGATION, *et al.*, Defendants. | **C.A. No. 01-CV-1407 (ADM/AJB)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2004, I caused the following documents: Notice of Appeal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha Fagg,
Assistant United States Attorney,
320 Sixth Street, Suite 203,
Sioux City, Iowa 51101.

By: _______**/s/**_______
Stephen M. Kohn

Dated: September 21, 2004