**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| JANE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>Defendants. | **C.A. No. 01-CV-1407 (ADM/AJB)** |

**NOTICE OF APPEAL**

Notice is hereby given that Jane Turner, plaintiff in the above-captioned case, by and through counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from an Order entered in this action on September 17, 2004 granting summary judgment to the defendant and dismissing the Complaint, with prejudice by this court.

Respectfully submitted,

_______/s/ Stephen M. Kohn____
Stephen M. Kohn, DC Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007
(202) 342-6980
Attorneys for the Plaintiff

Dated: September 22, 2004