**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| JANE TURNER, | |
| Plaintiff, | |
| v. | **C.A. No. 01-CV-1407 (ADM/AJB)** |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2004, I caused the following documents: Notice of Appeal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha Fagg,
Assistant United States Attorney,
320 Sixth Street, Suite 203,
Sioux City, Iowa 51101.

By: _______**/s/Stephen M. Kohn________**
Stephen M. Kohn

Dated: September 22, 2004