Fri Oct 1 15:16:35 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145566
Cashier Joni

Check Number: 5544

DO Code 4641 Div No 3

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

JANME A TURNER 0:01-CV-1407

NOTICE OF APPEAL

SCANNED
OCT 01 2004
U.S. DISTRICT COURT ST. PAUL

J. -



Missour

Case # 01-1407 ADM AJ

#255 Clerks office Court

St. Paul 7th

Robert Street



Doc #64-
5-22-04