# UNITED STATES DISTRICT COURT

## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL INFORMATION SHEET

**Date:** October 4, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Gloria Schneider, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1407 ADM/AJB
Eighth Circuit Case No.:
Case Title: Jane A. Turner vs John Ashcroft Attorney General, et al

---

TRANSMITTED HEREWITH:

9 Original File(s), consisting of file(s).

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

: Other: Receipt No. 145566 - $255.00 Appeal Fee.

9 Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________