UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 01-CV-1407 (ADM/AJB) |
| v. | ) | |
| | ) | |
| JOHN ASHCROFT, Attorney General | ) | |
| U.S. Department of Justice, et al. ) | | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S OBJECTION TO PLAINTIFF JANE A. TURNER'S BILL OF COSTS**

COMES NOW the Defendant, and pursuant to Fed. R. App. P. 39(d) and LR 39A(a)(34) objects to Plaintiff's Bill of Costs for the fees and costs filed in the above matter for the following reasons:

1. The judgment entered by the Court was only final to the counts of hostile work environment and discrimination based on gender. The count of retaliation was remanded by the Eighth Circuit Court of Appeals to the District Court for trial.

2. The Opinion issued by the District Court does not tax costs to either party.

WHEREFORE, Plaintiff's Motion for Bill of Costs should be dismissed.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By: s/ Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed/hand delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on September 16, 2005

UNITED STATES ATTORNEY

BY:s/ Carol McEntaffer

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007