**U.S. Department of Justice**

*United States Attorney*
*Northern District of Iowa*

*Mailing Address and Shipping Address:*
*600 4th St., Suite 670* *(712) 255-6011*
*Sioux City, IA 51101* *FAX (712) 252-2034*

October 19, 2005

Clerk of Court
U.S. District Court
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Re: Jane A. T. Turner v. John Ashcroft, et al.
Civil No. 01-CV-1407 (ADM/AJB)

Dear Clerk:

Pursuant to your request, please be advised that we withdraw Defendant's Objection to Plaintiff Jane A. Turner's Bill of Costs, filed on September 16, 2005.

Please let me know if you need anything further. Thank you.

Sincerely,

CHARLES W. LARSON, SR.
United States Attorney

By:

MARTHA A. FAGG
Assistant United States Attorney

MAF:cmc