01-1407 ADM/AJB

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
NOV 30 2005
CLERK US DIST COURT
MINNEAPOLIS MN

No. 04-3426

| | |
|---|---|
| Jane A.T.Turner, | |
| Appellant, | |
| vs. | Appeal from the United States District Court for the District of Minnesota |
| Alberto Gonzales, United States Attorney General; Federal Bureau of Investigation; United States Department of Justice; Robert S. Mueller, Director, Federal Bureau of Investigation, | |
| Appellees. | |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

August 30, 2005

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 23, 2005

RECEIVED
BY MAIL
NOV 30 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-3426 Jane A.T. Turner vs. John Ashcroft

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure

SCANNED
DEC 01 2005
U.S. DISTRICT COURT

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Ann D. Montgomery
Stephen M. Kohn
Lawrence Donald Kudej
Martha A. Fagg

District Court/Agency Case Number(s): 01-cv-01407 ADM/AJB

SCANNED
DEC 01 2005
U.S. DISTRICT COURT