UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JANE A. T. TURNER,

Plaintiff,

v.

JOHN ASHCROFT,

Defendant.

**ORDER OF RECUSAL**
**Civil No. 01-1407(ADM/AJB)**

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

DATED: April 10, 2006

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT