**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

---

**#1) Cr. #06-138**
**United States of America**

**v.**

**Tyvarus Lee Lindsey**

---

**COUNSEL FOR PLAINTIFF:**
Michael Dees
612-664-5600

**COUNSEL FOR DEFENDANT:**
Andrea George
612- 664-5858

---

**#2) Cr. #06-170**
**United States of America**

**v.**

**Miguel Ambriz Vazquez (1)**

---

**COUNSEL FOR PLAINTIFF:**
Tracy Perzel
612-664-5600

**COUNSEL FOR DEFENDANT:**
Daniel Gerdts
612- 371-0722

---

**#3) Cr. #06-188**
**United States of America**

**v.**

**Cristino Ruiz-Vasquez**

---

**COUNSEL FOR PLAINTIFF:**
Michelle Jones
612-664-5600

**COUNSEL FOR DEFENDANT:**
Arthur Martinez
612-333-6000

---

**#4) Cr. #06-208**

**United States of America**

**v.**

**James Brock Williams**

---

**COUNSEL FOR PLAINTIFF:**
Chris Wilton
612-664-5600

**COUNSEL FOR DEFENDANT:**
Nancy Vanderheider
651-340-6142

---

**#5) Cv. #04-1070**

**Clark Kruger**

**v.**

**Maureen Connor, et al.**

---

**COUNSEL FOR PLAINTIFF:**
Alan Anderson
Matthew Palen
612-321-2800

**COUNSEL FOR DEFENDANTS:**
Jennifer Service
651-282-5700

---

**#6) Cv. #01-1407**

**Jane A.T. Turner**

**v.**

**Alberto Gonzales, et al.**

---

**COUNSEL FOR PLAINTIFF:**
Stephen Kohn
202-342-6980

**COUNSEL FOR DEFENDANTS:**
Martha Fagg
712-255-6011

----------------------------------------------------

**#7) Cv. #03-5282**

**Rockway, Inc., et al.**

**v.**

**David A. Stampe**

-------------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Karl Cambronne
612-339-7300

**COUNSEL FOR DEFENDANT:**
Pro Se

----------------------------------------------------

**#8) Cv. #05-931**

**Buffets, Inc.**

**v.**

**Hartford Fire Insurance Company**

-------------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Robert Lamar
404-577-1777

**COUNSEL FOR DEFENDANT:**
Cole Kain
312-606-7491

----------------------------------------------------

**#9) Cv. #05-1316**

**Dee Bernhardt**

**v.**

**Brian K. Holmstrom**

-------------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Francis Doherty
608-784-3540

**COUNSEL FOR DEFENDANT:**
Kenneth Dodge
612-333-6251

The above-captioned cases are set for a ***jury trial***, before Chief Judge James M. Rosenbaum, United States District Court, in Minneapolis, Minnesota on:

**Monday, November 13, 2006 @ 9:00 a.m.**

Please submit all pretrial materials to the Court no later then Monday, November 6, 2006.

New courtroom technology has been installed in our courtroom as of June 2001. If you

need assistance with respect to the technology available in Judge Rosenbaum's Courtroom or the operation of the various equipment, please call Kristine Wegner at 612-664-5125.

Judge Rosenbaum tries cases quickly. **Counsel are directed to have sufficient witnesses on hand to assure a full day of trial each day. Failure to do so may result in sanctions.**

Sincerely,

October 25, 2006

s/Heather Labat
Heather Labat Calendar Clerk
to Chief Judge James M. Rosenbaum

# NOTICE

**1) Please refer to the ECF Civil Procedure Guide for the District of MN, Section 2, Part I for filing procedures.**

**2) Also, please refer to Local Rule 39.1(b) for documents to be submitted for trial.**

**3) All future correspondences including, but not limited to, jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF.**