U.S. District Court

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

November 7, 2006

COUNSEL OF RECORD

RE: Cv. #01-1407 Jane A.T. Turner v. Alberto Gonzales, et al.

Dear Counsel:

The above-referenced case is assigned to Chief Judge Rosenbaum for trial. A final pretrial conference will be held on November 13, 2006, at 2:00 p.m., in the Chambers of Chief Judge Rosenbaum, 15E United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat
Calendar Clerk to Chief
Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov