# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jane A.T. Turner, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: James M. Rosenbaum |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 01-1407 JMR/FLN |
| | ) | Date: November 13, 2006 |
| Alberto Gonzales, et al., | ) | Court Reporter: n/a |
| | ) | Time Commenced: 2:00 p.m. |
| Defendant. | ) | Time Concluded: 2:15 p.m. |
| | ) | Time in Court: 15 Minutes |

Hearing on: **Final Pretrial Conference**

APPEARANCES:

Plaintiff: Stephen Kohn and Robert Hill
Defendant: Martha Fagg

PROCEEDINGS:

: Final pretrial conference held.
: Dates discussed for the progression of the case. Trial ready January 10, 2007.

IT IS ORDERED:

: Final Pretrial Order forthcoming.

s/Heather Labat
Calendar Clerk