# United States District Court

District of MINNESOTA

Jane A. T. Turner,
v.
John Ashcroft, et al.

**PLAINTIFF/DEFENDANT EXHIBIT LIST**

Case Number 01-CV-1407JMR/FLN

| Presiding Judge<br>James M. Rosenbaum | **Plaintiff's Attorney**<br>Stephen Kohn<br>Robert Hill | **Defendant's Attorney**<br>Martha A. Fagg/<br>Lawrence D. Kudej |
|---|---|---|
| **Trial Date(s)**<br>January 22, 2007 | **Court Reporter** | **Courtroom Deputy** |

| Agreed No. | Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | | | | | Joint Stipulation of Agreed Facts |
| 2 | | | | | | Turner Performance Appraisal Report 1999 |
| 3 | | | | | | Turner Performance Appraisal Report 2000 |
| 4 | | | | | | Inspection Finding regarding Turner 10-19-99 (EC Casey to Domin) |
| 5 | | | | | | Turner Memo to Welken 5-23-99 |
| 6 | | | | | | April 25, 1999 Turner to Welken |
| 7 | | | | | | April 30, 1999 Burrus to turner |
| 8 | | | | | | June 18, 1999 Turner to Burrus |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size 

**EXHIBIT LIST - CONTINUATION**

| Jane A.T. Turner v. John Ashcroft, et al. | | | | | | Case No. 01-CV-1407JMR/FLN |
|---|---|---|---|---|---|---|
| Agreed No. | Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits* |
| | 51 | | | | | Jane Turner Performance Appraisal reports, April 14, 1989 – April 17, 1999. **(Expects to offer)** |
| | 52 | | | | | Turner Certificates, Training recognitions and summary of personal file by Avelino Demetrio, Jr. Date 3-17-99 **(Expects to offer)** |
| | 53 | | | | | FBI/Department of Justice Turner Letters of Appreciation DOJ/FBI/State law enforcement/Minot/North Dakota community **(Expects to offer)** |
| | 54 | | | | | Book: Flight of the Falcon by Robert Lindsey copyright 1983. **(Expects to offer)** |
| | 55 | | | | | July 16, 1998 Schneider to Welken **(Expects to offer)** |
| | 56 | | | | | July 28, 1998 FBI e-mails Froistad [8:29 AM, 12:47 PM 1:53 PM]) **(Expects to offer)** |
| | 57 | | | | | October 13, 1998 Schneider E-mail to Turner **(Expects to offer)** |
| | 58 | | | | | December 17, 1998 Turner to Welken **(Expects to offer)** |
| | 59 | | | | | March 21, 1999 Letter from Turner to Avelino (with attachment) **(Expects to offer)** |
| | 60 | | | | | June 22, 1999 Burrus to Tuner **(Expects to offer)** |
| | 61 | | | | | Turner file review January 1997 thru June 1999 **(May offer)** |
| | 62 | | | | | Turner Appeals of the 1999 file reviews and performance review **(May offer)** |
| | 63 | | | | | September 24, 1999 Turner to Welken **(Expects to offer)** |
| | 64 | | | | | September 28, 1999 Mattson to Turner **(Expects to offer)** |
| | 65 | | | | | Exhibits to Onstead Deposition (letter 9-25-99 and undated statement) **(Expects to offer)** |
| | 66 | | | | | 2-19-02 Bureau Personnel Management System, Appraisal information for Jane Turner - Print out **(Expects to offer)** |
| | 67 | | | | | Exhibits to Florez Deposition (Nomination of Turner and Sworn EEO Statement) **(Expects to offer)** |
| | 68 | | | | | Sworn Statement of Wendy Loucks **(Expects to offer)** |
| | 69 | | | | | December 17, 1999 Turner to Welken **(Expects to offer)** |
| | 70 | | | | | January 7, 2000 Turner to Domin **(Expects to offer)** |
| | 71 | | | | | January 13, 2000 Rowley to Domin **(May offer)** |
| | 72 | | | | | FBI MAOP (sections) **(May offer)** |
| | 73 | | | | | "Implications of a 'Does not Meet Expectations' Summary Rating?" **(May offer)** |
| | 74 | | | | | Expert Report of Dr. Edwin Carter and CV **(Expects to offer)** |
| | 75 | | | | | Expert Report John Roberts and CV **(May offer)** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size 

**EXHIBIT LIST - CONTINUATION**

Jane A.T. Turner v. John Ashcroft, et al. Case No. 01-CV-1407JMR/FLN

| Agreed No. | Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits* |
|---|---|---|---|---|---|---|
| | | 76 | | | | 1999 December warning PAR/PIP |
| | | 77 | | | | June 23, 1999 PSA and PIP including file reviews and other attachments |
| | | 78 | | | | August 28, 1999 PSA and PIP including file reviews and other attachments |
| | | 79 | | | | Turner's 1995-2000 Performance Plan |
| | | 80 | | | | 4-25-99 EC draft from Turner to Welken |
| | | 81 | | | | 4-27-99 Routing slip Welken to Turner cc Burrus |
| | | 82 | | | | 4-28-99 Turner e-mail to Welken |
| | | 83 | | | | 4-30-99 Burrus letter to Turner |
| | | 84 | | | | Welken's drop file-handwritten notes-specific documents to be identified |
| | | 85 | | | | 7-9-99 Welken's response to Burrus re: PAR |
| | | 86 | | | | 9-13-99 Domin EC re: Turner |
| | | 87 | | | | 9-14-99 Domin EC re: Turner |
| | | 88 | | | | 10-19-99 Inspection memo-stipulated |
| | | 89 | | | | 10-30-99 EC Welken to Domin |
| | | 90 | | | | 11-05-99 Welken/Domin referral for FFD and transfer |
| | | 91 | | | | 11-22-99 Health Care response to FFD request |
| | | 92 | | | | 11-19-99 Response to Inspection Findings by Craig Welken |
| | | 93 | | | | 6-24-01 Letter from HPCU to Turner re: treatment |
| | | 94 | | | | Turner e-mails - specific documents to be identified |
| | | 95 | | | | 5-23-99 Turner request for reconsideration of PAR to personnel |
| | | 96 | | | | 6-18-99 Turner additional information for PAR review request to Burrus |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size 

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By: s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

By: s/ Stephen Kohn

Kohn, Kohn & Colapinto, LLP
DC Bar #: 411513
Kohn, Kohn, & Colapinto
3233 P Street, NW
Washington, D.C. 20007
202-342-6980
202-342-6984 (fax)
Attorney for Plaintiff

Dated: December 15, 2006