UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

| | | |
|---|---|---|
| Jane A. T. Turner | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| Alberto Gonzales et al. | ) | |

Based on the parties' stipulation, the final pretrial order [Docket No. 82] is amended as follows:

The joint agreed statement of deposition testimony described in paragraph three, as well as objections to the use of deposition testimony as described in paragraph four, shall be submitted on or before December 29, 2006.

IT IS SO ORDERED.

Dated: December 20th, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge