**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

---

**Cv. #01-1407 *(Trial dates 1/24 -1/26)***
**Jane A.T. Turner**

**v.**

**Alberto Gonzales, et al.**
**2-3 days**

---

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Stephen Kohn | Martha Fagg |
| 202-342-6980 | 712-255-6011 |

---

**Cr. #06-165 *(Trial dates 1/29-2/14)***
**United States of America**

**v.**

**Cyril J. Bauer (1)**
**Rae Orene Bauer (2)**
**10-12 days**

---

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|
| David MacLaughlin | Scott Tilsen |
| 612-664-5600 | 612-664-5858 |
| | Dean Grau |
| | 612-338-4995 |

---

**Cv. #05-931 *(Trial dates 3/5-3/9)***
**Buffets, Inc.**

**v.**

**Hartford Fire Insurance Company**
**5 days**

---

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Robert Lamar | Cole Kain |
| 404-577-1777 | 312-606-7491 |

**Cv. #05-1316** ***(Trial dates 3/19-3/23)***
**Dee Bernhardt**

**v.**

**Brian K. Holmstrom**

**----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Francis Doherty
608-784-3540

**COUNSEL FOR DEFENDANT:**
Kenneth Dodge
612-333-6251

**-------------------------------------------------**

**Cv. #04-4693** ***(Trial 4/2-4/6)***
**Stanford T. E. McClure, Jr.**

**v.**

**Career Systems Development Corp**

**----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Jesse Gant, III
763-780-1668

**COUNSEL FOR DEFENDANT:**
Jeffrey Pasek
215-665-2072

The above-captioned cases are set for a ***jury trial***, before Chief Judge James M. Rosenbaum, United States District Court, in Minneapolis, Minnesota on:

**Monday, January 22, 2007 @ 9:00 a.m.**

Please note that next to each case number is a ***possible*** trial date. The date listed is only an estimated trial date. If any case on the notice settles, the next case on the list will be moved up to take its place. All cases shall be trial ready by Monday, January 22, 2007.

Please submit all pretrial materials to the Court no later then Tuesday, January 16, 2007

New courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenbaum's Courtroom or the operation of the various equipment, please call Heather Labat at 612-664-5053.

Judge Rosenbaum tries cases quickly. **Counsel are directed to have sufficient witnesses on hand to assure a full day of trial each day. Failure to do so may result in sanctions.**

Sincerely,

December 20, 2006

s/Heather Labat
Heather Labat Calendar Clerk
to Chief Judge James M. Rosenbaum

# NOTICE

**1) Please refer to the ECF Civil Procedure Guide for the District of MN, Section 2, Part I for filing procedures.**

**2) Also, please refer to Local Rule 39.1(b) for documents to be submitted for trial.**

**3) All future correspondences including, but not limited to, jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF.**