UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
O1-CV-1407 (JMR/ADB)

| | |
|---|---|
| JANE A.T. TURNER<br><br>Plaintiff,<br><br>v.<br><br>Alberto Gonzales *et al*.,<br><br>Defendants. | **PLAINTIFF JANE TURNER'S EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26** |

Plaintiff Jane Turner, by and through counsel, and pursuant to Fed. R. Civ. P., Rules 26(a)(2) and hereby supplements the expert disclosures she previously made in 2004. The expert reports filed in 2004 are not changed in any manner.

**DISCLOSURE OF EXPERTS**

Pursuant to Fed. R. Civ. P., Rule 26(a)(2), Plaintiff hereby discloses Plaintiff's experts. The information required to be disclosed on experts is contained herein or in the expert reports and curriculum vitaes of the expert:

1. Edwin N. Carter, Phd,
   Associated Clinical Services
   8348 Traford Lane Suite 102
   Springfield, VA 22152

   A) Written report prepared and signed by the witness: See Expert Report of Edwin Carter filed in 2004, Carter to Kohn, dated May 21, 2004. Attached as Ex. 1.
   B) Any exhibits to be used as a summary of or support for the opinions: See Ex. 1, Expert Report of Edwin Carter filed in 2004.
   C) Qualifications of the witness: See Curriculum Vitae of Edwin Carter, Ex. 2.
   D) List of all publications authored by the witness within the preceding ten years: See Curriculum Vitae of Edwin Carter, Ex. 2.
   E) Compensation to be paid for the study and testimony: $200.00 per hour
   F) List of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years: *See* list of cases, attached as Ex. 3.

2. John Roberts
   29574 Charles Drive
   Easton, MD 21601

   A) Written report prepared and signed by the witness: See Affidavit of John Roberts, dated May 20, 2004, attached as Ex. 4.
   B) Any exhibits to be used as a summary of or support for the opinions: See Expert Report of John Roberts. In testifying, Mr. Roberts may also rely upon the FBI's Manual of Administrative and Operating Procedures (MAOP)
   C) Qualifications of the witness: See Ex. 4, Affidavit of John Roberts (May 20, 2004)
   D) List of all publications authored by the witness within the preceding ten years: None.

   E) Compensation to be paid for the study and testimony: $200 per hour
   F) List of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years: None

Respectfully submitted,

By: s/Stephen Kohn

Kohn, Kohn & Colapinto, LLP
DC Bar #: 411513
Kohn, Kohn, & Colapinto
3233 P Street, NW
Washington, D.C. 20007
202-342-6980
202-342-6984 (fax)
Attorney for Plaintiff

Dated: December 20, 2006