# CURRICULUM VITAE

**Edwin N. Carter**

Business Addresses

8348 Traford Lane
Suite 102
Springfield, Virginia 22152

433A Carlisle Drive
Herndon, Virginia 20170

| | | |
|---|---|---|
| Telephone: | 703-569-8731 | 703-481-6001 |
| Fax: | 703-569-7248 | 703-481-5664 |


## Educational Background

**Ph.D. 1973** **Bioneuropsychology and Clinical Psychology, University of Massachusetts**

**M.S. 1972** **Bioneuropsychologiy and Clinical Psycyology, University of Massachusetts**
Some of the specialized classes included courses such as Neurophysiological Psychology, Neuro-anatomy, General Physiology, Tests and Measurements, and Learning in addition to traditional courses. I took specialized coursework in diagnosis and treatment of disorders in the areas of Neuropsychology, sexual disorders, domestic disputes, as well as courses in all major areas of psychology.

**B.A. 1969** **Psychology, University of Virginia, with Distinction**
I received a certificate of outstanding achievement for a 4.0 average in 1968-1969. My coursework included Biopsychology, Tests and Measurements, Abnormal Psychology, Sensory and Perception, and Anatomy, in addition to normal basic classes.

**1969-1973** **NIMH Pre-Doctoral Fellow**

## Teaching Experience

**University of Massachusetts**, (08/69-06/73) I taught undergraduate and graduate courses in Statistics, Physiological and Developmental Psychology in addition to being an assistant in both graduate and undergraduate classes in Statistics, Learning Theory, Clinical, Developmental and Physiological Psychology.

**State University of New York.** (08/73-06/76) I served as an Assistant Professor of Psychology. I taught undergraduate and graduate classes in Abnormal Psychology, Statistics, Testing and Measurements, Clinical Psychology, Motivation, Educational Psychology, Physiological Psychology, Introductory Psychology, Psychology of Education, and Developmental Psychology. I directed the graduate research and training of over 20 graduate students. I worked at the Counselor Training Center, and I supervised the training of psychology interns/graduate students.

**George Mason University.** (09/77-present) I have taught part-time graduate and undergraduate courses in Testing and Measurements, Developmental and Introductory Psychology.

## Consulting

**Monroe County Children's Center**. (08/74-05/76) I developed and implemented a training program for childcare workers and therapists. I wrote a training manual to be used for future training of childcare workers and social workers as part of a grant. Provided direct clinical services to residents. I provided research and statistical analyses of juvenile residents including determination of recidivism rates and correlation among personality types, nature of offense and therapy response.

**Attica Correctional Facility**. (09/74-05/76) I worked directly with inmates teaching courses in psychology and providing direct clinical services, particularly for habitual sexual offenders.

**Livingston County**. (09/74-05/76) I was a consultant to BOCES Program in local high school psychology programs and to Department of Social Services regarding therapy programs for designated populations.

**Kodak Company**. (04/76-05/76) I was a marketing consultant.

**River's Bend Farm**. (09/80-06/83) I provided staff consultation and direct clinical services to residents. I consulted and developed curriculum with teaching staff. I directed activities of other psychologists.

**Accotink Academy**. (07/76-06/83) I supervised activities of therapists and teachers in various disciplines, provided direct clinical services in the form of neuropsychological testing and individual and group therapy to learning disabled and emotionally disturbed students as well as neurologically impaired students. I consulted with staff in development of educational and therapeutic techniques and curriculum design. I staffed with parents of students.

## Clinical Experience

**Private Practice.** (1976-present) Washington Metropolitan Area. I have provided services to patients of all ages, including diagnostic evaluations for clinical, educational and forensic purposes. I have supervised the internships/residencies of numerous professionals in a wide variety of disciplines. I have consulted with numerous private schools and hospitals in the Metropolitan Area concerning diagnosis and treatment of targeted populations. I have provided neuropsychological testing and individual, group and family psychotherapy for a variety of populations including, but not limited to, those disorders involving alcohol and substance abuse, sexual abuse and dysfunction, learning disabilities and developmental delays, depression, post-traumatic stress disorder, attention deficit hyperactivity disorder, mental retardation, oppositional behavior (conduct disorder), antisocial behavior, dementia, personality disorder, schizophrenia, paranoia, anxiety disorder, eating disorders, impulse control disorder and brain trauma. I have provided forensic services, including mediation, evaluations for determination of sanity, competency to stand trial and resolution of domestic/custody disputes. I have been recognized as an expert in areas which included general psychology, child psychology, domestic/custody determinations, special education, whistleblowing and disability determinations.

**Private Practice.** (1973-1976) Rochester, New York, area. I provided services to patients of all ages including diagnostic evaluations for clinical, educational and forensic purposes. I consulted with numerous private schools and hospitals in the area concerning diagnosis and treatment of targeted populations.

## Honors

NIMH Pre-doctoral fellowship, 1969-1973, University of Massachusetts, Amherst, Massachusetts

Certificates of Outstanding Academic Achievement, University of Virginia, straight As (4.0 GPA out of possible 4. 0 GPA), 1968, 1969.

Psychology Intern, Summer 1967, 1968, Walter Reed Army Institute of Research, Washington, D.C.

## Grants

I have been principal investigator of major grants involved with the:

1. Study concerning relationship between counselor staff training and recidivism in juvenile delinquency.
2. Development of a neuropsychological battery for assessment of hyperactivity.
3. Investigation into the relationship between hyperactivity and learning disabilities.

I have also been awarded numerous small grants over the years.

## Major Publications and Presentations

Homzie, M.J., Rudy, J.W., and Carter, E.N. Runway performance as a function of goal-box placements and goal event sequence. Journal of Comparative and Physiological Psychology, 1970, 71, 283-291.

Rudy, J.W., Homzie, M.J., Cox, R.D., Graeber, R.D., and Carter, E.N. Effects of sequential manipulations in the within-subjects partial reinforcement experiment. Journal of Comparative Physiological Psychology, 1970, 72 105-115.

Carlson, N.R., Carter, E.N., and Vallante, M. Runway alternation and discrimination with limbic lesions. Journal of Cooperative and Physiological Psychology, 1972, 78, 91-101.

Carter, E.N. Reinforcement and punishment effects on human operant performance. Paper presented at Eastern Psychological Association, Boston, Massachusetts, April, 1972.

Carter, E.N. and DeJulio, S. S. Exam criteria in PSI performance. Paper presented at Eastern Psychological Association, New York, New York, May 1975.

Carter, E.N., DeJulio, S. S., and Rice, A.P. The role of the therapist in the self-control of obesity. Paper presented at Eastern Psychological Association, New York, New York, May 1976.

Togel, H., DeJulio, S.S., Carter, E.N., Reynolds, J.R., and Peitrapaolo, M. The relationship between GSR and card reaction time and card preference in the Rorschach. Paper presented at Rocky Mountain Psychological Association, Phoenix, Arizona, May, 1976.

DeJulio, S.S., Christoff, K.A., Carter, E.N., Price, T.L., and Lombardo, T.W. Simulation of neurosis on the MAPI. Paper presented at Rocky Mountain Psychological Association, Phoenix, Arizona, May, 1976.

Carter, E.N., DeJulio, S. S., Christoff, K.A., and Lombardo, T.W. Premature birth, hyperactivity, and intelligence. Paper presented at Rocky Mountain Psychological Association, Phoenix, Arizona, May 1976.

Carter, E.N., Telaak-Carter, K.A., Couture, E.T., and Wright, P.G. The effect of differing criteria for unit exam mastery on college test performance. Journal of Experimental Education, 1976, 14, 54-57.

Carter, E.N. and Reynolds, J.R. Imitation in the treatment of a hyperactive child. Psychotherapy: Theory, Research and Practice, 1976, 13, 160.

Carter, E.N., Rice, A.P. and DeJulio, S. S. Role of the therapist in the self-control of obesity. Journal of Consulting and Clinical Psychology, 1977, 45, 503.

Kaplan, E., Crosby, R, Carter, E.N., McConnell, E.N., and Moen, B. Gerstmann's Syndrome. Paper presented at Convention of Association for Children with Learning Disabilities. Washington, D.C., March, 1977.

Carter, E.N. Training Manual: Working in Children's Detention Facilities, New York State Printing Office. 1977.

Christoff, K.A., Carter, E.N. and DeJulio, S.S. Role Faking on the Minnesota Multiphasic Personality Inventory. Paper presented at American Psychological Association, San Francisco, California. August, 1977.

Duffy, K, DeJulio, S., and Carter, E.N. Size of sexy figure drawings by males and females. Paper presented at Eastern Psychological Association, Washington, D.C. March, 1978.

Carter, E.N. and Shostak, D.A. Imitation in the Treatment of the Hyperkinetic Behavior Syndrome. Journal of Child Clinical Psychology, 1980, 63-66.

Carter, E.N. New treatment approaches to hyperactivity. Paper presented at Southeastern Psychological Association. May, 1980.

Carter, E.N. Hemisphere by-passing as an educational technique. Paper presented at American Psychological Association, Washington, D.C. August, 1982.

Carter, E.N. A computer program for scoring and interpreting objective psychological tests. September, 1984.

Carter, E.N. A computerized psychological report writer. November, 1987.

I have addressed hundreds of schools, hospitals and other organizations over the years.
I have directed and supervised numerous residents and interns in psychological, social work and counseling over the years.

**Professional Associations**

Member, Division of Clinical Neuropsychology
Member, American Psychological Association
Member, Virginia Psychological Association
Member, National Register of Health Care Providers in Psychology
Licensed Clinical Psychologist, State Board of Medicine in Virginia, 1976
Other State Licenses: District of Columbia (inactive status), Maryland (inactive status)
New York (inactive status)
Member, Association of Treatment of Sexual Abusers
Board Certified Domestic Violence Counselor
Board Certified Forensic Counselor
Board Certified Addictions Specialist