| DATE | STYLING | LOCATION |
|---|---|---|
| 12/20/2006 | JARRELL V JARRELL | FAIRFAX CIRCUIT |
| 11/14/2006 | PIERAS V PIERAS | FAIRFAX CIRCUIT |
| 10/5/2006 | TRUESE V TRUESE | FAIRFAX CIRCUIT |
| 9/5/2006 | MIAZZA V MIAZZA | FAIRFAX CIRCUIT |
| 8/31/2006 | BASS V BASS | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 8/2/2006 | WHITE V DOCKERY | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 7/26/2006 | COOPER V COOPER | FAIRFAX CIRCUIT |
| 6/29/2006 | REEDER V DESMONE | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 12/1/2005 | STATE OF MARYLAND V BRADFORD | PRINCE GEORGES CIRCUIT |
| 10/14/2005 | COMMONWEALTH OF VIRGINIA V CRANE | FAIRFAX CIRCUIT |
| 9/22/2005 | FIGUEROA V FIGUEROA | FAIRFAX CIRCUIT |
| 9/20/2005 | TRUESE V TRUESE | FAIRFAX CIRCUIT |
| 5/24/2005 | COMMONWEALTH OF VIRGINIA V CRANE | FAIRFAX CIRCUIT |
| 4/19/2005 | FRIED V THOMSON | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 4/18/2005 | COMMONWEALTH OF VIRGINIA V BAYER | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 4/6/2005 | NEEF V NEEF | FAIRFAX CIRCUIT |
| 3/18/2005 | WHITE V DOCKERY | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 3/1/2005 | HOSKIN V HOSKIN | FAIRFAX CIRCUIT |
| 2/17/2005 | COMMONWEALTH OF VIRGINIA V BAYER | FAIRFAX CIRCUIT |
| 12/15/2004 | FRIED V THOMSON | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 11/22/2004 | SMITH V KOTULAK-SMITH | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 10/15/2004 | BOHANNON V UNITED STATES | DC FEDERAL |
| 8/30/2004 | BOHANNON V UNITED STATES | DC FEDERAL |
| 4/26/2004 | DAVENPORT V DAVENPORT | FAIRFAX CIRCUIT |
| 3/19/2004 | DEFORE V DEFORE | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 3/18/2004 | FRIED V THOMSON | FAIRFAX CIRCUIT |
| 3/4/2004 | THOMAS V THOMAS | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 8/29/2003 | REEDER V DESMONE | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 8/29/2003 | DECOWSKI V DECOWSKI | PRINCE WILLIAM CIRCUIT |
| 4/8/2003 | FRIED V THOMSON | FAIRFAX JUVENILE AND DOMESTIC RELATIONS |
| 12/10/2002 | ROBARGE V EDISON ELECTRIC | DEPOSITION |

| DATE | STYLING | LOCATION |
|---|---|---|
| 10/9/2002 | IVERY V IVERY | FAIRFAX CIRCUIT |