UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General<br>U.S. Department of Justice, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 01-CV-1407 (JMR/FLN) |

**MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DESIGNATIONS**

COMES NOW John Ashcroft, defendant, and pursuant to Rules 26 and 37(c) Fed. R. Civ. P., Local Rule 1.3, and the court's final scheduling order, respectfully requests this court to strike plaintiff's untimely designations of Edwin Carter and John Roberts as Expert Witnesses and their respective reports for the reasons set forth in defendant's brief in support filed herewith.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By: s/ Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed//hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on December 21, 2006

UNITED STATES ATTORNEY

BY: s/ Carol McEntaffer

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007