UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General<br>U.S. Department of Justice, et al.,<br><br>Defendant. | ) | Civil No. 01-CV-1407 (JMR/FLN) |

**BRIEF IN SUPPORT OF MOTION TO STRIKE EXPERTS**

1. On or about November 13, 2006, the Court held a final pre-trial conference in Minneapolis which was attended by both parties.
2. The Court set November 20, 2006, as the deadline for designation of expert witnesses. This date was set out in the Court's final order.
3. On December 20, 2006, plaintiff filed a designation of experts.
4. On or about December 20, 2006, plaintiff for the first time has designated Edwin N. Carter, Phd and John Roberts, now retired, chief of the Investigative Unit of Office of Professional Responsibility as experts. Plaintiff attached for the first time expert witness reports.
5. Pursuant to the scheduling order entered in this matter, plaintiff was to disclose the identify of expert witnesses on or before September 1, 2003.
6. Discovery in this matter closed December 31, 2003. Neither party has filed a request to re-open discovery.
7. Plaintiff's expert witnesses should be struck for the following reasons.

a. Said designation of "experts" is clearly untimely.

b. Plaintiff failed to disclose Carter or Roberts as expert witnesses on defendant's request for Interrogatories No. 13 dated January 16, 2002.

c. Plaintiff failed to disclose Carter or Roberts as individuals with knowledge as to any of the facts of the case.

d. Plaintiff has failed to provide defendant in its request for production or requests for interrogatories (Interrogatory 13) any expert witness reports until December 20, 2006.

e. Any testimony which would be given by Roberts is not relevant to the issue of retaliation.

WHEREFORE, for the reasons set out above, defendant requests the Court strike plaintiff's designation of Expert Witness and prevent the testimony of Carter and Roberts.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By: s/ Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed//hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on December 21, 2006

UNITED STATES ATTORNEY

BY: s/ Carol McEntaffer

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007