UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| | ) | |
| ALBERTO GANZALES, *et al*., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON CONSIDERATION of the defendants' Motion to Strike Expert Witness Designations filed on December 21, 2006, the opposition thereto, and the entire record herein, it is hereby

ORDERED that defendants' motion is hereby DENIED.

Dated:________________ ____________________________
Hon. James M. Rosenbaum
United States Chief District Judge

Copies to:

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant