CV, PROTO, REOPEN, T7

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:01-cv-01407-JMR-FLN

Turner v. Ashcroft, et al
Assigned to: Chief Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Demand: $0
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 08/03/2001
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jane A.T. Turner** represented by

**James R Klimaski**
Klimaski & Grill
1400 K St NW Ste 1000
Washington, DC 20005
202-296-5600
Fax: 12022965601
*TERMINATED: 04/03/2002*
*LEAD ATTORNEY*

**Kathryn M Engdahl**
Metcalf Kaspari Howard Engdahl & Lazarus
1660 S Hwy 100 Ste 333
Mpls, MN 55416-1533
952-591-9444
Fax: 952-591-5806
Email: kengdahl@metcalf-law.com
*TERMINATED: 04/03/2002*
*LEAD ATTORNEY*

**Michael D Kohn**
Kohn Kohn & Colapinto
3233 P St NW
Washington, DC 20007-2756
202-342-6980
Email: mk@kkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Hill**
Robert Hill & Associates, Ltd
80 S 8th St Ste 825
Mpls, MN 55402
612-376-0017
Fax: 612-375-8999
Email:

bob@roberthillandassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M Kohn**
Kohn Kohn & Colapinto
3233 P St NW
Washington, DC 20007-2756
202-342-6980
Email: sk@kkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **John Ashcroft**<br>*being sued as John D. Ashcroft, Attorney-General U.S. Department of Justice* | represented by | **Lawrence D Kudej**<br>US Attorney's Office<br>401 1st St SE Ste 400<br>Cedar Rapids, IA 52401-1825<br>319-363-6333<br>Fax: 319-363-1990<br>Email: larry.kudej@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martha A Fagg**<br>US Attorney - Sioux City, IA<br>600 4th St Ste 1600<br>Sioux City, IA 51101<br>712-255-6011<br>Fax: 712-252-2034<br>Email: martha.fagg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Thomas Pickard**<br>*Acting Director Federal Bureau of Investigation*<br>*TERMINATED: 03/15/2002* | represented by | **Lawrence D Kudej**<br>(See above for address)<br>*TERMINATED: 03/15/2002*<br>*LEAD ATTORNEY*<br><br>**Martha A Fagg**<br>(See above for address)<br>*TERMINATED: 03/15/2002*<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **Federal Bureau of Investigation** | represented by | **Martha A Fagg** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Dept of Justice**

**Defendant**

**Honorable Robert S Mueller**
*Director, Federal Bureau of Investigation*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2001 | 1 | COMPLAINT - Summons issued. Assigned to Judge Ann D. Montgomery per Individual Civil Rights list and referred to Magistrate Judge Arthur J. Boylan. (13pg(s) Receipt #241769 (DDB) (Entered: 08/07/2001) |
| 08/03/2001 | | NOTICE given to attorney admissions clerk to send PHV forms to out of state attorney: J. Klimaski (DDB) (Entered: 08/07/2001) |
| 08/06/2001 | 2 | SUMMONS - RETURN OF SERVICE executed upon defendant John Ashcroft, defendant Thomas Pickard by certified mail on 8/3/01 ( 5 pgs) (MKC) (Entered: 08/09/2001) |
| 09/04/2001 | 3 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of plaintiff Jane A.T. Turner by James Klimaski (1 pg) (MKC) (Entered: 09/07/2001) |
| 09/28/2001 | 4 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of defendant by Lawrence D Kudej . (1 pgs) (MKC) (Entered: 10/01/2001) |
| 10/01/2001 | 5 | STIPULATION AND ORDER TO ENLARGE TIME TO ANSWER ( Magistrate Judge Arthur J. Boylan )re: the Attorney General may have up to and including 10/31/01 to answer the complaint. (2 pgs)(cc: all counsel) (MKC) (Entered: 10/03/2001) |
| 10/03/2001 | 6 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of defendants by Martha A Fagg. (1 pg) (MKC) (Entered: 10/04/2001) |
| 10/17/2001 | 7 | NOTICE by defendants of association of counsel Martha A Fagg 3 pg(s) ( (Entered: 10/19/2001) |
| 10/17/2001 | 10 | NOTICE by defendants of association of counsel Lawrence D. Kudej 3pg (s) (BLW (Entered: 11/16/2001) |
| 10/31/2001 | 8 | ANSWER by defendants. (12 pgs) (MKC) (Entered: 11/02/2001) |
| 11/08/2001 | 9 | NOTICE OF PRETRIAL CONFERENCE ( Magistrate Judge Arthur J. Boylan / 11/7/01) ; pretrial status conference set for 2:30 12/19/01 ; Rule |

| | | |
|---|---|---|
| | | 26(f) report ddl set for 12/12/01 (5 pgs) (cc: all counsel) (MKC) (Entered: 11/13/2001) |
| 11/29/2001 | 11 | NOTICE OF ( Magistrate Judge Arthur J. Boylan / 11/29/01) ; settlement conference set for 1:30 on 1/24/02 (2 pg(s) (cc: all counsel) (MKC) (Entered: 11/30/2001) |
| 12/07/2001 | 12 | JOINT COPY OF REPORT OF RULE 26(f) MEETING. (5pg(s) (CJF) (Entered: 12/08/2001) |
| 12/12/2001 | 13 | ORDER ( Magistrate Judge Arthur J. Boylan / 12/12/01) ; pretrial conference set for 1:30 on 1/24/02 (1 pgs) (cc: all counsel) (MKC) (Entered: 12/14/2001) |
| 01/24/2002 | 15 | MINUTES:( Magistrate Judge Arthur J. Boylan / ) pretrial conference held on 1/24/02 Settlement conference held on 1/24/02 Not settled. (1 pg) (MKC) (Entered: 01/29/2002) |
| 01/28/2002 | 14 | PRETRIAL SCHEDULING ORDER ( Magistrate Judge Arthur J. Boylan ) discovery set for 10/1/02 ; amd complaint set for 3/1/02 ; non-dispositive motions set for 10/1/02 ; dispositive motions set for 12/1/02 ; ready for trial set for 3/1/03. 2pg(s) (cc: counsel) (VEM) (Entered: 01/29/2002) |
| 02/21/2002 | 16 | OFFER OF JUDGMENT filed by defendant. (4 pgs) (MKC) (Entered: 02/25/2002) |
| 03/11/2002 | 17 | MOTION by Counsel for plaintiff to withdraw as attorney ( to Magistrate Judge Arthur J. Boylan ) (4 pgs) (MKC) (Entered: 03/13/2002) |
| 03/15/2002 | 18 | STIPULATION OF DISMISSAL of improper party Thomas Pickard. 2 pg(s) (VEM) (Entered: 03/20/2002) |
| 03/22/2002 | 19 | RESPONSE by defendant to motion to withdraw as plaintiff's attorney . [17-1] (3 pgs) (MKC) (Entered: 03/25/2002) |
| 03/25/2002 | 20 | STIPULATION AND ORDER OF DISMISSAL OF IMPROPER PARTY( Magistrate Judge Arthur J. Boylan ) terminating party Thomas Pickard (2 pgs)(cc: all counsel) (MKC) (Entered: 03/27/2002) |
| 03/25/2002 | 21 | REQUEST FOR STATUS CONFERENCE by defendant (44 pgs) (MKC) (Entered: 03/27/2002) |
| 04/03/2002 | 22 | MINUTES:( Magistrate Judge Arthur J. Boylan / ) hearing re: motion to withdraw as attorney . Motion granted. [17-1] (1 pg) (MKC) (Entered: 04/04/2002) |
| 04/03/2002 | 23 | ORDER ( Magistrate Judge Arthur J. Boylan / 4/3/02)that: Plaintiff's motion to withdraw as attorney is Granted. [17-1] attorney Kathryn Melanie Engdahl, attorney James R Klimaski for Jane A.T. Turner (1 pgs) (cc: all counsel) (MKC) (Entered: 04/04/2002) |
| 06/04/2002 | | NOTICE by plaintiff Jane A.T. Turner of association of counsel Robert A Hill (MMC) (Entered: 06/04/2002) |

| | | |
|---|---|---|
| 06/04/2002 | 24 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of plaintiff by Michael D Kohn, Stephen M Kohn (2 pgs) (MKC) (Entered: 06/07/2002) |
| 06/04/2002 | 25 | ATTORNEY APPEARANCE for plaintiff by Robert A. Hill. (2 pg(s) (MKC) (Entered: 06/07/2002) |
| 07/25/2002 | 26 | UNCONTESTED MOTION to modify pretrial schedule ( to Magistrate Judge Arthur J. Boylan ) (6 pgs) (MKC) (Entered: 07/26/2002) |
| 07/25/2002 | 27 | UNCONTESTED JOINT MOTION by plaintiff Jane A.T. Turner, defendant John Ashcroft to amend pretrial schedule (to Magistrate Judge Arthur J. Boylan ) 3 pg(s) (SEA) (Entered: 08/05/2002) |
| 07/30/2002 | 28 | AMENDED SCHEDULING ORDER ( Magistrate Judge Arthur J. Boylan / 7/30/02) ; amd complaint reset for 9/27/02 ; discovery reset 12/2/02 ; non-dispositive motions reset for 7/1/03 ; dispositive motions reset for 8/1/03 ; ready for trial reset 10/1/03 pg(s) (cc: counsel) (SEA) (Entered: 08/05/2002) |
| 10/21/2002 | 30 | STIPULATION re extension of discovery. (2 pgs) (MKC) (Entered: 10/29/2002) |
| 10/24/2002 | 29 | MOTION by defendant to extend discovery of non-expert witness deadline. ( to Magistrate Judge Arthur J. Boylan ) 2 pg(s) (VEM) (Entered: 10/26/2002) |
| 10/29/2002 | 31 | ORDER ( Magistrate Judge Arthur J. Boylan /) that 1.Amendment of the pleadings shall be extended to 1/6/3. 2. Non-expert discovery shall be extended to 2/3/3 [29-1]. (1pg(s) (cc: all counsel) (DDB) (Entered: 11/05/2002) |
| 04/02/2003 | 32 | JOINT MOTION by plaintiff and defendants' for modification of pretrial schedule. ( to Magistrate Judge Arthur J. Boylan ). 2 pg(s) (ARB) (Entered: 04/03/2003) |
| 04/04/2003 | 33 | Modified Scheduling ORDER ( Magistrate Judge Arthur J. Boylan ) amd pleadings set for 7/15/03 ; discovery set for 8/24/03 ; non-dispositive motions set for 8/24/03 ; dispositive motions set for 2/1/04 ; ready for trial set for 5/15/04 3pg(s) (cc: all counsel) (SJH) (Entered: 04/08/2003) |
| 07/16/2003 | 34 | STIPULATION AND ORDER ( Magistrate Judge Arthur J. Boylan ) granting motion for modification of pretrial schedule [32-1]; amendments extended to 8/18/03 . 3pg(s) (cc: all counsel) (DFL) (Entered: 07/22/2003) |
| 08/18/2003 | 35 | SECOND JOINT MOTION for partial modification of pretrial order. ( to Magistrate Judge Arthur J. Boylan ) 2pg(s) (VEM) (Entered: 08/19/2003) |
| 09/05/2003 | 36 | MINUTES:( Magistrate Judge Arthur J. Boylan / Elec.) Telephone Conference Re: Joint Motion to Amend Pretrial Scheduling Order Parties agree on Amended Scheudling Order and Defts to supply the court with a proposed order. 1pg(s) (GJS) (Entered: 09/09/2003) |
| | | |

| | | |
|---|---|---|
| 10/02/2003 | 37 | MOTION by plaintiff Jane A.T. Turner for leave to file first amended complaint ( to Magistrate Judge Arthur J. Boylan ). 51 pg(s) (JMM) (Entered: 10/03/2003) |
| 10/02/2003 | 38 | MEMORANDUM by plaintiff Jane A.T. Turner in support of motion for leave to file first amended complaint. [37-1] 51 pg(s) (JMM) (Entered: 10/03/2003) |
| 10/27/2003 | 39 | STIPULATED PROTECTIVE ORDER ( Magistrate Judge Arthur J. Boylan.) 5pg(s) (cc: all counsel) (DFL) Additional attachment(s) added on 9/23/2004 (akl). (Entered: 10/31/2003) |
| 11/04/2003 | 40 | ORDER ( Magistrate Judge Arthur J. Boylan / 11/4/03) granting motion for leave to file first amended complaint [37-1] that the Clerk shall file Plaintif's First Amended Complaint and it shall be deemed served on Defendants as of this date. 1pg(s) (cc: all counsel) (GJS) Additional attachment(s) added on 9/23/2004 (akl). (Entered: 11/10/2003) |
| 11/04/2003 | 41 | FIRST AMENDED COMPLAINT [1-1] by plaintiff; jury demand adding FBI, US Department of Justice and Hon. Robert S. Meuller Director of the FBI. 46pg(s) (GJS) Modified on 11/10/2003 (Entered: 11/10/2003) |
| 12/08/2003 | 42 | ANSWER TO AMENDED COMPLAINT by John Ashcroft. 36pg(s) (DFL) (Entered: 12/10/2003) |
| 04/01/2004 | 45 | Defendant's MOTION for Summary Judgment or in the alternative, Partial Summary Judgment. Filed by Defendants of John Ashcroft, Attorney General, and the Federal Bureau of Investigation. 2pg(s). (SS) Modified on 4/6/2004 (GJS). (Entered: 04/06/2004) |
| 04/01/2004 | 43 | MOTION for Leave to File Motion for Summary Judgment and Memorandum out of time, by John Ashcroft, and Federal Bureau of Investigation.2pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 44 | MOTION for Leave to File Excess Pages of Memorandum in Support of Motion for Summary Judgment, by John Ashcroft, and Federal Bureau of Investigation.2pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 46 | MEMORANDUM in Support re [45] MOTION for Summary Judgment or in the alternative, Partial Summary Judgment, filed by John Ashcroft, Federal Bureau of Investigation. 55pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 47 | APPENDIX/EXHIBITS AND SUPPORTING DOCUMENTS to motion for Summary Judgment by John Ashcroft, Federal Bureau of Investigation. (SEPARATE). (GJS) (Entered: 04/06/2004) |
| 04/06/2004 | 48 | ORDER granting [43] Motion for Leave to File Out of Time, denying [44] Motion for Leave to File Excess Pages. Defendants are hereby ordered to re-file a memorandum in accordance with the Local Rules, not to exceed 35 pages inclusive of any reply, by April 15, 2004. Plaintiff's time of response is therefore extended until April 30, 2004. Signed by Judge Ann D Montgomery on 4/6/2004. (TLU) (Entered: 04/06/2004) |
| 04/12/2004 | 49 | JANE TURNER'S UNOPPOSED MOTION for Leave to File out of |

| | | |
|---|---|---|
| | | time. by Jane A.T. Turner.3pg(s) (GJS) (Entered: 04/13/2004) |
| 04/13/2004 | 50 | ORDER granting [49] motion for leave to file out of time. Plaintiff's repsonse to defendant's motion for summary judgment is extended up to and including May 14, 2004. Signed by Judge Ann D Montgomery on 4/13/04. (GS) (Entered: 04/13/2004) |
| 04/16/2004 | 51 | AMENDED MEMORANDUM in Support re [45] MOTION for Summary Judgment or on the Alternative, Partial Summary Judgment, filed by Defendants. 33 pg(s). (LJD) (Entered: 04/20/2004) |
| 04/16/2004 | 52 | EXHIBITS for Amended Memorandum in Support of Summary Judgment, or in the Alternative, Partial Summary Judgment by Defendants. 2+pg(s). (LJD) (Entered: 04/20/2004) |
| 05/05/2004 | 53 | MOTION for Leave to File response to Summary Judgment motion, by Jane A.T. Turner.3pg(s) (GJS) (Entered: 05/07/2004) |
| 05/07/2004 | 54 | ORDER granting [53] Motion for Leave to File response to Motion for Summary Judgment ie extended up to and including 5/21/04 . Signed by Judge Ann D Montgomery on 5/6/04. (GJS) (Entered: 05/07/2004) |
| 05/19/2004 | 55 | APPLICATION to File Conventionally. (Kohn, Stephen) (Entered: 05/19/2004) |
| 05/19/2004 | 56 | ORDER granting 55 Application to File Information Conventionally . Plaintiff will be filing voluminous exhibits to his memorandum in opposition to defendant's summary judgment motion. Signed by Judge Ann D Montgomery on May 19, 2004. (GS) (Entered: 05/19/2004) |
| 05/21/2004 | 57 | MEMORANDUM in Opposition re [45] MOTION for Summary Judgment filed by Jane A.T. Turner. (Attachments: # 1 Appendix Notification of Conventional Filing# 2 Exhibit Exhibit List)(Kohn, Stephen) (Entered: 05/21/2004) |
| 05/24/2004 | 58 | PLAINTIFF's OPPOSITION re [45] MOTION for Summary Judgment filed by Jane A.T. Turner. (SEPARATE) (GJS) (Entered: 05/25/2004) |
| 05/26/2004 | 59 | NOTICE of Hearing on Motion [45] MOTION for Summary Judgment: Motion Hearing set for 7/23/2004 at 10:30 AM in Minneapolis - Courtroom 13W before Judge Ann D Montgomery. (GJS) (Entered: 05/26/2004) |
| 07/23/2004 | 60 | TEXT ENTRY ONLY: Minute of proceedings held before Judge Ann D Montgomery on Defendant's Motion for Summary Judgment held on 7/23/2004. The Motion is taken under advisement. (Court Reporter Tim Willette) (GS) (Entered: 08/11/2004) |
| 07/30/2004 | | Motions Taken Under Advisement: [45] MOTION for Summary Judgment (TLU) (Entered: 07/30/2004) |
| 09/17/2004 | 61 | ORDER granting [45] Defendants' Motion for Summary Judgment. Plantiff's First Amended Complaint [41] is DISMISSED WITH PREJUDICE. Signed by Judge Ann D Montgomery on 09/17/2004. |

| | | |
|---|---|---|
| | | (TLU) (Entered: 09/17/2004) |
| 09/17/2004 | 62 | JUDGMENT. (Attachments: # 1 Civil-8th Circuit Pre-Hearing Conference Notice # 2 Civil Notice - appeal).(LJD) (Entered: 09/17/2004) |
| 09/21/2004 | 63 | *UNSIGNED DOCUMENT - REFILED SEE DOCUMENT #64* NOTICE by Jane A.T. Turner *Notice of Appeal* (Attachments: # 1)(Kohn, Stephen) Modified on 9/23/2004 (GJS). (Entered: 09/21/2004) |
| 09/22/2004 | 64 | NOTICE OF APPEAL to Eighth Circuit Court of Appeals by Jane A.T. Turner *Notice of Appeal order of 9/17/04* (Attachments: # 1)(Kohn, Stephen) Modified on 9/30/2004 (gjs). (Entered: 09/22/2004) |
| 09/22/2004 | 64 | Docketing Correction: Please note that the original Notice of Appeal was filed on 9/22/04 as document #64. This is being docketed because the original notice of appeal filed by plaintiff, Jane A.T. Turner was docketed using an incorrect event code (Notice Other). It is necessary to docket again using the correct notice of appeal event code, so subsequent Court of Appeals documents can be filed. It will be renumbered after filing to have the same document number as the originally filed notice of appeal, doc. #64. (JGG) (Entered: 12/06/2005) |
| 09/30/2004 | 65 | TRANSMITTAL LETTER to Eighth Circuit Court of Appeals, St. Paul . 2 certified and 1 uncertified copy of notice of appeal, order and judgment being appealed and docket entries sent to USCA8, St. Paul.(GJS) Modified text on 9/30/2004 (gjs. (Entered: 09/30/2004) |
| 10/01/2004 | 66 | RECEIPT number 145566 in the amount of $255, USCA8 Appeal fee - receipt issued to Jane A. Turner. (GJS) (Entered: 10/04/2004) |
| 10/04/2004 | 67 | TRANSMITTAL LETTER TO USCA8, St. Paul with copy of Receipt No. 145566 in the amount of $255.00 for the appeal fee. (GJS) (Entered: 10/04/2004) |
| 10/07/2004 | | USCA8 Appeal Number 04-3426. (GJS) (Entered: 10/09/2004) |
| 12/14/2004 | 68 | 2 envelopes of Sealed Medical Records. (FILED CONVENTIONALLY) (GJS) (Entered: 12/14/2004) |
| 09/13/2005 | 69 | **DOCUMENT FILED IN ERROR** BILL OF COSTS *for Filing Fee* by Jane A.T. Turner. (Kohn, Stephen) Modified text on 10/17/2005 (akl). (Entered: 09/13/2005) |
| 09/14/2005 | 70 | **DOCUMENT FILED IN ERROR** Clerk's Notice re: Bill of Costs. (akl) Modified text on 10/17/2005 (akl). (Entered: 09/14/2005) |
| 09/16/2005 | 71 | OBJECTION to Bill of Costs re 69 Bill of Costs by John Ashcroft. (Fagg, Martha) (Entered: 09/16/2005) |
| 10/21/2005 | 72 | LETTER to Clerk of Court from Attorney Martha Fagg re: withdrawing Defendant's Objection to Plaintiff Jane A. Turner's Bill of Costs. (JME) (Entered: 10/21/2005) |
| 11/30/2005 | 73 | Opinion of USCA as to 64 Notice of Appeal to 8th Circuit, filed by Jane |

| | | |
|---|---|---|
| | | A.T. Turner affirming the grant of summary judgment with respect to Plaintiff gender discrimination - reverse the grant of summary judgment on retaliation claim and remand for further proceedings consistent with this opinion. (GJS) (Entered: 12/08/2005) |
| 11/30/2005 | 74 | USCA JUDGMENT as to 64 Notice of Appeal to 8th Circuit, filed by Jane A.T. Turner affirmed in part and reversed in part and remanded for proceedings consistent with the opinion of USCA8. (GJS) (Entered: 12/08/2005) |
| 02/21/2006 | 75 | NOTICE OF SETTLEMENT CONFERENCE Settlement Conference set for 4/5/2006 01:30 PM in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before Magistrate Judge Arthur J Boylan. Signed by Magistrate Judge Arthur J Boylan on 2/21/06. (JLB) (Entered: 02/21/2006) |
| 04/06/2006 | 76 | Minute Entry for proceedings held before Magistrate Judge Arthur J Boylan : Settlement Conference held on 4/5/2006. No Settlement reached. (sb) (Entered: 04/06/2006) |
| 04/10/2006 | 77 | ORDER OF RECUSAL. Judge Ann D Montgomery recused. Case reassigned to Judge James M Rosenbaum and Magistrate Judge Franklin L Noel for all further proceedings. New case number is 01-1407 JMR/FLN. . Signed by Judge Ann D Montgomery on 4/10/06. (MKC) (Entered: 04/11/2006) |
| 10/05/2006 | 78 | JURY TRIAL NOTICE. Trial set as #5 on trial block. Jury Trial set for 11/13/2006 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 10/05/2006) |
| 10/25/2006 | 79 | AMENDED JURY TRIAL NOTICE. Case has been moved to #6 on trial block. Jury Trial set for 11/13/2006 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 10/25/2006) |
| 11/07/2006 | 80 | NOTICE of Hearing: Final Pretrial Conference set for 11/13/2006 02:00 PM in Minneapolis - Chambers 15E before Chief Judge James M. Rosenbaum. (HLL) (Entered: 11/07/2006) |
| 11/13/2006 | 81 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Final Pretrial Conference held on 11/13/2006. (HLL) (Entered: 11/14/2006) |
| 11/22/2006 | 82 | FINAL PRETRIAL ORDER. Signed by Judge James M. Rosenbaum on 11/22/2006. (kmc) (Entered: 11/22/2006) |
| 12/15/2006 | 83 | STATEMENT OF CASE as to Jane A.T. Turner. (Kohn, Stephen) Modified on 12/18/2006 (gjs). (Entered: 12/15/2006) |
| 12/15/2006 | 84 | ***DOCUMENT FILED IN ERROR *** STATEMENT OF CASE as to Jane A.T. Turner. (Attachments: # 1Plaintiff/Defendant Exhibit Lists) (Kohn, Stephen) Modified on 12/18/2006 (gjs). (Entered: 12/15/2006) |
| 12/19/2006 | 85 | Exhibit List *Plaintiff/Defendant* by Jane A.T. Turner. (Kohn, Stephen) |

| | | |
|---|---|---|
| | | (Entered: 12/19/2006) |
| 12/20/2006 | 86 | ORDER amending 82 Final Pretrial Order. Signed by Judge James M. Rosenbaum on December 20, 2006. (kl) (Entered: 12/20/2006) |
| 12/20/2006 | 87 | JURY TRIAL NOTICE. Jury Trial set for 1/24/2007 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M. Rosenbaum. (HLL) Modified on 12/20/2006 (gjs). (Entered: 12/20/2006) |
| 12/20/2006 | | NOTICE OF DOCKETING CORRECTION - document #87 corrected to reflect a Trial date of 1/24/07. (GJS) (Entered: 12/20/2006) |
| 12/20/2006 | 88 | DISCLOSURE OF EXPERT WITNESSES by Jane A.T. Turner. (Attachments: # 1 Exhibit(s) Ex 1 Expert Report Carter# 2 Exhibit(s) Ex. 2 Curriculum Vitae of Edwin Carter# 3 Exhibit(s) Ex. 3 List of cases# 4 Exhibit(s) Ex. 4 Affidavit John of Roberts)(Kohn, Stephen) (Entered: 12/20/2006) |
| 12/20/2006 | 89 | OBJECTIONS TO DEFENDANTS EXHIBITS by Jane A.T. Turner re 85 Exhibit List (Kohn, Stephen) Modified on 12/21/2006 (GJS). (Entered: 12/20/2006) |
| 12/21/2006 | 90 | MOTION to Strike 88 Disclosure of Expert Witnesses, by John Ashcroft. (Fagg, Martha) (Entered: 12/21/2006) |
| 12/21/2006 | 91 | BRIEF re 90 MOTION to Strike 88 Disclosure of Expert Witnesses, filed by John Ashcroft. (Fagg, Martha) (Entered: 12/21/2006) |

**PACER Service Center**

**Transaction Receipt**

| 12/21/2006 16:53:55 | | | |
|---|---|---|---|
| **PACER Login:** | kk0155 | **Client Code:** | 443 |
| **Description:** | Docket Report | **Search Criteria:** | 0:01-cv-01407-JMR-FLN |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |