KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
202-342-6980
Fax. No. 202-342-6984

October 17, 2003

**Via Fax No. 712-252-2034 and Priority First Class Mail**

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

**Re: Protective Order/Stipulated Schedule**

Dear Martha:

Enclosed please find the protective order we agreed upon concerning the release of Mrs. Jane Turner's medical records and a new revised scheduling order.

If you are in agreement to be bound by the terms of the stipulated order upon your signing the proposal, let me know and I will forward the medical documents to you shortly after you execute the proposed order (i.e. I will not wait until the judge signs the order in order to get you the documents and/or releases).

I understand that, after you sign the proposed protective order, you will file the proposed order with the Court. If you want me to have it filed, just express mail the executed copy back to my office and I will have the local attorney file it with the Court.

In regard to the stipulated revised scheduling order, I had forwarded a copy of that order to you some time ago. I do not know if you received it and/or if it was filed with the Court. As of today I have not obtained a notice from the Court indicating that the order was entered. If you have not filed the scheduling order with the Court, I am also enclosing another copy of this proposed scheduling order. I made one change, i.e. I am providing the plaintiff 30 days to respond to your motion for summary judgment.

Again, thank you for your cooperation and understanding on discovery and scheduling matters.

Sincerely yours,

Stephen M. Kohn
Attorney for Mrs. Jane Turner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| JANE A.T. TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil No. 01-1407 ADM/AJB** |
| JOHN ASHCROFT, ET AL., | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR PARTIAL MODIFICATION OF PRETRIAL ORDER**

The parties to this proceeding, Plaintiff Ms. Jane A.T. Turner and defendant Federal Bureau of Investigation ("FBI"), respectfully requests this Court grant a partial modification to the pretrial scheduling order regarding the date of filing the amended complaint.

On September 5, 2003 the parties participated in a conference call status hearing with the Court. At that time the parties agreed submit a modified scheduling order. Attached to this motion is the proposed modified scheduling.

For good cause shown, the pretrial scheduling order should be modified in the manner set forth in the proposed order, which is attached.

[Signatures on following page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| JANE A.T. TURNER, Plaintiff, | ) | |
| v. | ) | **Civil No. 01-1407 ADM/AJB** |
| JOHN ASHCROFT, ET AL., Defendants. | ) | |

**ORDER**

UPON CONSIDERATION of the parties Joint Motion for Partial Modification of Pretrial Order, and the entire record herein, it is hereby

ORDERED that the Second Joint Motion is hereby GRANTED; and it is

FURTHER ORDERED that the deadline for filing an amended complaint shall be October 1, 2003. Plaintiff's filing shall be deemed timely if it is mailed to the Court by said date; and it is

FURTHER ORDERED that the deadline for filing dispositive motions shall be November 3, 2003. Any party wishing to respond to a dispositive motion shall file its opposition within thirty days of receipt of the dispositive motion; and it is

FURTHER ORDERED that the current deadlines for filing expert witness disclosures are vacated, and a new proposed order setting a deadline for such disclosures shall be submitted by the parties within ten days of the Court's ruling on any dispositive motions filed on or before November 3, 2003.

Dated:________________

____________________________
Arthur J. Boylan
United States Magistrate Judge

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant

Respectfully submitted,

Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
(202) 342-6980 (phone)
(202) 342-6984 (fax)
Counsel for Plaintiff

Martha Fagg
U.S. Attorneys Office
203 Federal Building
320 Sixth Street
Sioux City, IA 51101
(712) 255-6011 (phone)
(712) 252-2034 (fax)
Counsel for Defendants

Date: October 17, 2003

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3698 |
| CONNECTION TEL | 17122522034p443 |
| CONNECTION ID | |
| ST. TIME | 10/17 09:18 |
| USAGE T | 01'35 |
| PGS. SENT | 10 |
| RESULT | OK |

KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
202-342-6980
Fax. No. 202-342-6984

October 17, 2003

**Via Fax No. 712-252-2034 and Priority First Class Mail**

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

**Re: Protective Order/Stipulated Schedule**

Dear Martha:

Enclosed please find the protective order we agreed upon concerning the release of Mrs. Jane Turner's medical records and a new revised scheduling order.

If you are in agreement to be bound by the terms of the stipulated order upon your signing the proposal, let me know and I will forward the medical documents to you shortly after you execute the proposed order (i.e. I will not wait until the judge signs the order in order to get you the documents and/or releases).

I understand that, after you sign the proposed protective order, you will file the proposed order with the Court. If you want me to have it filed, just express mail the executed copy back to my office and I will have the local attorney file it with the Court.

In regard to the stipulated revised scheduling order, I had forwarded a copy of that order to you some time ago. I do not know if you received it and/or if it was filed with the Court. As of today I have not obtained a notice from the Court indicating that the order was entered. If you have not filed the scheduling order with the Court, I am also enclosing another copy of this proposed scheduling order. I made one change, i.e. I am providing the plaintiff 30 days to