**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| JANE A.T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, ET AL.,<br><br>Defendants. | **Civil No. 01-1407 (ADM/AJB)**<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

# PLAINTIFF'S EXHIBITS

Respectfully submitted

Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C. 20007
(202) 342-6980
(202) 342-6984
Email: sk@kkc.com

May 21, 2004

Attorney for Jane A.T. Turner

**TURNER v. ASHCROFT**
**Civil No. 01-1407**

# EXHIBITS

## TABLE OF CONTENTS


| Description | Exhibit No. |
|---|---|
| Affidavit of Jane Turner | 1 |
| Justification of Male Bias within FBI | 2 |
| Recommendations and Certificates for Jane Turner | 3 |
| Letter from Smith to Turner, Sept. 4, 1981 | 4 |
| Performance Evaluations of Jane Turner | 5 |
| Memorandum to Director of FBI Praising Jane Turner | 6 |
| Accolades and Recommendations of Jane Turner | 7 |
| Deposition of Clare Hochhalter | 8 |
| Deposition of Janice Morley | 9 |
| Affidavit of Wendy Loucks | 10 |
| Excerpt of Manual of Administrative Operations and Procedures | 11 |
| Deposition of Peter Klokstad | 12 |
| Memorandum Relinquishing Senior Resident Agent Status, March 19, 1998 | 13 |
| Memorandum Relinquishing Senior Resident Agent Status, May 11, 1998 | 14 |
| Complaint of Termination | 15 |
| Letter from Schneider to Welken, July 16, 1998 | 16 |
| Email from Schneider to Turner, October 13, 1998 | 17 |
| Performance Appraisal Report, April 1999 | 18 |
| Additional Information for Performance Appraisal Report | 19 |
| Note from Burrus to Turner, June 22, 1999 | 20 |
| Affidavit of John Roberts | 21 |
| Performance Summary Assessment, June 23, 1999 | 22 |
| Performance Summary Assessment, August 28, 1999 | 23 |
| Performance Appraisal Report, November 27, 1999 | 24 |
| YWCA Public Service Award | 25 |

Nomination of Jane Turner ........ 26
Deposition of Anthony Onstead ........ 27
Deposition of James Casey ........ 28
Report on Inspection Findings ........ 29
Affidavit of Anthony Onstead ........ 30
Memorandum Regarding Froistad Interview ........ 31
Letter from Mattson to Turner, September 28, 1999 ........ 32
Deposition of Elmer Fordance ........ 33
Hospital Notes on Child Abuse Victim ........ 34
Interview Notes of Dr. Ellen Dar ........ 35
Interview Notes of Dr. Ann Cadwalader ........ 36
Interview Notes of Doreen Krzebetkowski ........ 37
Interview Notes of Bradley P. Bohan ........ 38
Letter from Dar, January 22, 2001 ........ 39
Letter from Schneider to Turner ........ 40
Affidavit of John R. Payne ........ 41
Deposition of Richard Waldie ........ 42
Explanation of "Does Not Meet Expectations" Summary Rating ........ 43
Letter from Onstad, September 25, 1999 ........ 44
Letter from Grzeskowiak, April 21, 2004 ........ 45
Memorandum from Fine to Mueller, December 17, 2003 ........ 46
Letter from Fagg to Kohn, January 16, 2003 ........ 47
Defendants Objections to Request for Production of Documents ........ 48
Dr. Garafalo's Patient Notes of Jane Turner ........ 49
Letter from McBurrows to Kohn, March 31, 2003 ........ 50
Letter from Carter to Kohn, May 21, 2004 ........ 51
Notification of Conventional Filing ........ 52