Appeal No. 04-3426

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

Jane A. Turner,
Appellant

v.

John Ashcroft, et al.
Appellees

---

Appeal of the Decision of the
United States District Court
For the District of Minnesota

---

# JOINT APPENDIX VOL. I

---

Respectfully Submitted,

Stephen M. Kohn
Kohn, Kohn, and Colapinto, LLP
3233 P Street, NW
Washington, D.C. 20007
Tel. (202) 342-6980
Fax (202) 342-6984

Attorney for the Appellant

Dated: December 9, 2004

12. Deposition of Clare Hochhalter

Pl's Opp'n Ex. 8 ........................................................JA 230

13. Deposition of Janice Morley

Pl's Opp'n Ex. 9 ........................................................JA 280

14. Affidavit of Wendy Loucks

Pl's Opp'n Ex. 10 ........................................................JA 288

15. Excerpt of Manual of Administrative Operations and Procedures

Pl's Opp'n Ex. 11 ........................................................JA 301

16. Deposition of Peter Klokstad

Pl's Opp'n Ex. 12 ........................................................JA 303

17. Memorandum Relinquishing Senior Resident Agent Status, March 19, 1998

Pl's Opp'n Ex. 13 ........................................................JA 312

18. Memorandum Relinquishing Senior Resident Agent Status, May 11, 1998

Pl's Opp'n Ex. 14 ........................................................JA 313

19. Complaint of Termination

Pl's Opp'n Ex. 15 ........................................................JA 314

20. Letter from Schneider to Welken, July 16, 1998

Pl's Opp'n Ex. 16 ........................................................JA 317

21. E-mail from Schneider to Turner, October 13, 1998

Pl's Opp'n Ex. 17 ........................................................JA 319

22. Additional Information for Performance Appraisal Report (PAR)

Pl's Opp'n Ex. 19 ........................................................JA 320

23. Note from Burrus to Turner, June 22, 1999

Pl's Opp'n Ex. 20 ........................................................JA 322

24. Affidavit of John Roberts

Pl's Opp'n Ex. 21 ........................................................JA 323

50. Dr. Garafalo's Patient Notes of Jane Turner

Pl's Opp'n Ex. 49 .......................................................JA 399

51. Letter from McBurrows to Kohn, March 31, 2003

Pl's Opp'n Ex. 50 .......................................................JA 404

52. Letter from Carter to Kohn, May 21, 2004

Pl's Opp'n Ex. 51 .......................................................JA 409

53. Declaration of John Pikus

Def's Mem. Ex. 1 .......................................................JA 414

54. SAC Recommendation for SSPA-Turner #2

Def's Mem. Ex. 2 .......................................................JA 420

55. SAC Roger Wheeler Declaration

Def's Mem. Ex. 3 .......................................................JA 422

56. Craig Welken Declaration

Def's Mem. Ex. 4 .......................................................JA 428

57. Craig Welken Deposition

Def's Mem. Ex. 5 .......................................................JA 449

58. Performance Summary Assessment (PSA), June 1999

Def's Mem. Ex. 6, Pl's Opp'n Ex. 22 ...............................JA 468

59. Performance Summary Assessment/Performance Improvement Plan, Aug. 1999

Def's Mem. Ex. 7 .......................................................JA 476

60. SAC Domin Memorandum, September 1999

Def's Mem. Ex. 8 .......................................................JA 481

61. Deposition of SAC Doug Domin

Def's Mem. Ex. 9 .......................................................JA 483

62.Deposition of SAC Doug Domin

Def's Mem. Ex. 10 .......................................................JA 508