Rm 15 E

① Stipulated Facts

> protected activity
- opposition
- participation clause

Ex 1 > Narrative

Ex 1 Appendix > Exhibits – agreed admissible

– Ex 1 > agreed exhibits
1–50

12/15 Docs – submit

Call in

ⓐ ⓑ

Dep. Testimony
Joint Agreed statement Narrative

12-20

objections 12-20

Ex 1

Ex disclosure

/ Jan 16th – 1/5

Ex 1 ✓

Deadline

12-4-06

① Stipulated Facts / Ex

② statement of Case
> plaintiffs
Exs 12-15
51–75 – (P)
76–100 – (D)

③ Deposition Test. 12-20

④ depo objections
Ex objections – 12-20

⑤ Motion in Limine – 1-5

⑥ List of witnesses
> will call
> may call – 1-5

⑦ Jury Instr.
Voir dire
special verdict

7 days
7 days
7 days