UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT STATEMENT** |
| | ) | **OF DEPOSITION** |
| | ) | **TESTIMONY AND** |
| ALBERTO GONZALES, *et al*., | ) | **OBJECTIONS** |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Final Pretrial Order dated November 11, 2006, as modified on December 20, 2006, the Plaintiff, Jane Turner, hereby files with the Court the Joint Agreed Statement of Deposition Testimony and objections thereto, as ordered by this Court in its Final Pretrial Order, paragraphs 3-4.

Attached hereto are the following documents:

1. Joint Agreed Statement of Testimony for Dr. John G. Garofalo;
2. Joint Agreed Statement of Testimony for Carl Florez
3. Joint Agreed Statement of Testimony for Elmer Fordance
4. Plaintiff's Partial Objection to the Joint Agreed Statement of Testimony of Dr. John G. Garofalo.

The Plaintiff also calls this Court's attention to the fact that the Defendants have objected to a number of paragraphs set forth in the Statement filed for Elmer Fordance. The objection is set forth directly in the contents of the Joint Agreed Statement of Testimony for Mr. Fordance.

Respectfully submitted,

__/s/ Stephen M. Kohn,
Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
(202) 342-6980
Attorney for Plaintiff