UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT AGREED** |
| | ) | **STATEMENT OF** |
| | ) | **TESTIMONY** |
| | ) | |
| ALBERTO GONZALES, *et al*., | ) | **CARL FLOREZ** |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with this Court's Final Pretrial Order dated November 11, 2006, as modified on December 20, 2006, the parties to this proceeding hereby set forth the following joint agreed statement of deposition testimony concerning the witness Mr. Carl Florez:

Mr. Carl Florez commenced working for the Federal Bureau of Investigation in 1981. He retired from the FBI in 2002, as a supervisor/Assistant Special Agent in Charge, of a division office of the FBI. He had extensive experience in conducting criminal investigations, including drug trafficking and violent crimes. He also had experience in computer crime and analysis of computer-based evidence.

Mr. Florez worked at the Minot Resident Agency from 1997 until fall 1999 and was therefore a co-worker of Jane Turner's. Mr. Florez and Jane Turner covered separate Indian Reservations within the Minot Resident Agency territory. Although they worked on separate Indian

Reservations, they would help each other out on cases, when the need arose. During 1998, they both worked on the Larry Froistad case. When the Froistad case arose, Mr. Florez was assigned to assist on that case by Mr. Welken, and he performed computer and other technical forensic evidence analysis. Later, he formed a task force involving the North Dakota state police and homicide investigators in San Diego. Ms. Turner became actively involved later on in the investigation, conducting background investigation on Froistad in South Dakota. After the Froistad case was over, Mr. Florez and Ms. Turner wrote up a recommendation for an incentive award for their work on the case, but neither Mr. Florez or Ms. Turner received an award for the Froistad case.

After working with Ms. Turner, Mr. Florez believed that Jane Turner was one of the better violent crime investigators he had worked with.

Mr. Klokastad also worked in the Minot office for the FBI. Mr. Florez thought that Ms. Turner and Mr. Pete Kloksatd had a personality conflict, between the two of them.

While he worked at the Minot Resident Agency, Mr. Florez was supervised by Mr. Welken. Mr. Florez was never questioned by Mr. Welken, Mr. Burrus or Mr. Domin concerning Jane Turner's performance. In Mr. Florez' opinion, Mr. Welken rated the agents he supervised equally. In Mr. Florez' view, Mr. Welken tended to use negative examples in his

ratings. Mr. Florez never saw any of Welken's performance reviews or file reviews performed on Jane Turner. Mr. Florez was aware that Jane Turner had filed an EEO complaint.

Respectfully submitted,

/s/ Stephen M. Kohn
Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff

Martha Fagg
/s/ Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant

December 28, 2006