# United States District Court

District of MINNESOTA

Jane A. T. Turner,
v.
ALBERTO GONZALES, et al

**DEFENDANT'S WITNESS LIST**

Case Number 01-CV-1407JMR/FLN

| Presiding Judge<br>James M. Rosenbaum | Plaintiff's Attorney<br>Stephen Kohn | Defendant's Attorneys<br>Martha A. Fagg/<br>Lawrence D. Kudej/<br>Colleen Grzeskowiak |
|---|---|---|
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Witnesses |
|---|---|---|---|---|---|
| | 1 | | | | Craig Welken - plaintiff's supervisor. Mr. Welken will testify as to plaintiff's job performance up until her transfer. Will call. |
| | 2 | | | | Douglas Domin will testify as to plaintiff's job performance from August 1999 thru 2001. Will call. |
| | 3 | | | | James Burrus - will testify as to plaintiff's job performance from 1998 to 2001. Will call. |
| | 4 | | | | James Casey will testify as to the FBI's independent inspection in October, 1999. Will call. |
| | 5 | | | | Wendy Loucks will testify as to plaintiff's job performance until plaintiff's transfer. Will call. |
| | 6 | | | | Ray Morrow will testify as to plaintiff's job performance from 2000 - 2001. Will call. |
| | 7 | | | | Sonda Pederson will testify as to plaintiff's job performance in Fargo in 1998 until plaintiff's transfer. Will call. |
| | 8 | | | | Peggy Gray will testify as to plaintiff's referrals for fitness for duty. May Call. |
| | 9 | | | | Deborah Strebel Pierce will testify as to plaintiff's job performance from 2002 - 2003. May call. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Respectfully submitted,

JUDITH A. WHETSTINE
Acting United States Attorney

By: s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed/electronically mailed/hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on January 5, 2007

UNITED STATES ATTORNEY

BY: s/ Carol McEntaffer

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007