**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

| | | |
|---|---|---|
| JANE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, ET AL.<br><br>Defendants. | ) | **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** |

Pursuant to the Final Pretrial Order, paragraph 10, Plaintiff, Jane Tuner, hereby submits her proposed special verdict form and substantive jury instructions to the Court. Attached hereto is: 1) Plaintiff's Propose Special Verdict Form.

Respectfully submitted,
_______/s/ Stephen M. Kohn____
Stephen M. Kohn, DC Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007
(202) 342-6980

______/s/Robert Hill___________
Robert Hill and Associates
The IDS Center, Suite 825
80 South 8th Street
Minneapolis, MN 55402
(612)376-0017

Attorneys for the Plaintiff

Dated: January 10, 2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| JANE TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 01-1407 JMR/FLN |
| ALBERTO GONZALES, ET AL. | ) | |
| Defendants. | ) | |

**VERDICT FORM**

**Note:** Complete the following paragraphs by writing in the name required by your verdict.

1. On the retaliatory transfer claim of plaintiff Jane A.T. Turner, as submitted in instructions given by the judge, we find in favor of:

______________________________________

(Plaintiff Jane A.T. Turner) or (Defendant)

2. On the retaliatory performance review claim of plaintiff Jane A.T. Turner, as submitted in instructions given by the judge, we find in favor of:

______________________________________

(Plaintiff Jane A.T. Turner) or (Defendant)

3. On the retaliation claim of plaintiff Jane A.T. Turner, as submitted in instructions given by the judge, we find in favor of:

______________________________________

(Plaintiff Jane A.T. Turner) or (Defendant)

**Note:** Answer the next questions only if one or more of the above findings are in favor of plaintiff. If all of the above findings are in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

4. We find plaintiffs lost wages and benefits through the date of this verdict to be:

$ _______________(stating the amount or, if none, write the word "none").

5. We find damages for plaintiff's loss of reputation to be:

   $ _______________(stating the amount or, if none, write the word "none").

6. We find damages for emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or other non-monetary or money losses to be:

   $ _______________(stating the amount or, if none, write the word "none").

7. We find damages for physical injury to be:

   $ _______________(stating the amount or, if none, write the word "none").

8. We find plaintiff's other damages, excluding lost wages and benefits, to be:

   $_________ (stating the amount or, if you find that plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

_______________________________________
Foreperson

Dated:______________________________



Adapted from Jury instruction adapted 8th Cir. Man. of Model Jury Instructions (civil) 5.03 (2005).

Accepted ________ Rejected ________