UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| JANE A.T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 01-CV-1407 (JMR/FLM) |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, et al. | ) | DEFENDANT'S PROPOSED |
| | ) | VOIR DIRE |
| Defendants. | ) | |
| | ) | |

Defendant, FBI, respectfully requests that the following questions be asked of proposed jurors.

**GENERAL QUESTIONS:**

1. The Court has provided you with a summary of the parties' positions in this case. Is there anything about the allegations in this lawsuit that causes anyone to prefer not being a juror in this type of case?

2. Does any member of this jury panel know the Plaintiff, Jane A. T. Turner? Has anyone heard of Jane Turner prior to today?

3. Does anyone know any of the witnesses who will testify in this trial? (to be named)

4. Does any one know any of the attorneys representing Ms. Turner? Stephen Kohn and Aaron Parness from Washington DC or Robert Hill from Minneapolis?

4. Does any one know the attorneys representing the FBI. Martha Fagg or Larry D. Kudej, the Assistant United States Attorneys from Northern Iowa, or Colleen Grzeskowiak, from Washington DC? Does anyone know any of the Untied States

Attorneys from Minnesota? Does anyone know any employees or agents of the FBI?

5. Does any one have any belief or feeling toward any of the parties, attorneys, or witnesses that might be regarded as a bias or prejudice for or against any of them?

**FBI/GOVERNMENT**

1. Are any of you, or those close to you, current or previous employees of the F.B.I. or any other federal government agency, and if so, in what capacity?

2. Have you or any of your close friends or family ever been involved or the subjects of an FBI investigation?

3. Do any of you have any negative perceptions about the FBI. If so, what are those perceptions?

**EMPLOYMENT PROCEEDINGS**

1. Have any of you ever been a party or a witness in any employment related case? Please explain. Have any of your family members or close friends ever been a party or a witness in a case like this one? Do you think that your feelings or experiences would influence your ability to render an impartial decision in this case?

2. Have any of you or persons you are close to ever experienced discrimination or retaliation in connection with your employment? If so, what were the circumstances?

**EMPLOYMENT ACTIONS**

1. Have any of you ever experienced a situation at work where you believed your supervisor or boss made your working conditions intolerable? If so, what were the circumstances? What did you do about it?

2. Do you all agree that an employer has the right to tell an employee what to do at work and make decisions regarding the employee while at work—as long as it does not violate any laws?

3. Have you or any member of your family ever been transferred to another location? If so, how did you feel about the transfer? Do you agree that an employer has the right to transfer an employee to another location even if the employee isn't happy about it?

4. Have any of you ever had a job performance review at work? Has anyone ever filed a grievance or taken other action in regard to the review?

5. Does any one disagree with the fact that an employer has the right to review an employee's job performance and let the employee know when he or she is not doing a very good job?

6. Have you or a close family member ever received what you thought was an unfair job performance review? Explain. What did you do about it?

7. Does any one disagree with the fact that if an employer is not happy with an employee's work performance, that an employer may take action against an employee–including firing an employee?

8. Does anyone disagree with the fact that an employee can do really well in some parts of his or her job, but fail at others?

9. Have any of you worked in a management or supervisory position? If so, what sort of position was it?

10. As a manager or supervisor, have any of you ever had to transfer an employee? Explain. As a manager or supervisor, have you ever had to review an employees' work performance? Did you ever have any employees become upset with

your review?

11. Given your work experiences, would any of you tend not to believe the testimony of a supervisor just because that witness is a supervisor?

12. Has any member of the panel ever been a party to any court action (excluding a divorce case)? If so, what was the nature of the suit and what was the outcome?

13. Do you know of any reason that would prevent you from being an impartial juror in this case?

**QUESTIONS RELATING TO DAMAGES:**

1. Does any member of the panel have any training in the areas of family counseling, psychology or psychiatry?

2. Does any member of the panel hold any bias or strong feelings about mental health care providers, such as psychologists and psychiatrists?

3. Have any of you ever had any health problems that were caused by work related stress?

4. Has anyone ever been given paid leave by an employer to deal with work related stress?

4. Have any of you ever had to take a leave of absence from work because of work related stress?

Respectfully submitted,

JUDITH WHETSTINE
Acting United States Attorney

By: s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I mailed/electronically mailed/hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on January 10, 2006

UNITED STATES ATTORNEY

BY: s/ Carol McEntaffer

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007