**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

JANE TURNER,

Plaintiff,

v.

ALBERTO GONZALES, ET AL.

Defendants.

**NOTICE OF PROPOSED VOIR DIRE**

Pursuant to this Court's Final Pretrial Order, attached hereto is Plaintiff Jane Turner's proposed voir dire. Because this proposed voir dire is submitted in the form of a jury questionnaire, the plaintiff, out of an abundance of caution, is also filing today a formal Motion to Submit Jury Questionnaire or in the Alternative Submission of Proposed Voir Dire Questions. The questionnaire attached hereto is the same as the questionnaire attached to the motion.

Respectfully submitted,

_______/s/ Stephen M. Kohn____
Stephen M. Kohn, DC Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007
(202) 342-6980

______/s/Robert Hill___________
Robert Hill and Associates
The IDS Center, Suite 825
80 South 8th Street
Minneapolis, MN 55402
(612)376-0017

Dated: January 10, 2007

Attorneys for the Plaintiff

**Juror Questionnaire**

**(The Information provided in your answers will be held confidential and will only be used during jury selection in this case)**

Name__________________________ Age________ Marital Status_________________
Number of Children (if any) ____________ Juror Number ________________

1. Occupation________________________________________ Years in field__________
   If retired, from what occupation? ____________________ Years in field__________
   Job description_____________________________________________________________

2. Have you ever been responsible for:
   - Supervising other employees? Yes____ No____
   - Evaluating employees' performance? Yes____ No____
   - Making hiring decisions? Yes____ No____
   - Making firing decisions? Yes____ No____

3. Please **circle** any of the following in which you have received training or education:
   Law Human Resources Law Enforcement Management

4. Please list the newspapers, magazines, professional journals, or periodicals to which you subscribe or regularly read______________________________________________

5. Have you ever owned a business? Yes____ No____
   If yes, please explain_______________________________________________________

6. Have you or anyone close to you ever been unfairly accused of employment-related discrimination? Yes____ No____
   If yes, please explain_______________________________________________________
   ___________________________________________________________________________

7. Have you ever served as a juror? Yes___ No___ If yes, what type of case?
   [] Civil [] Criminal. What was the verdict in the case? ________________

8. Have you ever been the plaintiff (the party suing) in a lawsuit? []Yes [] No. If yes, please explain:_____________________________________________________________
   ___________________________________________________________________________

9. Have you ever been the defendant (the party who was sued) in a lawsuit? []Yes [] No.
   If yes, please explain:_______________________________________________________
   ___________________________________________________________________________

10. In a case where an employee is suing her employer claiming that she obtained bad performance reviews, whom do you start out the trial favoring [] The employee [] The employer [] Neither. Please tell us why you feel this way:
    _________________________________________________________________________
    _________________________________________________________________________

11. Which of the following words would you use to describe yourself (check all that apply): [] Analytical [] Judgmental [] Assertive [] Libertarian [] Opinionated [] Decisive [] Outspoken [] Pro-employee [] Pro-employer [] Team player [] Emotional [] Impulsive [] Other: ______________________________

12. Should an employee who was never fired from her job should still be able to collect a monetary award if the evidence supported a finding of emotional distress and/or loss of reputation? [] Yes [] No.

13. Have you had any contact or experience with the Federal Bureau of Investigation (FBI) or an employee of the FBI? [] Yes [] No. If yes, please explain:_____ ________________________________________________________

14. Is there any reason you could not be a fair and impartial juror in this case? [] Yes [] No If yes, please explain ______________________________

**Please circle the number that best reflects your opinion about the following statements (Strongly Agree = 1, Strongly Disagree = 7).**

15. Employees often use claims of discrimination as a cover for their own shortcomings.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

16. The award of money damages in a lawsuit should be <u>limited</u> to out-of-pocket losses.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

17. If someone causes you significant emotional distress, you should **not** be compensated because a person's emotional state has little monetary value.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

18. Employers are restricted by too many rules and regulations governing how they treat their employees.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

19. If someone damages your reputation, you should **not** be compensated because a person's reputation has little monetary value.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

20. When it comes to jury verdicts, juries generally tend to award too much money based on the circumstances.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

21. Women who choose to work in predominately male professions, such as law-enforcement, should be more tolerant of working conditions than women who chose other professions.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

22. If someone says something about you that is not true, it should **not** affect your emotional well being.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree