**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

| | | |
|---|---|---|
| JANE TURNER, Plaintiff, | ) | **PLAINTIFF'S MOTION TO SUBMIT JURY QUESTIONNAIRE OR IN ALTERNATIVE SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS** |
| v. | ) | |
| ALBERTO GONZALES, ET AL. Defendants. | ) | |

The Plaintiff, Jane Turner, by and through counsel, hereby requests that the Court submit the attached questionnaire to prospective jurors prior to voir dire. Pursuant to paragraph 10 of the Final Pretrial Order, the questions set forth in the proposed questionnaire constitute the voir dire questions submitted by the Plaintiff As set forth in the accompanying Memorandum and Points of Authorities, good cause exists for granting this motion. A proposed order is also attached.

Respectfully submitted,
_______/s/ Stephen M. Kohn____
Stephen M. Kohn, DC Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007
(202) 342-6980

______/s/Robert Hill___________
Robert Hill and Associates
The IDS Center, Suite 825
80 South 8th Street
Minneapolis, MN 55402
(612)376-0017

Attorneys for the Plaintiff

Dated: January 10, 2007