# Juror Questionnaire

**(The Information provided in your answers will be held confidential and will only be used during jury selection in this case)**

Name__________________________ Age_______ Marital Status_________________

Number of Children (if any) ____________ Juror Number ________________

1. Occupation________________________________________ Years in field_________
   If retired, from what occupation? ____________________ Years in field_________
   Job description_____________________________________________________________

2. Have you ever been responsible for:
   - Supervising other employees? Yes____ No____
   - Evaluating employees' performance? Yes____ No____
   - Making hiring decisions? Yes____ No____
   - Making firing decisions? Yes____ No____

3. Please **circle** any of the following in which you have received training or education:
   Law Human Resources Law Enforcement Management

4. Please list the newspapers, magazines, professional journals, or periodicals to which you subscribe or regularly read______________________________________________

5. Have you ever owned a business? Yes____ No____
   If yes, please explain_______________________________________________________

6. Have you or anyone close to you ever been unfairly accused of employment-related discrimination? Yes____ No____
   If yes, please explain_______________________________________________________
   _________________________________________________________________________

7. Have you ever served as a juror? Yes___ No___ If yes, what type of case?
   [] Civil [] Criminal. What was the verdict in the case? ________________

8. Have you ever been the plaintiff (the party suing) in a lawsuit? []Yes [] No. If yes, please explain:______________________________________________________________
   _________________________________________________________________________

9. Have you ever been the defendant (the party who was sued) in a lawsuit? []Yes [] No. If yes, please explain:_______________________________________________________
   _________________________________________________________________________

10. In a case where an employee is suing her employer claiming that she obtained bad performance reviews, whom do you start out the trial favoring [] The employee [] The employer [] Neither. Please tell us why you feel this way:
    _______________________________________________________________________
    _______________________________________________________________________

11. Which of the following words would you use to describe yourself (check all that apply): [] Analytical [] Judgmental [] Assertive [] Libertarian [] Opinionated [] Decisive [] Outspoken [] Pro-employee [] Pro-employer [] Team player [] Emotional [] Impulsive [] Other: ________________________________

12. Should an employee who was never fired from her job should still be able to collect a monetary award if the evidence supported a finding of emotional distress and/or loss of reputation? [] Yes [] No.

13. Have you had any contact or experience with the Federal Bureau of Investigation (FBI) or an employee of the FBI? [] Yes [] No. If yes, please explain:_____ ______________________________________________________________

14. Is there any reason you could not be a fair and impartial juror in this case? [] Yes [] No If yes, please explain _________________________________

**Please circle the number that best reflects your opinion about the following statements (Strongly Agree = 1, Strongly Disagree = 7).**

15. Employees often use claims of discrimination as a cover for their own shortcomings.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

16. The award of money damages in a lawsuit should be limited to out-of-pocket losses.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

17. If someone causes you significant emotional distress, you should **not** be compensated because a person's emotional state has little monetary value.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

18. Employers are restricted by too many rules and regulations governing how they treat their employees.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

19. If someone damages your reputation, you should **not** be compensated because a person's reputation has little monetary value.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

20. When it comes to jury verdicts, juries generally tend to award too much money based on the circumstances.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

21. Women who choose to work in predominately male professions, such as law-enforcement, should be more tolerant of working conditions than women who chose other professions.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree

22. If someone says something about you that is not true, it should **not** affect your emotional well being.
Strongly Agree 1 2 3 4 5 6 Strongly Disagree