**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

JANE TURNER,

Plaintiff,

v.

ALBERTO GONZALES, ET AL.

Defendants.

**WORD COUNT CERTIFICATE OF COMPLIANCE**

I hereby certify that a Plaintiff's Memorandum of Law in Support of Motion for Leave to File Jury questionnaire complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum of Law contains 986 words. The name and version of the word processing software used to prepare the memorandum is Miscrosoft Word 2002 version 10.2627.2625.

By: /s/ Stephen M. Kohn
Stephen M. Kohn