**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

| | |
|---|---|
| JANE TURNER,<br>Plaintiff,<br>v.<br>ALBERTO GONZALES, ET AL.<br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that a copy of Plaintiff's Motion for Leave to File Jury questionnaire and Memorandum of Law in Support thereof were served, by ECF and email, on this 10th day of January, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: /s/ Stephen M. Kohn
Stephen M. Kohn