UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

Jane A.T. Turner )
)
v. ) ORDER
)
Alberto Gonzales, et al. )

This matter is before the Court on defendant's motion to strike plaintiff's designation of Dr. Edwin Carter as an expert witness. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion to exclude the testimony of Dr. Carter based on untimely disclosure [Docket No. 90] is denied.

Dated: January 16, 2007

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge