UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT AGREED STATEMENT OF TESTIMONY** |
| | ) | |
| | ) | |
| | ) | |
| ALBERTO GANZALES, *et al.*, | ) | **RAY MORROW** |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with this Court's Final Pretrial Order dated November 11, 2006, as modified on December 20, 2006, the parties to this proceeding hereby set forth the following joint agreed statement of deposition testimony concerning the witness Mr. Ray Morrow:

Mr. Ray Morrow commenced working for the Federal Bureau of Investigation in 1986, and is currently a senior member of FBI management. He served as a supervisor in the FBI's Tampa Division from 1996 through March 2000 and became Assistant Special Agent in Charge of the Minneapolis Division in March 2000.

As a supervisor, he was required to rate employee performance. Prior to reviewing Ms. Turner's performance, he received training from the FBI about the Bureau's performance appraisal process. He understood that performance reviews had to be accurate. He also understood that, under FBI rules, neither the rating

official or the reviewing official could sign a performance review if that official believes that the appraisal is false.

Mr. Morrow never signed a performance appraisal report in which he believed the information in the PAR was not true. Mr. Morrow has never been directed by a manager to sign a performance appraisal report that contained information that he (Mr. Morrow) believed was not true.

When he became an ASAC in Minneapolis, during his first week in the office, Special Agent in Charge Doug Domin asked Mr. Morrow to conduct a review of Jane Turner's work as a follow-up to the "Unacceptable" PAR she had received. Mr. Morrow reviewed Ms. Turner's criminal informant files in Minneapolis in order to rate her work. Mr. Morrow then traveled to Minot, North Dakota, and interviewed Ms. Turner, law enforcement personnel Ms. Turner introduced him to, and other agents she worked with.

After doing these interviews in Minot, Mr. Morrow then met with Craig Welken, Ms. Turner's supervisor. Mr. Morrow also reviewed Ms. Turner's investigative files. Throughout this process, Mr. Morrow collected documents pertaining to Ms. Turner and her file reviews. During the time in March that he was conducting her PAR review, Mr. Morrow had a lot of contact with Ms. Turner.

After conducting these interviews and reviews, Mr. Morrow executed and signed a PAR as Jane Turner's rating official. The rating Mr. Morrow signed rated Ms. Turner as "Fully Successful." This Performance Appraisal Report has been

introduced into evidence in this matter as Joint Exhibit 3. At the time Mr. Morrow rated Ms. Turner and signed the "Fully Successful" PAR, he believed that the rating was truthful.

Respectfully submitted,

JUDITH A. WHETSTINE
Acting United States Attorney

By: s/ Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

s/ Stephen M. Kohn

STEPHEN M. KOHN
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff