**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

| | | |
|---|---|---|
| JANE TURNER, Plaintiff, | ) | |
| v. | ) | **WORD COUNT CERTIFICATE OF COMPLIANCE** |
| ALBERTO GONZALES, ET AL. Defendants. | ) | |

I hereby certify that a Plaintiff's Partial Opposition to Defendants' Motion in Limine complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum of Law contains 1640 words. The name and version of the word processing software used to prepare the memorandum is Miscrosoft Word 2002 version 10.2627.2625.

By: ___/s/ Stephen M. Kohn______
Stephen M. Kohn

January 17, 2007