# United States District Court

District of MINNESOTA

Jane A. T. Turner,
v.
John Ashcroft, et al.

**AMENDED PLAINTIFF/DEFENDANT EXHIBIT LIST**

Case Number 01-CV-1407JMR/FLN

| Presiding Judge<br>James M. Rosenbaum | Plaintiff's Attorney<br>Stephen Kohn | Defendant's Attorney<br>Martha A. Fagg/<br>Lawrence D. Kudej/<br>Colleen B. Grzeskowiak |
|---|---|---|
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Agreed No. | Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | | | | | Joint Stipulation of Agreed Facts |
| 2 | | | | | | Turner Performance Appraisal Report 1999 |
| 3 | | | | | | Turner Performance Appraisal Report 2000 |
| 4 | | | | | | Inspection Finding regarding Turner 10-19-99 (EC Casey to Domin) |
| 5 | | | | | | Turner Memo to Welken 5-23-99 |
| 6 | | | | | | 4-25-99 Reconsideration of PAR, and routing slip |
| 7 | | | | | | 4-30-99 Burrus to Turner |
| 8 | | | | | | 6-18-99 Additional information for PAR review |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT LIST - CONTINUATION**

| Jane A.T. Turner v. John Ashcroft, et al. | | | | | | Case No. 01-CV-1407JMR/FLN |
|---|---|---|---|---|---|---|
| Agreed No. | Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits* |
| | 51 | | | | | Jane Turner Performance Appraisal reports, April 14, 1989 – April 17, 1999. **(Expects to offer)** |
| | 52 | | | | | Turner Certificates, Training recognitions and summary of personal file by Avelino Demetrio, Jr. Date 3-17-99 **(Expects to offer)** |
| | 53 | | | | | FBI/Department of Justice Turner Letters of Appreciation DOJ/FBI/State law enforcement/Minot/North Dakota community **(Expects to offer)** |
| | 54 | | | | | Book: Flight of the Falcon by Robert Lindsey copyright 1983. **(Expects to offer)** |
| | 55 | | | | | July 16, 1998 Schneider to Welken **(Expects to offer)** |
| | 56 | | | | | July 28, 1998 FBI e-mails Froistad [8:29 AM, 12:47 PM 1:53 PM]) **(Expects to offer)** |
| | 57 | | | | | October 13, 1998 Schneider E-mail to Turner **(Expects to offer)** |
| | 58 | | | | | December 17, 1998 Turner to Welken **(Expects to offer)** |
| | 59 | | | | | March 21, 1999 Letter from Turner to Avelino (with attachment) **(Expects to offer)** |
| | 60 | | | | | June 22, 1999 Burrus to Tuner **(Expects to offer)** |
| | 61 | | | | | Turner file review January 1997 thru June 1999 **(May offer)** |
| | 62 | | | | | Turner Appeals of the 1999 file reviews and performance review **(May offer)** |
| | 63 | | | | | September 24, 1999 Turner to Welken **(Expects to offer)** |
| | 64 | | | | | September 28, 1999 Mattson to Turner **(Expects to offer)** |
| | 65 | | | | | Exhibits to Onstead Deposition (letter 9-25-99 and undated statement) **(Expects to offer)** |
| | 66 | | | | | 2-19-02 Bureau Personnel Management System, Appraisal information for Jane Turner - Print out **(Expects to offer)** |
| | 67 | | | | | Exhibits to Florez Deposition (Nomination of Turner and Sworn EEO Statement) **(Expects to offer)** |
| | 68 | | | | | Sworn Statement of Wendy Loucks **(Expects to offer)** |
| | 69 | | | | | December 17, 1999 Turner to Welken **(Expects to offer)** |
| | 70 | | | | | January 7, 2000 Turner to Domin **(Expects to offer)** |
| | 71 | | | | | January 13, 2000 Rowley to Domin **(May offer)** |
| | 72 | | | | | FBI MAOP (sections) **(May offer)** |
| | 73 | | | | | “Implications of a ‘Does not Meet Expectations’ Summary Rating?” **(May offer)** |
| | 74 | | | | | Expert Report of Dr. Edwin Carter and CV **(Expects to offer)** |
| | 75 | | | | | Garofalo Report of 1/10/00 and Bryant Report 1/17/00 **(Expects to offer)** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size. 

**EXHIBIT LIST - CONTINUATION**

Jane A.T. Turner v. John Ashcroft, et al. Case No. 01-CV-1407JMR/FLN

| Agreed No. | Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits* |
|---|---|---|---|---|---|---|
| | | 76a | | | | Welken drop file - Liaison complaints re: Turner January 1999 thru November 1999 |
| | | 76b | | | | Welken drop file - Welken Squad Reminders re: FBI Procedures |
| | | 77 | | | | Turner 1995 - 1999 Performance Plan |
| | | 78 | | | | 4-25-99 EC Draft from Turner to Welken with 4-27-99 routing slip |
| | | 79 | | | | 4-28-99 Turner email to Welken |
| | | 80 | | | | 5-23-99 Turner request for reconsideration of PAR to personnel |
| | | 81a | | | | 6-23-99 PSA |
| | | 81b | | | | PIP including file reviews |
| | | 81c | | | | Welken notes |
| | | 82 | | | | Welken response to Burrus re: PAR |
| | | 83a | | | | 8-28-99 PSA |
| | | 83b | | | | Welken Notes |
| | | 84 | | | | 9-14-99 Domin EC re: Turner |
| | | 85 | | | | 10-19-99 Inspection Memo |
| | | 86 | | | | 10-30-99 EC Welken to Domin |
| | | 87 | | | | 11-5-99 Welken/Domin referral for FFD and transfer |
| | | 88 | | | | 11-19-99 Response to Inspection Findings by Craig Welken |
| | | 89 | | | | 11-22-99 Health Care response to FFD request with notes |
| | | 90a | | | | 1999 December warning PAR |
| | | 90b | | | | 1999 PIP |
| | | 90c | | | | Welken notes |
| | | 91 | | | | 11-22-99 Health Care response to Domin FFD request |
| | | 92 | | | | 12-15-99 Letter from Grey to Turner request information from Turner's private physician |
| | | 93 | | | | 7-9-01 Letter Turner to Grey |
| | | 94 | | | | Turner salary information 1999-2000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size. 

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By: s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

By: s/Stephen Kohn

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007
202-342-6980
Attorney for Plaintiff