# UNITED STATES DISTRICT COURT

## District of Minnesota

**700 Federal Building**
**316 North Robert Street**
**St. Paul, MN 55101**
**Phone: 651-848-1100**

**Case Number:** 01-1407 JMR/FLN **Case Title:** Jane A.T. Turner v. Alberto Gonzales

### MOTION FOR ADMISSION PRO HAC VICE

### FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

Affidavit of Proposed Admittee

I, Colleen B. Grzeskowiak certify that I am currently a member in good standing of the bar of the United States District Court for the District of (none) but am not admitted to the bar of this court. I will be representing U.S. DOJ/Federal Bureau of Investigation (Government Agency) in the action listed above. I further certify that I understand that the District of Minnesota is an electronic court and I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Affiant's Signature s/ Date: January 23, 2007

Affiant's Typed Name Colleen B. Grzeskowiak Affiant's State Bar ID: #2246601 New York State

Government Agency: U.S. DOJ/Federal Bureau of Investigation Telephone: (202) 220-9311

Suite/Building : J. Edgar Hoover Bldg Fax: (202 ) 220-9355

Street Address : 935 Pennsylvania Ave, NW Room PA-400 North E-mail: Colleen.Grzeskowiak@ic.fbi.gov

City State Zip : Washington, DC 20002

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature **s/** Date January 23, 2007

Typed Name Edward M. Broussard

Title Associate General Counsel

US Agency U.S. DOJ/Federal Bureau of Investigation

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file the instruction page. This original shall be retained by the filer through the end of any appeal period. If e-filing is not possible, please mail to: Attorney Admissions, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101.