UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT AGREED** |
| | ) | **STIPULATION AS TO** |
| v. | ) | **"PROTECTED ACTIVITY"** |
| | ) | |
| ALBERTO GONZALES, *et al*., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AS TO "PROTECTED ACTIVITY"**

The parties agree that on June 22, 1998, Jane Turner filed a sex discrimination complaint with the FBI's EEO office, which is protected activity.

Respectfully submitted,

s/ Stephen M. Kohn
Stephen M. Kohn,
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007
Attorney for Plaintiff

s/ Martha Fagg
Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
Attorney for Defendant

Dated: January 23, 2007