# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jane A.T. Turner,
Plaintiff,
v.

Alberto Gonzales, et al.,
Defendant.

## COURT MINUTES
Case Number: 01-1407 JMR/FLN

| | |
|---|---|
| Date: | January 25, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 9:05 a.m. |
| Time Concluded: | 1:00 p.m |
| Time in Court: | 3 Hours & 26 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Stephen Kohn, Robert Hill and Aaron Parness
For Defendant: Martha Fagg and Lawrence Kudej

## PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to 1/26/2007 .
: Plaintiff's witnesses: Jane A.T. Turner; Janice Morley; Margaret Nordell; Edwin Carter; Anthony Onstead

s/Heather Labat
Signature of Calendar Clerk