# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jane A.T. Turner,
Plaintiff,
v.

Alberto Gonzales, et al.,
Defendant.

## COURT MINUTES
Case Number: 01-1407 JMR/FLN

| | |
|---|---|
| Date: | January 26, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 8:42 a.m. |
| Time Concluded: | 4:25 p.m. |
| Time in Court: | 5 Hours & 30 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Stephen Kohn, Robert Hill and Aaron Parness
For Defendant: Martha Fagg and Lawrence Kudej

## PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to 1/29/2007.
: Plaintiff's witnesses: Douglas Domin; Jane A.T. Turner
: Defendant's witnesses: Douglas Domin; Sonda Pederson; Ray Morrow; James Casey; James Burrus; and Craig Welken
: Plaintiff rests.

s/Heather Labat
Signature of Calendar Clerk