# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jane A.T. Turner,
Plaintiff,
v.

Alberto Gonzales, et al.,
Defendant.

**COURT MINUTES**
Case Number: 01-1407

| | |
|---|---|
| Date: | February 1, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 8:40 a.m. |
| Time Concluded: | 2:22 p.m. |
| Time in Court: | 3 Hours & 39 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at MINNEAPOLIS, Minnesota.

## APPEARANCES:

For Plaintiff: Stephen Kohn Robert Hill and Aaron Parness
For Defendant: Martha Fagg

## PROCEEDINGS:

: **JURY Trial - Ended**
: **JURY Trial Held.**
: Witnesses: Craig Welken and Jane A.T. Turner
: Defendant rests.
: Closing arguments.
: Jury received case at 2:22 p.m.
: Jury resumed deliberations on 2/2/2007.

s/Heather Labat
Signature of Calendar Clerk