# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jane A.T. Turner,
Plaintiff,
v.

Alberto Gonzales, et al.,
Defendant.

## COURT MINUTES
Case Number: 01-1407 JMR/FLN

| | |
|---|---|
| Date: | February 5, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 1:19 p.m. |
| Time Concluded: | 1:23 p.m. |
| Time in Court: | 4 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Robert Hill
For Defendant: Greg Brooker

PROCEEDINGS:

: Verdict Rec'd at 1:19 p.m. for:
  : Plaintiff on the downward performance grade claim of retaliation
  : Defendant on the involuntary transfer claim of retaliation

IT IS ORDERED:
: Clerk to file Verdict and enter Judgment.

s/Heather Labat
Signature of Calendar Clerk