UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

Jane A. T. Turner )
 )
v. ) VERDICT
 )
Alberto Gonzales et al. )

1. On the downward performance grade claim of retaliation, we, the jury, find in favor of:

~~Defendant, Alberto Gon~~ Plaintiff Jane Turner
(Plaintiff Jane Turner) or (Defendant Alberto Gonzales)

2. On the involuntary transfer claim of retaliation, we, the jury, find in favor of:

Defendant Alberto Gonzales
(Plaintiff Jane Turner) or (Defendant Alberto Gonzales)

If you find in favor of plaintiff on any of the above claims, answer the following questions:

1. We, the jury, find plaintiff's lost wages and benefits through the date of this verdict to be:

$ 60,000 .

SCANNED
FEB 05 2007
U.S. DISTRICT COURT MPLS

2. We, the jury, find plaintiff's other damages, excluding lost wages and benefits, to be:

$ 505,000 .

Dated: Feb 5, 2007

[signature]
Foreperson