UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
HON. JAMES M. ROSENBAUM

300 SOUTH 4TH STREET, SUITE 15E
MINNEAPOLIS, MN 55415

01-1407 JMR

February 1, 2007

Members of the Jury:

You have asked:

JUDGE,

On Page 5 - stipulation - we are confused about dates. The second sentence covers the dates April 1, 1999 - March 31, 1999.

What is the correct date?

(Unsigned)

Answer:

Members of the jury, you have discovered a typographical error. The second sentence should read:

> The April 1999 Performance Appraisal Report covered the April 1, 1998 - March 31, 1999, appraisal year and gave Turner an overall rating of "Superior," the second-highest rating possible.

James M. Rosenbaum

SCANNED
FEB 06 2007
U.S. DISTRICT COURT MPLS