UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
HON. JAMES M. ROSENBAUM

300 SOUTH 4TH STREET, SUITE 15E
MINNEAPOLIS, MN 55415

01-1407 JMR

February 1, 2007

Members of the Jury:

You have asked:

JUDGE

What is the date of the filing of the EEO?

(Unsigned)

Answer:

You are to proceed with your deliberations with the evidence and materials you have received.

James M. Rosenbaum

SCANNED
FEB 06 2007
U.S. DISTRICT COURT MPLS