UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
HON. JAMES M. ROSENBAUM

300 SOUTH 4TH STREET, SUITE 15E
MINNEAPOLIS, MN 55415

01-1407 JMR

February 2, 2007

Members of the Jury:

You have asked:

> Judge,
>
> We would like to see the transcript of testimony from Chip Burrus and Douglas Domin.
>
> Kris Kulseth

Answer:

> Members of the jury, no transcript has been prepared. You are to be bound by your recollection of the testimony.

James M. Rosenbaum

SCANNED
FEB 06 2007
U.S. DISTRICT COURT MPLS