✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jane A.T. Turner

V.

Alberto Gonzalez, Attorney-General U.S. Department of Justice; Federal Bureau of Investigation; U.S. Department of Justice; Robert S. Meuller Director, Federal Bureau of Investigation.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1407 JMR/FLN

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Plaintiff Jane A.T. Turner recover from the defendants the sum of $360,000.00 and her costs of this action.

2/8/2007
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider Deputy Clerk

s/James M. Rosenbaum
JAMES M. ROSENBAUM
CHIEF UNITED STATES DISTRICT JUDGE