UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ALBERTO GONZALES, *et al*., Defendant. | ) | |

I hereby certify that a copy of Plaintiff's Motion for Leave to File Jury questionnaire and Memorandum of Law in Support thereof were served, by ECF and email, on this 19th day of February, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

Dated: February 19, 2007