UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 01-CV-1407 (JMR/FLN) |
| ALBERTO GONZALES, *et al*., | ) | |
| Defendant. | ) | |

**PLAINTIFF JANE TURNER'S AMENDED MOTION FOR INTEREST AND EQUITABLE RELIEF TO CONFORM TO JURY VERDICT**

Pursuant to the Jury verdict in her favor on her downward performance grade claim of retaliation and Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-5(g)(1), Plaintiff Jane Turner hereby moves for the Court to grant her equitable relief based on the verdict in this matter. Post verdict equitable relief in a Title VII case is routinely granted. *See, E.E.O.C. v. HBE Corp.*, 135 F.3d 543, 557-58 (8th Cir. 1998).

Additionally, pursuant to 28 U.S.C. 1961(a), Ms. Turner further requests that the Court award her interest, from the date of the jury verdict until the date that she receives her full damage award.

As set forth in the attached amended Memorandum and Points of Authorities, good cause exists for granting this motion. A copy of a proposed order, which sets forth the specific equitable relief requested, is also attached.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___
Aaron M. Parness
MD US Dist. Ct. #28238
(Admitted Pro Hac Vice)

Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980
Fax: (202) 342-6984

______/s/Robert Hill___________
Robert Hill and Associates
The IDS Center, Suite 825
80 South 8th Street
Minneapolis, MN 55402
(612)376-0017

Attorneys for Plaintiff

Dated: February 20, 2007