UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER,<br>Plaintiff,<br>v.<br>ALBERTO GONZALES, *et al*.,<br>Defendant. | ) | CERTIFICATE OF WORD COUNT COMPLIANCE |

I hereby certify that "Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Interest and Equitable Relief to Conform to Jury Verdict" complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum of Points and Authorities contains 3058 words. The name and version of the word processing software used to prepare the memorandum is Miscrosoft Office Word 2003.

By: ___/s/ Stephen M. Kohn______
Stephen M. Kohn

___/s/ Aaron Parness______
Aaron Parness

February 20, 2007