UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ALBERTO GONZALES, *et al*., | ) | |
| Defendant. | ) | |

I hereby certify that a copy of Plaintiff's Amended Motion for Interest and Equitable Relief To Conform To Jury Verdict and Memorandum of Law in Support thereof were served, by ECF and email, on this 20th day of February, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

Dated: February 20, 2007