**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/FLN)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **DEFENDANT'S** |
| | ) | **MOTION FOR JUDGMENT** |
| **ALBERTO GONZALES,** | ) | **AS A MATTER OF LAW** |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Defendant Alberto Gonzales, by and through his undersigned counsel, moves for judgment as a matter of law pursuant to Federal Rule of Civil Procedure (F.R.Civ.P.) 50(b). Defendant seeks to set aside as contrary to law the jury's verdict that the June 1999 file review/Performance Summary Assessment of "Minimally Acceptable" issued to plaintiff Jane Turner constituted prohibited retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. A Memorandum of Law in support of this Motion is attached hereto.

Date: February 26, 2007

Respectfully Submitted,

MATT M. DUMMERMUTH
United States Attorney

s/ Martha A. Fagg

MARTHA A. FAGG
LAWRENCE D. KUDEJ
Assistant United States Attorneys
600 4th Street, Suite 670
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Fax: (712) 252-2034
martha.fagg@usdoj.gov
Larry.kudej@usdoj.gov

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
Telephone: (202) 220-9311
Fax: (202) 220-9355
Colleen.Grzeskowiak@IC.fbi.gov

CERTIFICATE OF SERVICE

I certify that I mailed/electronically mailed/hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on

UNITED STATES ATTORNEY

BY: s/Michelle Schwebach

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007