**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/FLN)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **DEFENDANT'S** |
| | ) | **MOTION FOR A NEW TRIAL** |
| **ALBERTO GONZALES,** | ) | |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ___________________________________ | ) | |

Defendant Alberto Gonzales, by and through his undersigned counsel, moves for a new trial pursuant to Federal Rule of Civil Procedure (F.R.Civ.P.) 59. Defendant seeks to have the Court set aside as not supported by the weight of the trial evidence the jury's verdict that the June 1999 file review/Performance Summary Assessment of "Minimally Acceptable" issued to plaintiff Jane Turner constituted prohibited retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. A Memorandum of Law in support of this Motion is attached hereto.

Date: February 26, 2007

Respectfully Submitted,

MATT M. DUMMERMUTH
United States Attorney

S/Martha A. Fagg

MARTHA A. FAGG
LAWRENCE D. KUDEJ
Assistant United States Attorneys
600 4th Street, Suite 670
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Fax: (712) 252-2034
martha.fagg@usdoj.gov
Larry.kudej@usdoj.gov

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
Telephone: (202) 220-9311
Fax: (202) 220-9355
Colleen.Grzeskowiak@IC.fbi.gov

CERTIFICATE OF SERVICE

I certify that I mailed/electronically mailed/hand/ delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on

UNITED STATES ATTORNEY

BY: s/Michelle Schwebach

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007