**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/FLN)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **ALBERTO GONZALES,** | ) | |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

I certify that I electronically served a copy of defendant's Motion for New Trial and Memorandum in Support of defendant's Motion for New Trial to Stephen Kohn, Attorney at Law, 3233 P Street, NW, Washington, D.C. 20007 on February 26, 2007.

Respectfully Submitted,

MATT M. DUMMERMUTH
United States Attorney

S/Martha A. Fagg

MARTHA A. FAGG
LAWRENCE D. KUDEJ
Assistant United States Attorneys
600 4th Street, Suite 670
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Fax: (712) 252-2034
martha.fagg@usdoj.gov
Larry.kudej@usdoj.gov

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
Telephone: (202) 220-9311
Fax: (202) 220-9355
Colleen.Grzeskowiak@IC.fbi.gov