**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

| | |
|---|---|
| JANE A.T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>John D. Ashcroft, United States Attorney General; Federal Bureau of Investigation; United States Department of Justice; Robert S. Mueller, Director, Federal Bureau of Investigation,<br><br>Defendants. | Civil No. 01-CV-01407 JMR/FLN<br><br>**NOTICE OF INTENT TO CLAIM AN AWARD OF ATTORNEYS' FEES** |

---

TO: Robert A. Hill
Robert Hill & Associates, Ltd
80 S. 8th St., Ste 825
Minneapolis, MN 55402
(612) 376-0017
612-375-8999 (fax)
bob@roberthillandassociates.com

TO: Lawrence D. Kudej
US Attorney - Cedar Rapids, IA
401 1st St. SE, Ste 400
Cedar Rapids, IA 52407
319-363-6333
319-363-1990 (fax)
larry.kudej@usdoj.gov

TO: Michael D. Kohn
Stephen M. Kohn
Aaron M. Parness
Kohn, Kohn & Colapinto
3233 "P" St. NW
Washington, DC 20007-2756
202-342-6980
mk@kkc.com
sk@kkc.com
ap@kkc.com

TO: Martha A. Fagg
US Attorney - Sioux City, IA
600 4th St., Ste 1600
Sioux City, IA 51101
712-255-6011
712-252-2034 (fax)
martha.fagg@usdoj.gov

TO: Colleen B. Grzeskowiak
U.S. Department of Justice/FBI
935 Pennsylvania Ave. N.W.
Room PA-400 N
Washington, D.C. 20002
202-220-9311
202-220-9355 (fax)
colleen.grzeskowiak@ic.fbi.gov

PLEASE TAKE NOTICE that James R. Klimaski, of Klimaski & Associates, P.C., and Kathryn M. Engdahl, of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A., pursuant to D.Minn. LR 54.3, respectfully submit this Notice of Intent to Claim an Award of Attorneys' Fees in the above-captioned case. The statutory authority for an award of Fees is Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*.

Judgment was entered on February 9, 2007, and therefore this Notice of Intent is timely filed. This claim is based upon the legal services provided by the following counsel: Kathryn M. Engdahl, James R. Klimaski, and Lynn I. Miller (of Klimaski & Associates, P.C.).

Petitioners propose that the motions for attorney's fees be presented on or before Friday, April 6, 2007.

Respectfully submitted,

Date: February 26, 2007

s/Lynn I. Miller
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

s/Kathryn M. Engdahl
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com