**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Jane A.T. Turner

Plaintiff

**CERTIFICATE OF SERVICE**

v.

Case No. 01-cv-01407 JMR/FLN

John D. Ashcroft, et al.

Defendants.

I hereby certify that on February 26, 2007, I caused the following document:

- Notice of Intent to Claim an Award of Attorneys' Fees

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert A. Hill bob@roberthillandassociates.com
Lawrence D. Kudej larry.kudej@usdoj.gov
Michael D. Kohnm k@kkc.com
Stephen M. Kohn sk@kkc.com
Aaron M. Parness ap@kkc.com
Martha A. Fagg martha.fagg@usdoj.gov
Colleen B. Grzeskowiak colleen.grzeskowiak@ic.fbi.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: February 26, 2007

s/Kathryn M. Engdahl
Kathryn M. Engdahl