UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, Plaintiff, | ) | PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION(S) FOR AWARD OF ATTORNEYS' FEES AND COSTS |
| v. | ) | |
| ALBERTO GONZALES, *et al*., Defendant. | ) | |

In accordance with Fed R. Civ. P. 6(b) and D.Minn LR 54.3, Plaintiff, Jane Turner respectfully moves this Court for enlargement of time for the filing of Motions for Award of Attorneys' Fees and Costs in accordance with D.Minn LR. 54.3, up to and including April 6, 2007. Plaintiff's counsel has contacted Defendants' counsel to seek consent; Defendants' counsel represented that defendants had no objection to the enlargement. As set forth in Plaintiff's memorandum of points and authorities good cause exists for granting this motion. A Proposed Order is also submitted herewith.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___
Aaron M. Parness
(Admitted Pro Hac Vice)
Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980
Fax: (202) 342-6984
Attorneys for Plaintiff

Dated: March 2, 2007