UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, *et al*.,<br>Defendant. | MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION(S) FOR AWARD OF ATTORNEYS' FEES AND COSTS |

In accordance with D.Minn LR. 54.3, former counsel for Jane Turner, James Klimaski filed a notice of intent to claim an award of attorneys' fees and proposed schedule. Mr. Klimanski proposed date of April 6, 2007 for the filing of Motions for the Award of Attorneys' Fees and Costs. Plaintiff's Counsel has conferred with parties and all parties consent to the proposed deadline of April 6, 2007.

Given the request of former counsel for Ms. Turner, and the pendency of a number of outstanding motions for which Ms. Turner must file responses, good cause exists for granting Plaintiff's Motion for Enlargement of Time for filing Motions for Award of Attorneys' Fees and Costs.

**CONCLUSION**

For good cause shown, Plaintiff's Unopposed Motion for Enlargement of Time for filing Motion(s) for Award of Attorneys' Fees and Costs should be GRANTED.

Respectfully submitted,

__/s/_ Stephen M. Kohn___

Stephen M. Kohn
DC Bar #411513

(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___
Aaron M. Parness
MD US Dist. Ct. #28238
(Admitted Pro Hac Vice)

Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980
Fax: (202) 342-6984

Dated: March 2, 2007

Attorneys for Plaintiff