UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER, | |
| Plaintiff, | |
| v. | CERTIFICATE OF WORD COUNT COMPLIANCE |
| ALBERTO GONZALES, *et al.*, Defendant. | |

I hereby certify that Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Enlargement of Time to File Motion(s) for Award of Attorney's fees and Costs complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum of Points and Authorities contains 249 words. The name and version of the word processing software used to prepare the memorandum is Microsoft Office Word 2003.

By: ___/s/ Stephen M. Kohn______
Stephen M. Kohn

___/s/ Aaron Parness______
Aaron Parness

March 2, 2007