UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

| | | |
|---|---|---|
| Jane A. T. Turner | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Alberto Gonzales | ) | |

By letter dated February 20, 2007, defendant requests permission from the Court to file a motion for reconsideration of his oral motion at trial for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure. Defendant's request [Docket No. 152] is denied.

IT IS SO ORDERED.

Dated: March 5th, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge