UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

| | | |
|---|---|---|
| Jane A. T. Turner | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Alberto Gonzales et al. | ) | |

Upon consideration of plaintiff's motion for enlargement of time, memorandum of points and authorities, all papers and argument in support thereof and in response thereto, and the record of this case, IT IS ORDERED that:

1. Plaintiff's motion for enlargement of time [Docket No. 154] for the filing of motions for an award of attorneys' fees and costs is hereby granted.

2. Motions for an award of attorneys' fees and costs shall be due on or before April 6, 2007

Dated: March 9th, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge