UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

JANE A. T. TURNER,
Plaintiff,

v.

ALBERTO GONZALES, *et al*.,
Defendant.

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITON TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

In accordance with Fed. R. Civ. P. 6(b), Plaintiff, Jane Turner respectfully moves this Court for enlargement of time to file an Opposition to Defendants' Motion for Judgment as a Matter of Law, up to and including March 15, 2007. Plaintiff's counsel has contacted Defendants' counsel to seek consent; Defendants' counsel has consented to the enlargement. As set forth in Plaintiff's memorandum of points and authorities good cause exists for granting this motion. A Proposed Order is also submitted herewith.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___
Aaron M. Parness
(Admitted Pro Hac Vice)
Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980
Fax: (202) 342-6984
Attorneys for Plaintiff

Dated: March 12, 2007