UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, *et al*.,<br>Defendant. | MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT TO FILE AN OPPOSITON TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW |

Plaintiff hereby files this Memorandum and Points of Authority in Support of her Unopposed Motion for Enlargement to File an Opposition to Defendants' Motion for Judgment as a Matter of Law. As set forth below, good cause exists for granting this unopposed motion.

Defendants made four post-trial motions/requests to the Court. On February 5, 2007 defendants filed a Fed. R. Civ. P. 50(b) motion for judgment as a matter of law, which was denied on that date. Thereafter, defendants filed a letter-brief dated February 20, 2007 requesting leave to file a motion for reconsideration of their Rule 50 request for judgment as a matter of law. The relief requested in the letter-brief was subsequently denied by the Court. On February 23, 2007, Defendants filed a Motion for Judgment as a Matter of Law, without referencing the letter-brief and without seeking a reconsideration of the motion previously denied on February 5, 2007. Thereafter, on February 26, 2007 defendants filed a Motion for a New Trial.

Because the issues raised in the February 23rd Motion for Judgment as a Matter of

law and the February 26th Motion for a New Trial substantially overlap, it would be in the interest of justice and economy of time for the plaintiff to file one opposition addressing both motions. Additionally, because this Court never granted defendants' motion for leave to file a reconsideration of the February 5th denial of defendants' first motion for judgment as a matter of law, it is unclear whether plaintiff must file any response to the February 23, 2007 renewed motion for judgment.

The plaintiff respectfully requests leave to file a combined opposition to both the Motion for Judgment as a matter of Law and Motion for New Trial on or before March 15, 2007.[1] By filing a combined motion, all of the procedural and substantive issues raised by the various post-verdict filings can be addressed in one brief.

Plaintiff's Counsel has conferred with defendant's counsel and defendants consent to the proposed enlargement to March 15, 2007.

## CONCLUSION

For good cause shown, Plaintiff's Unopposed Motion for Enlargement of Time for file to an Opposition to Defendants' Motion for Judgment as a Matter of Law should be GRANTED.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___

[1] Plaintiff's opposition to defendants' Motion for New Trial is currently due on March 15, 2007. Consequently, granting this motion will not result in any material delay of the proceeding.

Aaron M. Parness
MD US Dist. Ct. #28238
(Admitted Pro Hac Vice)

Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980
Fax: (202) 342-6984
Attorneys for Plaintiff

Dated: March 12, 2007