UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

JANE A. T. TURNER,

Plaintiff,

v.

ALBERTO GONZALES, *et al*.,
Defendant.

CERTIFICATE OF WORD COUNT COMPLIANCE

I hereby certify that Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant's Motion for Judgment as a Matter of Law complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum of Points and Authorities contains 480 words. The name and version of the word processing software used to prepare the memorandum is Microsoft Office Word 2003.

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

March 12, 2007