UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, *et al*.,<br>Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that a copy of Plaintiff's Unopposed Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant's Motion for Judgment as a Matter of Law and Memorandum of Law in Support thereof were served, by ECF and email, on this 12th day of March, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

Dated: March 2, 2007