11/27

**RESPONSE TO INSPECTION FINDING**
**Minneapolis Division Inspection**
**10/12/99 - 10/22/99**

**Response Prepared by:** SSRA Craig R. Welken
**Division Point of Contact:** ASAC James H. Burrus, Jr.
**Approved by:** SAC Douglas J. Domin 11-22-99
**Date Approved:** 11/19/99
**Supporting documentation enclosed:** No

**Finding:**

VCMOP #3: SA Jane A.T. Turner of the Minot, North Dakota RA was not performing her duties and responsibilities commensurate with her grade level and experience.

**Recommendation:**

VCMOP #3a: That SAC, Minneapolis, seek the immediate transfer of SA Turner to an entity which would allow for closer supervision.

**Response:** Via EC dated 11/5/99 to the Transfer Unit, SAC, Minneapolis, recommended that SA Turner be transferred to Minneapolis Headquarters.