(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE

Date: 09/14/1999

To: Minneapolis

Attn: ASAC Chip Burrus
SSRA Craig Welken

From: Minneapolis
Contact: SAC Douglas J. Domin

Approved By: Domin Douglas J

Drafted By: Domin Douglas J:jly

Case ID #: 67E-HQ-780275

Title: SA JANE A. T. TURNER
PERSONNEL MATTER

Synopsis: Documentation of SAC Domin's meeting with SA Jane Turner on September 13, 1999 at Minneapolis.

Administrative: Reference is made to E-mail from SA Turner to ASAC Burrus (cc to SAC Domin) dated 9/2/99; E-mail from Carolyn Peterson to SA Turner dated 9/2/99; E-mail dated 9/3/99 from SA Turner to ASAC Secretary Carolyn Peterson; E-mail from SAC Domin to SA Turner dated 9/3/99.

Details: On September 13, 1999, SA Jane A. T. Turner met with SAC Douglas J. Domin, from 2:00 PM until 5:00 PM, in the SAC's Office at Minneapolis. SA Turner was given an opportunity to fully discuss circumstances pertaining to her work performance and supervision in the Minot, North Dakota Resident Agency. SAC Domin was aware of certain performance issues relative to SA Turner in the course of reviewing a recent file review report conducted by SSRA Craig R. Welken. In the course of this review, it was noted that SA Turner was considered Marginally Acceptable in certain Critical Elements of her overall Performance Plan. This status appraisal concerned SAC Domin in that SA Turner serves in a remote Resident Agency and any meaningful job counseling/coaching would be impeded. SAC Domin briefly discussed the performance matters with ASAC Burrus and instructed him to determine if SA Turner would consider a transfer to Headquarters City. SAC Domin thought this course of action to be fair and appropriate in an effort to restore this agent's productivity. Furthermore, given the hardship status of the Minot Resident Agency, the transfer offered to SA Turner was considered to be in her best interest. In the course of meeting

with SAC Domin, SA Turner said that she was not prepared for a transfer at this time.

SA Turner provided information that indicated her paperwork product is under close scrutiny and that evaluations, following file reviews, have been particularly harsh. SA Turner considers criticism of her work to be without merit and has attempted to comply with her supervisor's instructions.

It is apparent to SAC Domin that SA Turner is under stress. Her discussion and demeanor with SAC Domin was troubling. SAC Domin intends to conduct additional background in order to determine a logical outcome regarding SA Turner's performance in the Minot Resident Agency and her state of mind.

The following action will be undertaken immediately:

1. SA Turner is expected and directed to furnish all investigative/administrative reports and paperwork through SSRA Welken as is customary and appropriate. She is expected to comply with the instructions of her supervisor, including the improvement plan set out in her past file reviews.

2. SSRA Welken will oversee SA Turner's work product as he would in the normal course of business. Any work product subject to change, correction, or modification will be forwarded to SAC Domin and, thereafter, returned to SA Turner.

3. Documentation created in the normal course of business by SSRA Welken regarding SA Turner's performance, both good and bad, will be forwarded first to SAC Domin, then to SA Turner. These might include file review assessments, comments on agent performance, availability, fitness for duty, or reports of citizens or officials outside the FBI.

4. For the next 60 days, other than described supra, all administrative matters pertaining to SA Turner's performance will be discussed with SAC Domin. Documentation generated as a result of her performance, both positive and negative, will be provided to SA Turner through SAC Domin.

The overarching purpose of these actions is to restore SA Turner's work performance to a Fully Successful or higher level.

♦♦