JANE A T TURNER 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 067-0780275

| | UNIT | ACT | ACTION | EFF | GRADE | | TITLE | SALARY |
|---|---|---|---|---|---|---|---|---|
| 1. | 3480 | 932 | CHG IN FUNCTION | 03/29/1996 | 13 | 08 | SPECIAL AGENT | 61,490.00 |
| 2. | 3480 | 894 | PAY ADJ | 01/05/1997 | 13 | 08 | SPECIAL AGENT | 62,903.00 |
| 3. | 3480 | 894 | PAY ADJ | 01/04/1998 | 13 | 08 | SPECIAL AGENT | 64,349.00 |
| 4. | 3480 | 932 | CHG IN FUNCTION | 05/11/1998 | 13 | 08 | SPECIAL AGENT | 64,349.00 |
| 5. | 3480 | 893 | WITHIN-GRADE IN | 11/08/1998 | 13 | 09 | SPECIAL AGENT | 66,088.00 |
| 6. | 3480 | 894 | PAY ADJ | 01/03/1999 | 13 | 09 | SPECIAL AGENT | 68,137.00 |
| 7. | 3480 | 881 | FEGLI CHG | 04/25/1999 | 13 | 09 | SPECIAL AGENT | 68,137.00 |
| 8. | 3480 | 894 | PAY ADJ | 01/02/2000 | 13 | 09 | SPECIAL AGENT | 70,725.00 |
| 9. | 3480 | 901 | RELOCATION | 05/01/2000 | 13 | 09 | SPECIAL AGENT | 70,725.00 |
| 10. | 3480 | 907 | FEHB PREMIUM CO | 10/08/2000 | 13 | 09 | SPECIAL AGENT | 70,725.00 |
| 11. | 3480 | 894 | PAY ADJ | 01/14/2001 | 13 | 09 | SPECIAL AGENT | 72,641.00 |
| 12. | 3480 | 888 | DENIAL OF WITHI | 11/04/2001 | 13 | 09 | SPECIAL AGENT | 72,641.00 |
| 13. | 3480 | 894 | PAY ADJ | 01/13/2002 | 13 | 09 | SPECIAL AGENT | 75,249.00 |
| 14. | 3480 | 846 | INDIVIDUAL TIME | 03/08/2002 | 13 | 09 | SPECIAL AGENT | 75,249.00 |
| 15. | 3480 | 894 | PAY ADJ | 01/12/2003 | 13 | 09 | SPECIAL AGENT | 77,587.00 |
| 16. | 3480 | 895 | LOCALITY PAYMEN | 01/12/2003 | 13 | 09 | SPECIAL AGENT | 77,587.00 |

ENTER THE NUMBER FOR DETAILED INFORMATION OR 'PF3' TO QUIT: ...

4A0

23,062

JANE A T TURNER 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 067-0780275

| | UNIT | ACT | ACTION | EFF | GRADE | TITLE | SALARY |
|---|---|---|---|---|---|---|---|
| 1. | 3480 | 001 | CANCELLATION | 06/15/2003 | 13 10 | SPECIAL AGENT | 79,629.00 |
| 2. | 3480 | 302 | RETIREMENT - VO | 10/31/2003 | 13 09 | SPECIAL AGENT | 77,587.00 |

ENTER THE NUMBER FOR DETAILED INFORMATION OR 'PF3' TO QUIT: ...

4AÛ 09,062