UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO GONZALES, *et al.*, | ) |
| Defendant. | ) |

**LIST OF EXHIBITS TO**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS**
**FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL**

- Trial Ex. 4b – Inspection Finding regarding Turner (Oct. 19, 1999)
- Trial Ex. 84 – Domin EC re: Turner (Sept. 14, 1999)
- Trial Ex. 87 – (Pages 13-25) Referral for FFD and transfer Welken/Domin (Oct. 30, 1999)
- Trial Ex. 88 – Response to Inspection Findings (Nov. 19, 1999)
- Trial Ex. 90a – Performance Appraisal Report (Nov. 1999)
- Trial Ex. 94 – Pay Rate Table