UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ALBERTO GONZALES, *et al*., | ) | |
| Defendant. | ) | |

I hereby certify that a copy of Plaintiff's Opposition to Defendant's Motion for a New Trial and Opposition to Defendant's Motion for Judgment as a Matter of Law and Memorandum of Law in Support thereof were served, by ECF and email, on this 14th day of March, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

Dated: March 14, 2007