**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Case Number: 01-1407 JMR/FLN**

RE: FILING DATE CORRECTION **ORDER**

A number of attorney documents filed on the District of Minnesota's Electronic Case Filing (ECF) system on Monday, March 12 were incorrectly assigned a filing date with the year 2026. According to our records, your case was affected. The filing date (March 12) and time were correctly recorded. The Court has directed that all filings with the incorrect year of 2026 be changed to 2007 by the Clerk's Office.

Dated: March 14, 2007

s/James M. Rosenbaum
James M. Rosenbaum, Chief Judge