UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

| | | |
|---|---|---|
| Jane A. T. Turner | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Alberto Gonzales | ) | |

This matter is before the Court on the parties' post-trial motions. Plaintiff has filed a motion for interest and equitable relief to conform to the jury verdict. Defendant has filed a renewed motion for judgment as a matter of law and a motion for a new trial. Plaintiff has further moved for an enlargement of time to respond to defendant's motion for judgment as a matter of law.

Based on the evidence presented at trial, and the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's amended motion to alter judgment for interest and equitable relief [Docket No. 142] is granted in part and denied in part, as follows:

a. Plaintiff's request for interest on her damage award is granted. Pursuant to 28 U.S.C. § 1961(a), defendant shall pay plaintiff interest on the amount of the full judgment from the date the jury rendered its verdict until the date she receives her full damage award.

b. Plaintiff's request for equitable relief is denied.

2. Defendant's renewed motion for judgment as a matter of law [Docket No. 146] is denied. The judgment will stand.

3. Defendant's motion for a new trial [Docket No. 148] is denied.

4. Plaintiff's motion for enlargement of time to file an opposition to defendant's motion for judgment as a matter of law [Docket No. 160] is denied as moot.

Dated: March 23rd, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge