# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JANE A. T. TURNER,
Plaintiff,

v.

ALBERTO GONZALES, *et al*.,
Defendant.

**APPLICATION TO FILE CERTAIN DOCUMENTS CONVENTIONALLY**

Case No. 01-CV-1407 (JMR/FLN)

The undersigned attorney, Stephen M Kohn, the attorney of record for
[Name of attorney]

Jane Turner, the Plaintiff, in the above captioned matter, seeks
[Name of party] [Plaintiff or Defendant]

leave of the court to file the following items conventionally: Plaintiff's Application for Attorney Fees and Costs, along with the supporting exhibits and documentation.

Leave to file conventionally is requested for the following reasons: The Fee Petition and the accompanying materials will consist of hundreds of pages of billing records and cost verifications. The documents will be difficult to scan, and will be easier to review in paper format (i.e. the exhibits will be separated by dividers etc.).

_______/s/ Stephen M. Kohn____

Stephen M. Kohn, DC Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007
(202) 342-6980

Attorney for the Plaintiff

Dated: March 30, 2007.

**This form shall be filed in ECF using:**
**"Application to File Conventionally" under the "Other Documents" link.**