✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jane A. T. Turner

V.

Alberto Gonzalzes, Attorney-General U.S. Department of Justice; Federal Bureau of Investigation; U.S. Department of Justice; Robert S. Meuller Director, Federal Bureau of Investigation.

## AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1407 (JMR/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff Jane A.T. Turner recover from the defendants the sum of $360,000.00 and her costs of this action.
2. Pursuant to 28 U.S.C. § 1961(a), defendant shall pay plaintiff interest on the amount of the full judgment from the date the jury rendered its verdict until the date she receives her full damage award.

April 2, 2007
Date

RICHARD D. SLETTEN, CLERK

s/ J. Councillor
(By) Janelle Councillor, Deputy Clerk

s/James M. Rosenbaum
James M. Rosenbaum
United States District Chief Judge