UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Jane A. T. Turner,**

Plaintiff,

v.

**Alberto Gonzalez, *et al.*,**

Defendants.

Civil No. 01-1407 (JMR/FLN)

**ORDER**

This matter is before the Court on Plaintiff Jane A. T. Turner's Application to File Documents Conventionally. [Docket No. 170.] Plaintiff has indicated that she intends to file a Fee Petition and accompanying materials which will consist of hundreds of pages of billing records and cost verifications. Id. Plaintiff additionally indicates that the documents will be difficult to scan and will be easier to review in paper format. Id. The Court finds that it would impose a significant burden upon Plaintiff to file the accompanying documents electronically, as would normally be required by the Electronic Case Filing procedures used in this District. However, there is no indication that filing the Fee Petition itself would constitute any burden and Plaintiff must file the Fee Petition electronically in accord with the filing procedures used in this District. Respondent's Application to file such documents conventionally will therefore be, and is hereby, **GRANTED** in part and **DENIED** in part.

Dated: April 4, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge