UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER,<br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, *et al.*,<br>Defendant. | PLAINTIFF JANE TUNER'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS |

Pursuant to the February 5, 2007 jury verdict in her favor, and in accordance with 42 U.S.C. § 1988(b), Local Rule 54.3 and this Court's Order dated March 9, 2007, Plaintiff Jane Turner, by and through counsel, moves this honorable Court to issue an order awarding attorney's fees and costs and requiring Defendants to pay plaintiff's counsel the amounts requested in the attached Petition For Attorney's Fees and Costs.

As set forth in the attached Petition for Attorney's fees and costs/Memorandum and Points of Authorities, good cause exists for granting this motion. A copy of a proposed order, which sets forth the specific fees and costs requested, is also attached.

Respectfully submitted,

__/s/_ Stephen M. Kohn___

Stephen M. Kohn
(Admitted Pro Hac Vice)
Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
Tel: (202) 342-6980/Fax:(202) 342-6984
Attorneys for Plaintiff

Dated: April 5, 2007