# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
Plaintiff's Petition for Attorneys' Fees and Costs

Jane A. T. Turner

Plaintiff

v.

Case Number: 01-CV-1407 (JMR/FLN)

Alberto Gonzales, *et al.*,

Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Memo in Support of Plaintiff's Petition for Attorney's Fees and Costs**;
**Exhibits:**

1 Affidavit of James H. Gilbert
2 Affidavit of Stephen M. Kohn
3 Affidavit of Robert Hill
3A Exhibit A to Hill Affidavit, Time Slip Accounting
4 Affidavit of Jane Turner
5 Payments to Klimaski & Grill, P.C.
6 Billing and Payment Statement, Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.C.
7 Hotel Bills for Klimaski
8 Airline Receipt for Klimaski
9 Klimaski & Associates Bill
10 Postal Charges paid by Turner
11 Photo Copy Charges
12 Long Distance Phone Charges
13 Travel Charges
14 Trial out-of-pocket
15 Deposition receipts
16 Kohn, Kohn & Colapinto, LLP Bill for Services
17 Affidavit of Nikki Carlson
18 Carlson Invoice
19 Updated Laffey Matrix
20 U.S. Attorneys Office Laffey Matrix
21 U.S. General Services Administration Per/Diem Rate Chart
22 Wells Fargo Cash Receipt
23 Colltech, Inc. Receipt for MRI
24 Chart: Timeslips Accounting by Timekeeper for *Turner* case (Kohn law firm)
25 Invoice for Services, Dr. Edwin Carter (2003)

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X_ Voluminous Document* (Document number of order granting leave to file conventionally: 172)

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).