UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF WORD COUNT COMPLIANCE |
| ALBERTO GONZALES, *et al*., Defendant. | ) | |

I hereby certify that "Plaintiff's Memorandum in support of Petition for Attorneys Fees and Costs" complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum contains 8,506 words. The name and version of the word processing software used to prepare the memorandum is Microsoft Office Word 2003.

By: __/s/_ Stephen M. Kohn___

April 4, 2007