**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

| | |
|---|---|
| JANE TURNER,<br>Plaintiff,<br>v.<br>ALBERTO GONZALES, ET AL.<br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that a copy of Plaintiff's Petition for Attorneys Fees and Costs (including the exhibits and proposed order) were served, by Federal Express Mail on this 5th day of April, 2007 on the following persons:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

James Klimaski
Klimaski & Associates, PC
1819 L Street, NW, 7th Floor
Washington, DC, 20036

By: __/s/_ Stephen M. Kohn___
Stephen M. Kohn