**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**APPLICATION FOR ATTORNEY'S FEES AND COSTS TO KLIMASKI & ASSOCIATES, P.C., AND METCALF, KASPARI, HOWARD ENGDAHL & LAZARUS, P.A.**

Plaintiff, Jane Turner, through counsel, respectfully submits this Application for Attorney's Fees and Costs on behalf of Klimaski & Associates, P.C., (formerly Klimaski & Grill, P.C.)[1] and their local counsel, Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A., pursuant to Fed. F. Civ. Pro 54 (d) and Title VII, 42 U.S.C. § 2000e-5(k).

At the close of trial in this court, on February 5, 2007, the jury returned a verdict for Ms. Turner on her claims of sexual discrimination and sexual harassment against the Federal Bureau of Investigation (FBI). Formal judgment was entered by the Court on February 9, 2007.

[1] For purposes of this Petition and Memorandum, Petitioner will refer to the law firm as "Klimaski & Associates."

By winning the trial, Ms. Turner became a “prevailing party,” justifying an award of attorney’s fees and costs.

In March 1, 2000, Ms. Turner retained Klimaski & Associates, located in Washington, D.C., to represent her on the sexual discrimination, sexual harassment and retaliation claims she filed against her employer, the Federal Bureau of Investigation (FBI). Ms. Turner hired the firm because she could not find an attorney in North Dakota, where she lived and worked, with experience in such cases, particularly actions involving the federal government.

Klimaski & Associates prepared and filed Ms. Turner’s second and third administrative complaints. The FBI counsel assigned to this case worked in the Washington, D.C., headquarters. The law firm actively participated in the FBI’s investigation of Ms. Turner’s complaint, which the FBI conducted out of its Washington, D.C., office. Klimaski & Associates also investigated the case and conducted discovery. The Agency produced over ten thousand pages of discovery during the administrative phase of Ms. Turner’s case. Ms. Turner provided many more documents to counsel. Counsel interviewed numerous witnesses by telephone and in person in North Dakota and Minnesota.

Ms. Turner requested a hearing with the Equal Employment Opportunity Commission. However, after settlement negotiations failed, the firm advised Ms. Turner to withdraw the hearing request and file her case in federal court. By this time, the FBI

transferred Ms. Turner to its Minneapolis, MN, office. The appropriate federal court was the District of Minnesota. Klimaski & Associates hired local counsel Kathryn Engdahl and timely filed the complaint August 8, 2001. The FBI answered the complaint. Further settlement efforts followed, but were unsuccessful.

At this time, Ms. Turner identified herself as a whistle blower concerning FBI activities. The National Whistle Blower Center (Center) in Washington, D.C., represented her on this matter. The Center then took over representation on the Title VII claims and Klimaski & Associates withdrew from active participation in the case on April 3, 2002.

All work that Klimaski & Associates and local counsel, Kathryn Engdahl and her firm, performed advanced and constituted the basis for Ms. Turner's Title VII case in court.

The accompanying Memorandum of Law sets forth the points and authorities supporting an award of fees and costs. Based on it and the accompanying Affidavits from James R. Klimaski and Kathryn M. Engdahl, and the Exhibits attached to their Affidavits, the firms request the following in fees and reimbursed costs:

| | Fees | Costs |
|---|---|---|
| **For Ms. Turner's case:** | | |
| Klimaski & Associates | $109,545.00 | $3,310.11 |
| Kathryn M. Engdahl | $13,755.00 | $331.54 |
| | | |
| **For Fee Petition preparation:** | | |
| Klimaski & Associates | $12,414.00 | $207.40 |
| Kathryn M. Engdahl | $2,992.50 (fees and costs, at minium) | |

A proposed Order and Certificate of Compliance also accompany this Petition.

Respectfully submitted,

Date: April 5, 2007

*/s/ James R. Klimaski*
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

*/s/ Kathryn M. Engdahl*
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com