**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE,** ***et al.,***

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**CERTIFICATE OF**

**WORD COUNT COMPLIANCE**

In compliance with the United States District Court for the District of Minnesota Local Rule 7.1(c), the undersigned hereby certifies compliance with the length and type size limitations for a Memorandum of Law. This Memorandum contains 2315 words in satisfaction of the 12,000 word count limitation set forth in Local Rule 7.1(c). The word processing program that was used to prepare this Memorandum was WordPerfect, and was applied specifically to include all text, including headings, footnotes, and quotations in this word count. This Memorandum further complies with the required type size.

Date: April 5, 2007

*/s/ James R. Klimaski*
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

*/s/ Kathryn M. Engdahl*
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com