UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

JANE A.T. TURNER,

Plaintiff,

v.

John D. Ashcroft, United States Attorney General; Federal Bureau of Investigation; United States Department of Justice; Robert S. Mueller, Director, Federal Bureau of Investigation,

Defendants.

Civil No. 01-CV-01407 JMR/FLN

AFFIDAVIT OF
KATHRYN M. ENGDAHL

---

I, Kathryn M. Engdahl, being duly sworn on oath, depose and state the following in support of the Application for Attorney's fee in the above-captioned matter:

1. I was retained on or about June 4, 2001, as local counsel by Klimaski & Associates, P.C., on behalf of Jane Turner in regard to filing a lawsuit in the U.S. District Court of Minnesota.

2. My rate currently is $350.00 an hour for legal services in employment law litigation. Our paralegal's current rate is $175.00 an hour. In 2001, our hourly rates for these services were $225.00 and $90.00, respectively.

3. I graduated from William Mitchell School of Law in 1985, and have been practicing law since my admission to the Minnesota Bar in 1985. I am admitted to practice in state court in the States of Minnesota and Illinois, the Supreme Court, State of

Minnesota, and the United States District Court, for the District of Minnesota.

4. Since January 1, 1995, I have been a shareholder in the law firm of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A., (formerly Garber & Metcalf, P.A.). From 1988 to 1995, I was a partner at Gordon-Miller-O'Brien, practicing exclusively in labor and employment law. From 1997-1988, I was a Teacher Rights Attorney for the Minnesota Education Association. From 1985-1987, I served as Staff Counsel/Hearing Officer for the Illinois State and Local Labor Relations Boards where I adjudicated public sector labor cases.

5. Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. is an AV rated law firm with extensive experience in the areas of plaintiff-side employment and discrimination law and union-side labor law.

6. I was elected the 1997-1998 Chair of the Minnesota State Bar Associations' Labor and Employment Law Section, and served on its Governing Counsel from 1993-1998.

7. I have served on the planning committee for the Minnesota State Bar Association/CLE's Annual Labor and Employment Law Institute from 1993 to the present. I have lectured frequently on employment and labor law issues for the Minnesota State Bar Association, American Bar Association and National Employment Lawyers Association.

8. The staff at my law firm who worked on this case are myself and paralegal Jan Humphrey. The true and correct statement of hours for Metcalf, Kaspari, Howard,

Engdahl & Lazarus, P.A. in this case is attached as Exhibit 1. (numbered 100001-18).

9. Exhibit 1, page numbers 100001-2 reflect the costs ($36.01) and fees for services ($1,215) through July 31, 2001, which Plaintiff paid to Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. The remaining pages, 100003-18 are the monthly statement of fees and costs from August 2001 to February 28, 2007. The fees for March and April, 2007 are at least $2,992.50. The fees at $350 an hour for myself and $175 an hour for my paralegal, Jan Humphrey, total $13,755. We will reimburse to Ms. Turner the $1,215 she has paid.

10. All the time itemized in Exhibit 1 was recorded contemporaneously, and reviewed by me each month, and it accurately reflects the necessary time expended on the case of Turner v. Ashcroft, et al.

11. In the course of representing Plaintiff Jane Turner, necessary costs were incurred in the amount of $331.54 ($36.01 of which will be reimbursed Ms. Turner). The costs are itemized in Exhibit 1, on each monthly statement.

FURTHER AFFIANT SAYETH NAUGHT:

s/Kathryn M. Engdahl
Kathryn M. Engdahl

Subscribed and sworn to before me
this 5th day of April, 2007.

s/Jan E. Humphrey
Jan E. Humphrey, Notary Public