# *ENGDAHL AFFIDAVIT*
# *EXH 1*

(billing statements of fees and costs)

Date: 03/21/07

Thru 07/31/01

Detail Fee Transaction File List

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.



| Client | Date | Tmkr | Cat | H/P | Tax | B C | R C | Tcode | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2032.4170000 | 04/19/01 | 007 | 2 | A | | | | 127 | 225.00 | 0.50 | 112.50 | Telephone conference with Attorney Klimaski re: case background and association as local counsel; attorney conference with Attorney Kaspari re: same; telephone conference with Attorney Klimaski re: association terms |
| 2032.4170000 | 07/11/01 | 007 | 9 | A | | | | 202 | 225.00 | 0.30 | 67.50 | Telephone call from Ms. Turner re: Complaint; office conference with Ms. Humphrey re: research concerning procedure for service of process on federal agency; review Ms. Humphrey's response; memo to file |
| 2032.4170000 | 07/18/01 | 007 | 9 | A | | | | 127 | 225.00 | 0.20 | 45.00 | Telephone conference with Ms. Turner re: progress on Complaint and case background and procedure for serving Complaint |
| 2032.4170000 | 07/19/01 | 007 | 9 | A | | | | 202 | 225.00 | 0.10 | 22.50 | Telephone call from Attorney Klimaski re: service of process; forward message to Ms. Humphrey |
| 2032.4170000 | 07/20/01 | 007 | 9 | A | | | | 202 | 225.00 | 0.70 | 157.50 | Telephone call from Attorney Klimaski; review e-mail; review draft Complaint; attorney conference with Mr. Kaspari re: same; telephone conference with Attorney Klimaski re: revising Complaint |
| 2032.4170000 | 07/23/01 | 007 | 9 | A | | | | 121 | 225.00 | 0.40 | 90.00 | Telephone calls from Ms. Turner; telephone conference with Ms. Turner re: progress toward serving and filing Complaint |
| 2032.4170000 | 07/24/01 | 007 | 9 | A | | | | 116 | 225.00 | 2.00 | 450.00 | Review draft Complaint; begin revisions |
| 2032.4170000 | 07/26/01 | 007 | 9 | A | | | | 202 | 225.00 | 0.30 | 67.50 | Telephone call from Attorney Klimaski; telephone conference with Attorney Klimaski re: schedule for revising, submitting and serving Complaint and timing of Domin retirement; telephone call from Ms. Turner re: timing on service of Complaint; telephone call to Ms. Turner re: response |
| 2032.4170000 | 07/31/01 | 007 | 9 | A | | | | 126 | 225.00 | 0.90 | 202.50 | Work on revising Complaint |
| | | | | | | | | | | ==== | ======= | |
| Total For Client # 2032.4170000 | | | | | | | | | Billable | 5.40 | 1215.00 | |
| | | | | | | | | | Total | 5.40 | 1215.00 | |
| | | | | | | | | | | ==== | ======= | |
| Grand Totals | | | | | | | | | Billable | 5.40 | 1215.00 | |
| | | | | | | | | | Total | 5.40 | 1215.00 | |

Date: 03/21/07

Detail Cost Transaction File List

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.



Thru 07/31/01

| Client | Date | H/P | Tax | BC | RC | Tcode | Amount | |
|---|---|---|---|---|---|---|---|---|
| 2032.4170000 | 06/30/01 | A | | | | 31 | 0.68 | Postage |
| 2032.4170000 | 06/30/01 | A | | | 7 | 30 | 0.40 | Photocopies |
| 2032.4170000 | 06/30/01 | A | | | | 34 | 0.29 | Long Distance Telephone Calls |
| 2032.4170000 | 07/31/01 | A | | | | 31 | 17.44 | Postage |
| 2032.4170000 | 07/31/01 | A | | | 7 | 30 | 16.20 | Photocopies |
| 2032.4170000 | 07/31/01 | A | | | | 34 | 1.00 | Long Distance Telephone Calls |
| | | | | | | | ===== | |
| Total For Client # 2032.4170000 | | | | | | Billable | 36.01 | |
| | | | | | | Total | 36.01 | |
| | | | | | | | ===== | |
| Grand Totals | | | | | | Billable | 36.01 | |
| | | | | | | Total | 36.01 | |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

St. Paul MN 55105

Page: 1
08/31/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 08/01/01 | | | |
| | KME Work on revising Complaint; Telephone call from Attorney Klimaski; Telephone conference with Attorney Klimaski re: case progress | 4.60 | 1035.00 |
| 08/02/01 | | | |
| | KME Complete revisions of Complaint; E-mail to Attorney Klimaski; Telephone conference with Ms. Turner; Review and further revise Complaint; Telephone conference with Ms. Turner re: factual verifications for additonal revision; Meet with Ms. Turner for signature; Office conference with Ms. Humphrey re: serving and filing on August 3 | 7.30 | 1642.50 |
| 08/03/01 | | | |
| | JEH Prepare Summons; Review court rules; Telephone call to Attorney Engdahl requesting status of research on procedures for service of process; Telephone conference with Clerk's office re: U.S. Attorney's designated persons to accept service of process on his behalf; Review and revise Summons; Prepare Civil Cover Sheet; Telephone conferences with Jane Turner re: status and re: confirmation of new FBI director; Telephone conference with Attorney Engdahl; Legal research re: Rule 4 of the Federal Rules of Civil Procedure; E-mail Rule 4 to Attorney Engdahl; Various telephone conferences with Clerk/U.S. District Court re: procedural matters; Draft service letters to U.S. Attorney Small, Attorney General Ashcroft and Acting FBI Director | 3.30 | 297.00 |
| | KME Office conferences with Ms. Humphrey re: issues raised in connection with service of process; Telephone call to Attorney Klimaski re: Mueller status; Telephone conferences with various sources re: identification of current head of FBI; Review Rule 4 re: service of process; Complete Civil Filing Sheet; Office conference | | |

| | | | HOURS | |
|---|---|---|---|---|
| | | with Ms. Rollar re: following up on service by certified mail; Telephone call to Ms. Turner re: accomplishment of filing and service; Telephone call to Attorney Klimasky re: same and re: filing petition pro hac vice | 1.10 | 247.50 |
| 08/06/01 | | | | |
| | JEH | Continued preparation of Affidavits of Service; Review original Summons and Affidavit of Service received from process server; Office conference with Attorney Engdahl re: confirming service of Notice of Availability of a United States Magistrate Judge, etc; Draft letter to court clerk re: return of original Summons with Affidavits of Service | .30 | 27.00 |
| | KME | Telephone conference with Attorney Klimaski re: pro hac vice petition; Telephone conference with Star Tribune reporter | .20 | 45.00 |
| 08/08/01 | | | | |
| | KME | Review correspondence from Attorney Mary Jo Madigan | .10 | 22.50 |
| 08/28/01 | | | | |
| | KME | Telephone call from Ms. D'Agostino of Klimaski & Grill law firm; Telephone conference with Ms. D'Agostino re: status of pro hac vice forms and re: need for referral to psychologist for treatment specializing in treatment of law enforcement officers; Memo to file and calendar for follow-up | .40 | 90.00 |
| 08/31/01 | | | | |
| | JEH | Complete pro hac vice petition; Draft letter to Court re: transmittal of Petition and filing fees | .30 | 27.00 |
| | | FOR CURRENT SERVICES RENDERED | 17.60 | 3433.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 13.70 | $225.00 | $3,082.50 |
| Lgl Ast Jan Humphrey | 3.90 | $90.00 | $351.00 |

| | | |
|---|---|---|
| 08/03/01 | Filing Fee | 150.00 |
| 08/30/01 | Metro Legal Services | 89.00 |

Jane Turner

Discrimination - John Ashcroft, et al.

| | | |
|---|---|---|
| 08/31/01 | Postage | 3.52 |
| 08/31/01 | Photocopies | 2.40 |
| 08/31/01 | Long Distance Telephone Calls | 0.37 |
| 08/31/01 | Fax Charges | 3.50 |
| | | ------- |
| | TOTAL COSTS | 248.79 |
| | PREVIOUS BALANCE | 1251.01 |
| | TOTAL CURRENT WORK | 3682.29 |
| 09/12/01 | Payment on Account - Costs | -36.01 |
| 09/12/01 | Payment on Account - Fees | -1215.00 |
| | | -------- |
| | TOTAL PAYMENTS | -1251.01 |
| | BALANCE DUE | $3,682.29 |
| | | ======== |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
09/30/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 09/05/01 | | | | |
| | KME | Review Pro Hac Vice Order; Office conference with Ms. Humphrey re: transmitting same to Attorney Klimaski and Ms. Turner | .10 | 22.50 |
| | KME | Telephone call from Ms. Turner; Telephone call to Ms. Turner re: question concerning payment and need to consult | .10 | 22.50 |
| 9/25/01 | | | | |
| | KME | Telephone conference with Attorney Mary Madigan; Telephone call from Attorney Klimaski; Attorney conference with Mr. Kaspari re: developments; Telephone call to Attorney Klimaski; Telephone conference with Attorney Klimaski | .50 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | .70 | 157.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 0.70 | $225.00 | $157.50 |

| | | |
|---|---|---|
| 09/30/01 | Fax Charges | 2.50 |
| | TOTAL COSTS | 2.50 |
| | PREVIOUS BALANCE | 3682.29 |
| | TOTAL CURRENT WORK | 160.00 |
| | BALANCE DUE | $3,842.29 |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
10/31/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 10/02/01 | | | |
| | KME Review correspondence from Attorney Klimaski | .10 | 22.50 |
| | FOR CURRENT SERVICES RENDERED | .10 | 22.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 0.10 | $225.00 | $22.50 |

| | | |
|---|---|---|
| 09/30/01 | Long Distance Telephone Calls | 0.16 |
| 10/31/01 | Fax Charges | 1.00 |
| | TOTAL COSTS | 1.16 |
| | PREVIOUS BALANCE | 3842.29 |
| | TOTAL CURRENT WORK | 23.66 |
| | BALANCE DUE | $3,865.95 |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
11/30/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 11/16/01 | | | |
| JEH | Office conference with Attorney Engdahl re: rescheduling status conference; Telephone call to Attorney Klimaski's office re: same | .20 | 18.00 |
| 11/20/01 | | | |
| KME | Office conference with Ms. Humphrey re: case progress; Telephone call to Attorney Klimaski's office (left message) | .20 | 45.00 |
| 11/26/01 | | | |
| KME | Telephone conference with Attorney Klimaski re: case progress, case evaluation, status of settlement negotiations, pretrial conference, etc.; Memo to file re: same | .40 | 90.00 |
| 11/30/01 | | | |
| KME | Telephone calls from Attorney Klimaski; Memo to file; Telephone conference with Attorney Klimaski re: pretrial conference and case progress | .50 | 112.50 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 1.30 | 265.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 1.10 | $225.00 | $247.50 |
| Lgl Ast Jan Humphrey | 0.20 | $90.00 | $18.00 |

| | | |
|---|---|---|
| 11/30/01 | Fax Charges | 4.50 |
| 11/30/01 | Long Distance Telephone Calls | 3.17 |
| | | ---- |
| | TOTAL COSTS | 7.67 |
| | PREVIOUS BALANCE | 3865.95 |

Jane Turner Page: 2
11/30/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | |
|---|---|
| TOTAL CURRENT WORK | 273.17 |
| BALANCE DUE | $4,139.12 |
| | ======== |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
12/31/01
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 12/13/01 | | | |
| | KME Review Notice of Hearing received from Magistrate Judge Boylan; Calendar same | .10 | 22.50 |
| | | ---- | ----- |
| | FOR CURRENT SERVICES RENDERED | .10 | 22.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 0.10 | $225.00 | $22.50 |

| | | |
|---|---|---|
| 12/31/01 | Fax Charges | 1.00 |
| 12/31/01 | Long Distance Telephone Calls | 3.17 |
| | | ---- |
| | TOTAL COSTS | 4.17 |
| | PREVIOUS BALANCE | 4139.12 |
| | TOTAL CURRENT WORK | 26.67 |
| | BALANCE DUE | $4,165.79 |
| | | ======== |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Page: 1
01/31/02

Jane Turner

ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 01/16/02 | KME | Review calendar; Telephone call to Attorney Klimaski re: deadline for settlement letter to magistrate | .20 | 45.00 |
| 01/17/02 | KME | Telephone conference with Attorney Klimaski and Ms. Turner re: settlement negotiations | .80 | 180.00 |
| 01/22/02 | JEH | Conference with Attorney Engdahl; Telephone conference with Judge's clerk re: availability of conference room for parties to discuss settlement prior to formal settlement conference | .30 | 27.00 |
| | KME | Telephone call from Attorney Klimaski re: funding for airline ticket; Telephone conference with Attorney Klimaski re: settlement conference; Memo to file re: same | .40 | 90.00 |
| 01/23/02 | KME | Telephone conference with Reporter from Wall Street Journal; Review file & prepare for settlement conference | .30 | 67.50 |
| 01/24/02 | KME | Telephone calls from Attorney Klimaski's office re: late flight; Telephone call from Ms. Turner re: same; Telephone conferences with Attorney Klimaski's assistants re: follow-up with opposing counsel, Attorney Klimaski's cell phone, etc.; Attend settlement conference with Magistrate Judge Boylan | 5.30 | 1192.50 |
| | | | ---- | ------- |
| | | FOR CURRENT SERVICES RENDERED | 7.30 | 1602.00 |

Jane Turner

01/31/02

ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 7.00 | $225.00 | $1,575.00 |
| Lgl Ast Jan Humphrey | 0.30 | $90.00 | $27.00 |

| | | |
|---|---|---|
| 01/31/02 | Long Distance Telephone Calls | 2.62 |
| 01/31/02 | Fax Charges | 2.50 |
| 01/31/02 | Mileage and Parking | 12.52 |
| | TOTAL COSTS | 17.64 |
| | PREVIOUS BALANCE | 4165.79 |
| | TOTAL CURRENT WORK | 1619.64 |
| | BALANCE DUE | $5,785.43 |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
02/28/02
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 02/01/02 | | | |
| | KME Telephone conference with Ms. D'Agostino re: analysis of FBI's latest settlement offer; memo to file | .20 | 45.00 |
| 02/06/02 | | | |
| | KME Telephone call from Attorney Klimaski; telephone conference with Attorney Klimaski re: settlement negotiations and strategy; review and revise letter to Martha Fagg; fax to Attorney Klimaski | .80 | 180.00 |
| 02/20/02 | | | |
| | KME Telephone call from Attorney Klimaski re: withdrawal from representation of Jane Turner; memo to file | .10 | 22.50 |
| 02/21/02 | | | |
| | KME Telephone conference with Attorney Klimaski re: withdrawal of representation | .20 | 45.00 |
| | FOR CURRENT SERVICES RENDERED | 1.30 | 292.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 1.30 | $225.00 | $292.50 |

| | | |
|---|---|---|
| 02/28/02 | Photocopies | 0.40 |
| 02/28/02 | Long Distance Telephone Calls | 0.79 |
| 02/28/02 | Fax Charges | 3.00 |
| | TOTAL COSTS | 4.19 |
| | PREVIOUS BALANCE | 5785.43 |
| | TOTAL CURRENT WORK | 296.69 |

Jane Turner
02/28/02
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

BALANCE DUE $6,082.12
========

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner
[illegible]

Page: 1
03/31/02
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 03/08/02 | JEH Office conference with Attorney Engdahl re: filing and serving Motion to Withdraw as Counsel; Draft letter to Court re: transmittal of Motion | .30 | 27.00 |
| 03/13/02 | KME Telephone call from Attorney Klimaski re: status of motion to withdraw and outstanding fees and costs; office conference with bookkeeper re: same; telephone conference with Attorney Klimaski's office | .20 | 45.00 |
| | FOR CURRENT SERVICES RENDERED | .50 | 72.00 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 0.20 | $225.00 | $45.00 |
| Lgl Ast Jan Humphrey | 0.30 | $90.00 | $27.00 |

| | | |
|---|---|---|
| 03/31/02 | Postage | 2.85 |
| 03/31/02 | Photocopies | 4.00 |
| 03/31/02 | Fax Charges | 1.50 |
| 03/31/02 | Long Distance Telephone Calls | 0.06 |
| | TOTAL COSTS | 8.41 |
| | PREVIOUS BALANCE | 6082.12 |
| | TOTAL CURRENT WORK | 80.41 |
| | BALANCE DUE | $6,162.53 |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444

Jane Turner

Page: 1
04/30/02
ACCOUNT NO:2032-4170000M

Discrimination - John Ashcroft, et al.

| | | |
|---|---|---|
| 04/30/02 | Fax Charges | 1.00 |
| | TOTAL COSTS | ---- 1.00 |
| | PREVIOUS BALANCE | 6162.53 |
| | TOTAL CURRENT WORK | 1.00 |
| | BALANCE DUE | $6,163.53 ======== |

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1573
952-591-9444

Page: 1
02/28/07
ACCOUNT NO:2032-4170000H

Jane Turner

S ;5

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| 12/04/05 | | | |
| | JEH Prepare Notice of Attorney's Lien | .60 | 66.00 |
| 12/06/05 | | | |
| | KME Office conference with Ms. Humphrey re: attorney lien issues | .40 | 90.00 |
| 12/07/05 | | | |
| | KME Legal research re: attorney liens | 2.10 | 472.50 |
| 12/08/05 | | | |
| | KME Review and execute Notice of Attorney's Lien | .40 | 90.00 |
| 12/09/05 | | | |
| | KME Letter to counsel re: attorney's lien | .10 | 22.50 |
| 02/06/07 | | | |
| | KME Review article re: jury award; Office conference with Ms. Humphrey re: attorney lien; Letter to counsel concerning attorney's lien; Office conference with Ms. Fridgen re: accrued fees and costs | .50 | 112.50 |
| 02/26/07 | | | |
| | KME Telephone conferences with Mr. Pinkus re: attorney fee petition, Paintiff counsel's proposal that we dismiss our attorney liens and intervene; Legal research re: rules and local rules on attorney fees; Attorney conference with Mr. Kaspari re: same; Telephone call to Mr. Pinkus; E-mail to Mr. Pinkus; Review four e-mails from Mr. Pinkus; E-mail reply to same; Begin drafting e-mail to Attorney Kohn; Telephone conference with Attorney Miller re: legal research, date of entry of judgment, computation of deadlins, and plan for filing Notice of Intent to Claim Attorney Fees; Office conferences with Ms. Humphrey re: electronic filing of same; | | |

Jane Turner 02/28/07
ACCOUNT NO:2032-4170000H

Discrimination - John Ashcroft, et al.

| | | HOURS | |
|---|---|---|---|
| | Assist Ms. Humphrey with filing; E-mail to Ms. Miller | 3.40 | 765.00 |
| JEH | Review court rules and ECF rules re: filing pleading for client we no longer represent; Telephone conference with clerk at ECF help desk re: same; File Notice of Intent | .30 | 33.00 |
| | | ---- | ------- |
| | FOR CURRENT SERVICES RENDERED | 7.80 | 1651.50 |

*

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathryn M. Engdahl | 6.90 | $225.00 | $1,552.50 |
| Lgl Ast Jan Humphrey | 0.90 | $110.00 | $99.00 |

| | |
|---|---|
| PREVIOUS BALANCE | 6163.53 |
| TOTAL CURRENT WORK | 1651.50 |
| BALANCE DUE | $7,815.03 |

100018