**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

| | |
|---|---|
| **JANE A. T. TURNER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ALBERTO GONZALES,**<br>**ATTORNEY-GENERAL,**<br>**U.S. DEPARTMENT OF JUSTICE, *et al.*,**<br><br>**Defendants.** | **Civil No. 01-CV-01407 JMR/FLN** |

**AFFIDAVIT OF JAMES R. KLIMASKI**
**IN SUPPORT OF THE TURNER FEE PETITION**

I, James R. Klimaski, state the following, under penalty of perjury, that the following, in support of the Application for Attorney's fee in the above-captioned matter, is true and correct to the best of my knowledge, recollection, and belief.

1. I have been practicing law since my admission the District of Columbia Bar in December 1976. My practice is primarily in the areas of civil rights/civil litigation, with a specialty in employment law. A copy of my resume, and those of the other attorneys who worked on this case, accompany this Affidavit to the fee application as Exhibit 1.

2. My hourly rate and the rates of other staff who worked on this case rely upon the "Laffey Matrix" fee schedule that the District of Columbia United States Attorney's Office maintains. (See Exhibit 2 to this Affidavit).

3. Klimaski & Associates, P.C., is an AV-rated law firm with extensive experience in federal litigation. The firm website is at http://www.klimaskilaw.com.

4. The law firm recently received attorney's fees at rates based on the Laffey Matrix. *See* Prison Legal News v. Lappin, Civil Action 05-1812 in the U.S. District Court for the District of Columbia; and Fortson v. Harvey, 407 F. Supp.2d 13 (D.D.C. 2005).

5. The staff who worked on this case are attorneys James R. Klimaski, Andrea Grill, Debra D'Agostino[1] and Lynn I. Miller and paralegal Jon Pinkus. The statement of hours accompanies my Affidavit to our Jane Turner fee application as Exhibit 3.

6. Plaintiff Jane Turner incurred costs of $3,310.11 during the course of our representation of her. (See this Affidavit's Exhibit 4).

7. Lastly, the staff who have worked on the preparation of our firm's Fee Petition are attorneys James R. Klimaski and Lynn I. Miller, along with paralegal Jon Pinkus. A statement of hours preparing this Fee Petition application accompanies this Affidavit as its Exhibit 5.

April 5, 2007

James R. Klimaski
Klimaski & Associates, P.C.
1819 L St. NW, Suite 700
Washington, DC 20036-3830
202-296-5600

Shirley F. Epps, Notary Public, District of Columbia (seal)

Subscribed and sworn to before me, in my presence, this 5 day of April, 2007, a Notary Public in and for the District of Columbia.

Notary Public

My commission expires June 30, 2009

Shirley F. Epps
Notary Public, District of Columbia
My Commission Expires [illegible]

[1] Ms. D'Agostino firm began working on this matter when she was a law clerk with the law firm. After Ms. D'Agostino passed the New York Bar Examination, the law firm hired her as an associate.