# *Exhibit 1*

# *JAMES R. KLIMASKI*

Klimaski & Associates, P.C.
1819 L Street NW — Suite 700
Washington, DC 20036-3830
(202) 296-5600
Klimaski@Klimaskilaw.com

---

## *EMPLOYMENT*

*AV-rated Attorney.*

**Principal — Klimaski & Associates, P.C., August 2002 to present.**

*Substantive areas:* Complex litigation in employment and labor law (including Title VII), employee benefits law (ERISA), personal injury, police misconduct, military administrative law, criminal law (civilian and military).

*Litigation experience:* First chair in approximately 40 jury and 25 bench trials in District of Columbia Superior Court, Maryland Circuit Court, Federal Courts, and Military Courts; approximately 45 oral arguments in District of Columbia Court of Appeals, United States District Courts and U.S. Courts of Appeals for the District of Columbia, Federal, Fourth, and Armed Forces Circuits. Extensive discovery experience (depositions, interrogatories, requests for documents, admissions). Research and write pleadings, motions, memoranda, appellate briefs, petitions for certiorari. Conduct negotiations and settlements. Represent individual and organizational clients.

*Management Responsibilities:* Direct financial planning and firm development, negotiate and administer vendor contracts, establish and implement personnel policies, recruit and supervise associates, law clerks and administrative staff.

**Partner — Klimaski & Grill, P.C., September 2000 to July 2002 (Managing Partner).**

**Principal — Law Offices of James R. Klimaski, P.C., January 1999 to September 2000 (Ms. Lynn Miller assumed Of Counsel status).**

**Partner — Klimaski & Miller, P.C., July 1997 to December 1998 (Managing Partner).**

**Partner — Klimaski, Miller & Smith, P.C., September 1990 to July 1997 (Managing partner).**

**Partner — Klimaski & Miller, P.C., October 1987 to September 1990 (Managing partner).**

**Partner — Gaffney, Schember, Klimaski & Miller, P.C., 1977 to October 1987 (Founding partner). (Formerly Gaffney, Anspach, Schember, Klimaski & Marks, P.C.)**

Contributing Editor — *Military Law Reporter*, Public Law Education Institute, Washington, D.C., 1975 to 1984.

Selected military court decisions for publication in full text or digest format in bi-monthly law reporter; assigned cases for summarization; prepared and edited case summaries.

Project Co-Director/Staff Attorney — State Education Law Project, Lawyers Committee for Civil Rights Under Law, Washington, D.C., 1977 to 1978.

Co-directed National Institute of Education funded project compiling, summarizing and analyzing state statutes, regulations and administrative documents in public education field. Recruited and supervised fifteen staff members.

Hearing Examiner — United Mineworkers Health & Retirement Funds, Washington, D.C., Summer 1975.

Conducted hearings; evaluated witness testimony and documentary evidence; prepared written decisions.

Academic and Veterans Affairs Advisor — Keen State College, Union, NJ, 1972 to 1973.

Monitored veterans' academic progress; counseled veterans on application for and use of veterans' benefits.

Infantry Officer (First Lieutenant — Honorable Discharge) — United States Army, 1969 to 1971.

Commanded small military units; engaged in psychological operations; managed administrative affairs.

Manager of Internal Publicity — Bamberger's Department Store, R.H. Macy Co., Newark, NJ, 1967 to 1969.

Drafted speeches for company president; edited and published employee newsletter and other publications; prepared employee training programs.

---

## *BAR AND COURT ADMISSIONS*

District of Columbia (1976).
Maryland (1982).

*Federal Courts:*

United States Supreme Court (1980)
U.S. Court of Appeals, District of Columbia Circuit (1977)
U.S. Court of Appeals, Fourth Circuit (1994)
U.S. Court of Appeals, Federal Circuit (1979)
U.S. District Court, District of Columbia (1977)

U.S. District Court, District of Maryland (1985)
U.S. Court of Federal Claims (2005)
U.S. Tax Court (1990)

*Military Courts:*

U.S. Court of Appeals for the Armed Forces (1977)
U.S. Army Court of Criminal Appeals (1985)
U.S. Air Force Court of Criminal Appeals (1982)
U.S. Navy Court of Criminal Appeals (1980)

---

## *PROFESSIONAL BAR ACTIVITIES*

Board of Directors, Metropolitan Washington Employment Lawyers Association, 1993 to present.
Board of Directors, Veterans Education Project, Inc., 1992 to present.
Chair, District of Columbia Bar Committee on Court Rules, 1995 to 1998.
Vice President, National Lawyers Guild, 1985-1987.
Executive Board member, Military Law Taskforce, National Lawyers Guild, 1985 to present.
Producer, *Law School for the Public,* a community access television program sponsored by the Montgomery County (Maryland) Bar Foundation, 1998 to present.

---

## *EDUCATION*

J.D., Antioch School of Law, Washington, D.C. (1976)
M.A. in Psychology, New School for Social Research, New York, NY (1973)
B.S., Spring Hill College, Mobile, AL (1967)

---

## *CONTINUING LEGAL EDUCATION SEMINARS*

Trial Practice and Litigation
Civil Procedure
Employment Discrimination
ERISA Litigation
Labor Law
Military Justice
Criminal Law

---

## *LEGAL PUBLICATIONS*

*"Protecting the Right to a Pension"* (with K. Marks and W. Anspach) in *Employee and Union Member Guide To Labor Law*, Clark Boardman Co., Inc., 1985.

*The Fifty States' Legal Standards For Public Education* (with D. Schember), National Institute of Education, 1978.

---

## *SEMINAR PRESENTATIONS AND TELEVISION AND RADIO INTERVIEWS*

Television appearances on CNN, C-SPAN and MSNBC concerning military law issues, including the Gulf War, *U.S. v. Longtree,* and *U.S. v. McKinney.*

Featured segment on CNN's program *Impact* highlighting case of *Lynom vs. Widnall*, a sexual harassment and retaliation suit against the Air National Guard. (Aired Summer 1997.)

Conducted seminar presentations on litigation (including jury matters such as *voir dire* and jury selection), pension rights under ERISA, and military law (presenter at annual Military Administrative Law conferences).

---

## *SELECTED REPORTED DECISIONS*

*Kister v. District of Columbia,* 229 F.R.D. 326 (D.D.C. 2005) — Attorney fee sanctions, discovery misconduct by District Government.

*Fortson v. Harvey,* 407 F.Supp. 2d 13 (D.D.C. 2005) — Freedom of Information Act against U.S. Army.

*Lynom v. Widnall,* 222 F.Supp. 1 (D.D.C. 2002) — Attorney fees awarded under the Equal Access to Justice Act (EAJA). Prevailing party in sexual harassment action against U.S. Air Force.

*Campbell v. Clinton,* 203 F.3rd 19 (D.C. Cir. 1999) — War Powers Act. Members of Congress suit to enjoin U.S. involvement in Kosovo.

*McDonald v. Artcraft Electric Supply Company*, 774 F.Supp. 29 (D.D.C. 1991) (trial level) — Employee Retirement Income Security Act (ERISA) preemption and right to jury trial. Case settled on merits, 1991.

*Jenkins v. United States*, 541 A.2d 1269 (D.C. App. 1988) — Reversal of criminal conviction based upon improper *voir dire*. Case dismissed on retrial.

*United States v. Hodge*, 26 Military Justice Reporter 596 (ACMR 1988) — Appeal of drug conviction.

*United States v. Marvin*, 24 Military Justice Reporter 365 (CMA 1987) — Appeal of drug conviction.

*Nichols v. Board of Trustees of Asbestos Workers Local 24 Pension Plan*, 835 F.2d 881 (D.C. Cir. 1987) — Class action pension benefits case under ERISA. Recovered $1.3 million in back benefits and restored full pensions to retirees. Case settled after appeals court decision.

*Johnson v. United States*, 398 A.2d 354 (D.C. App 1979) — Attempted murder case. Seminal decision on abuse of discretion by trial judge.

*Baker v. Newspaper and Graphic Communications Union, Local 6*, 461 F.2d 156 (D.C. Cir. 1980) — Duty of fair representation case. Filed motion to dismiss on union's behalf. Dismissal upheld on appeal.

---

## *SELECTED UNREPORTED CASES*

*Lynom v. Widnall, et al.* (D.D.C. 1998) — Remand to Air Force Correction Board for reconsideration of promotion denied in Air National Guard sex harassment and retaliation case.

*Rucker v. ACDI* (D.D.C. 1995) — Represented plaintiff in age and sex discrimination case. Jury awarded $500,000.00.

*Grzeskiewiez v. Collins* (D.Md. 1990) — Class action pension case under ERISA. Represented plaintiffs who recovered $450,000 for profit sharing plan.

*Craig v. Federal Builders, et al.* (D.C. Superior Court 1991) — Represented plaintiff in consumer fraud case involving remodeling or second mortgage scam ("Dartmouth" scam). Forced lender to cancel mortgage and refund payments and to pay compensatory damages.

*Porter vs. The District of Columbia* (D.C. Superior Court 1994) — Represented plaintiff in police brutality case. Jury awarded $76,500.00 in compensatory and punitive damages.

*References available upon request.*

# DEBRA A. D'AGOSTINO

1700 Irving Street, N.W., #101, Washington, D.C. 20010; (202) 379-8893; debra.dagostino@gmail.com

**RELEVANT EXPERIENCE**

**PASSMAN & KAPLAN, P.C.**, Washington, D.C.
**Associate**, May 2003-present.

- Litigate various civil rights and employment law matters on behalf of plaintiffs, including Title VII discrimination, wage and hour, and disability/reasonable accommodation claims
- Advocate on behalf of appellants, including researching and writing appellate briefs
- Edited and authored portions of the *Federal Employees Legal Survival Guide, How to Protect & Enforce Your Job Rights, 2nd Edition*

**KLIMASKI & ASSOCIATES, P.C.**, Washington, D.C.
**Associate**, September 2001-May 2003. **Law Clerk**, May 2000-September 2001.

- Represented plaintiffs in employment discrimination and civil rights cases
- Hired and supervised the legal work of four law clerks

**OFFICE OF SENATOR CHARLES E. SCHUMER**, Washington, D.C.
**Law Clerk**, January 2000-May 2000.

- Worked directly with Chief Counsel analyzing current legislative matters
- Researched and wrote briefs on the status and impact of Native American land claims

**PROFESSOR DAVID ROBINSON**, Washington, D.C.
**Research Assistant**, January 2000-May 2000.

- Researched and analyzed materials on Title VII, Title IX, and the First Amendment and recommended a sexual harassment policy to the George Washington University

**NARAL PRO-CHOICE AMERICA**, Washington, D.C.
**Law Clerk**, May 1999-December 1999.

- Researched and drafted portions of NARAL's annual publication, *Who Decides? A State-by-State Review of Abortion and Reproductive Rights,* which analyzes state bills and trends concerning reproductive health rights
- Wrote legal memoranda concerning the President's powers over reproductive rights issues
- Tracked relevant federal and state legislation from bill introduction to codification and monitored the status of federal and state cases concerning reproductive rights

**EDUCATION**

**THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL**, Washington, D.C.
**J.D., with Honors,** May 2001.

- Chair, Student Bar Association Committee on Incidents of Discrimination and Harassment
- President, Law Association for Women

**NEW YORK UNIVERSITY, COLLEGE OF ARTS AND SCIENCE**, New York, N.Y.
**B.A. Sociology**, Minor in Women's Studies, January 1998.

- Authored a Senior Honor's Thesis, *Affecting Votes? Women's Appearance and Politics*
- Founder and Vice President, Council for Unity at NYU

**PROFESSIONAL MEMBERSHIPS & EXPERIENCE**

**Admitted to New York Bar, February 2002**
**Admitted to United States Court of Appeals for the Federal Circuit, 2006**
**Metropolitan Washington Employment Lawyers Association, Board Member**

**CATHERINE ABATE FOR ATTORNEY GENERAL OF NEW YORK**, New York, N.Y.
**Finance Director**, January 1998-August 1998.

**RUTH MESSINGER FOR MAYOR OF NEW YORK CITY**, New York, N.Y.
**Finance Research Intern**, May 1997-November 1997.

LYNN I. MILLER
KLIMASKI & ASSOCIATES, P.C.
1819 L STREET, N.W. , 7TH FLOOR
WASHINGTON, D.C. 20036

*EMPLOYMENT:*

- Klimaski & Associates, P.C., August 2002 to present.
- Law clerk, the Honorable Ira Robinson, New Mexico Court of Appeals, August 2001 to December 2001.
- Of Counsel, Klimaski & Grill, P.C., August 2000 to August 2002.
- Partner, Klimaski & Miller, P.C., August 1997 to Spring 1999.
- Partner, Klimaski, Miller & Smith, P.C., September 1990 to August 1997 (Managing Partner, October 1993 to September 1994).
- Partner, Klimaski & Miller, P.C., October 1987 to September 1990.
- Partner, Gaffney, Schember, Klimaski & Miller, P.C., December 1982 to October 1987 (formerly Gaffney, Anspach, Schember, Klimaski & Marks, P.C.).
- Solo law practice, September 1981 to December 1982.
- Senior Associate Attorney, Lucas & Miller, P.C., May 1979 to May 1981.
- Associate Attorney, Roy Lucas, P.C., May 1977 to May 1979.
- Instructor, Legal Writing and Research, Washington College of Law, American University, Fall 1982.

*LITIGATION EXPERIENCE:*

- Extensive experience in complex litigation.
- Litigation in United States Federal Courts (district, circuit courts of appeal, United States Supreme Court) and state courts (trial and appellate).
- First chair in bench and jury trials.
- Appellate oral argument (United States Courts of Appeals: Fourth Circuit, Seventh Circuit, Eighth Circuit; District of Columbia Court of Appeals; Court of Appeals of Indiana).

- Federal and state administrative proceedings (hearings and appeals).
- Federal class action litigation.
- Knowledge of Federal Rules of Civil Procedure, Federal Rules of Appellate Procedure, Supreme Court Rules of Procedure, federal court local rules of procedure, state court rules of procedure (trial and appellate) and administrative procedure.
- Temporary restraining orders (TRO), preliminary and permanent injunctions.
- Actions involving declaratory judgments.
- Actions involving damages (compensatory and punitive).
- Discovery (interrogatories, request for documents, request for admissions, depositions).
- Negotiations and settlements.
- Working with co-counsel and local counsel.

***SUBSTANTIVE LAW EXPERIENCE:***

- Civil Rights Law (42 U.S.C. § 1983).
- Constitutional Law.
- Attorney's Fees (42 U.S.C. § 1988, Title VII, Equal Access Under Justice Act, other attorney's fees statutes).
- Employment Discrimination Law (Title VII, Age Discrimination in Employment Act, Americans with Disabilities Act and state laws) (federal government and private entities) (includes gender, race, religion, ethnic origin, sex harassment, sexual orientation, and hostile environment).
- Employment Retirement Security Act (ERISA). (Pensions, health and other work-related benefits, including insurance).
- Medical malpractice.
- Federal Torts Claims Act.

- Freedom of Information Act (FOIA).
- Military Law.
- Police Misconduct.

***LEGAL WRITING EXPERIENCE:***

- Writing legal letters, pleadings, motions, interrogatories, requests for documents and admissions, lengthy legal memoranda, appellate briefs, petitions for certiorari and other legal documents.
- Researching legal questions and issues. (Proficient in LEXIS).
- Final review and revision of all documents prepared by attorneys, associates, paralegals and law clerks in law firm.
- Writing testimony for legislative committees.

***EDUCATION:***

- M.A., Eastern Classics Graduate Institute, St. John's College, Santa Fe, N.M., August 2001.
- LL.M., Washington College of Law, The American University, Washington, D.C.,1992. International Legal Studies. (Concentration in copyright).
- J.D., Washington College of Law, The American University, 1977.
  Law Review, 1976-1977.
  Dean's Fellowship, Teaching Assistant in Legal Methods (legal writing and research, 1976-77).
- B.A., Smith College, Northampton, Massachusetts, 1971.

***BAR MEMBERSHIPS:***

Member, District of Columbia Bar (1977).
Member, Maryland Bar (1987).

***LEGAL PUBLICATIONS***

- "Fair Use, Biographers, and Unpublished Works: Life After H.R. 4412," JOURNAL OF THE COPYRIGHT SOCIETY OF THE USA, Vol. 40, No. 3, p. 349 (Spring 1993).

- REPRODUCTIVE RIGHTS LAW REPORTER, Editor (1986).
- "Evolution of Abortion Law in North America," with Roy Lucas. In: ABORTION AND STERILIZATION: MEDICAL AND SOCIAL ASPECTS, Jane E. Hodgson, M.D., ed., New York, Grune & Stratton (1981).

# ANDREA S. GRILL

6415 Birchleigh Circle
Alexandria, VA 22315-3636
w 202/296-5600; h 703/924-3949
fax 202/296-5601
e-mail: andreagrill@yahoo.com

- *District of Columbia Bar Member*
- *Pennsylvania State Bar Member*
- *Maryland State Bar Member*
- *Federal Court Bar Member of: U.S. District Court for D.C., U.S. District of Columbia Circuit & U.S. District Court for Maryland*

## LEGAL EXPERIENCE

*Principal, Klimaski & Grill, PC* Aug. 2000 - Present
Principal trial lawyer at AV-rated public interest oriented law firm, serving an array of clients in state and Federal courts, and administrative proceedings before the EEOC, MSPB and FLRA. Areas of practice include labor and employment matters, police misconduct rights cases, civil rights and general litigation. Counsel and advise corporate and individual clients on labor and personnel matters. Train corporate clients on best personnel practices for litigation prevention. Oversee and manage firm operations and supervise attorneys and legal port support staff.

*Attorney-Advisor, United States Department of Justice* Feb. 1997-Aug. 2000
**Office of Justice Programs, Office of General Counsel,** Washington, DC
Litigated EEOC and MSPB matters on behalf of the Agency. Provided counsel to Presidential Appointees and their offices on labor and employment law matters, procurement and appropriations matters, environmental law issues, Federal debarment issues, coverage under the Public Safety Officers' Benefits Act. Served as Lead Counsel to Office for Victims of Crime--drafted victims rights legislation, litigated matters under the Victims of Crime Act of 1984, and provided counsel on multi-million dollar grantmaking matters affecting crime victims internationally. Provided counsel on broad range of highly sensitive policy and enforcement matters under the Violence Against Women Act of 1994 and the Omnibus Crime Control and Safe Streets Act of 1968. Consulted on rulemakings and *Federal Register* submissions. Prepared interagency grant agreements and conducted settlement negotiations with state and Federal officials. Served as Chair of Advisory Committee, appointed by Assistant Attorney General.

*Senior Civil Rights Compliance Officer/Attorney-Advisor* Feb. 1995- Feb. 1997
**Office of Justice Programs, Office for Civil Rights,** Washington, DC
Conducted enforcement of services and employment discrimination cases under Title VI, Section 504 and other Federal civil rights laws covering Federally assisted program. Conducted discrimination complaint investigations. Prepared legal opinions on civil rights, contract, and Federal regulatory issues. Negotiated compliance agreements. Prepared findings and proposed resolution agreements in EEO matters. Provided technical assistance and training to grant recipients nationwide and within the Department of Justice regarding EEO matters. Led civil rights trainings at FBI academy for senior law enforcement. Provided coordination with Civil Rights Division on issues affecting administrative enforcement. Oversaw attorneys and legal staff on legal issues and claims handling. Served as Acting Director of Office as needed.

# ANDREA S. GRILL

*Trial Attorney, United States Department of Labor* Sep. 1991-Feb. 1995
**Office of the Solicitor, Division of Civil Rights, Washington, DC**
Litigated individual and class action Federal employment discrimination cases based on race, sex and disability. Conducted full range of pre-trial discovery, including motions practice and depositions. Prepared witnesses, clients, and investigators for trial. Drafted consent decrees and negotiated class-wide settlements. Wrote legal analyses to determine case litigation-worthiness. Prepared trial and appellate pleadings. Represented the agency in administrative hearings. Dispensed legal advice to regional agency offices.

*Judicial Law Clerk* Oct. 1989-Sep. 1991
*Honorable Ricardo M. Urbina*, **Superior Court for the District of Columbia**
(Currently presiding, United States District Court for the District of Columbia)
Judicial Law Clerk for Felony and Civil calendars. Drafted decisions, advised on complex issues of criminal law and procedure, involving cases of rape, first degree murder, and sexual offenses against minors; drafted decisions on a range of issues of civil law and procedure. Conducted motions analyses for large case docket. Managed residual caseload of numerous juvenile and domestic relations matters. Supervised interns. Liaison to press in high-profile matters.

## EDUCATION

**Georgetown University Law Center**, Washington, DC
Juris Doctor: May 1989; Law Review: The Tax Lawyer
Clinic: *Center for Applied Legal Studies*. Litigated disability benefits and consumer protection matters, Spring Semester, 1988

**Boston University**, Boston, MA
B.A., *cum laude*: May 1986: Major: Mathematics; Minor: English Literature
Dean's List All Semesters: President, B.U. Mathematics Association: Barbara M. Horwitz Memorial Award: National Mathematics Honor Fraternity

## PROFESSIONAL ACTIVITIES/PUBLIC SERVICE

**District of Columbia Bar**, *Member*, 1993 Committee on Nominations,
**American Bar Association (ABA)**, *Member*, 1988-present
**Metropolitan Washington Employment Lawyers Association**, *Member*, 2000-present
**DC Police Anti-Violence Training**, *Director*, '92-'95; *Trainer*, '88-'95
**DC Bar Public Service Activities Corporation**, *Pro Bono Attorney*, 1998-1999

# ANDREA S. GRILL

## PUBLICATIONS AND PANELS

*"Debarment of Drug Traffickers and Possessors from Receiving Federal Benefits"*
**United States Department of Justice, July 2000 - Phoenix, AZ**
Presented seminar to Federal and state criminal justice officials nationwide regarding the limits of Federal benefits debarment of convicted drug possessors and traffickers.

*"Tortious Liability/Risk Management at Department of Justice Weed and Seed Sites"*
**United States Department of Justice, March 1999 - Reno, NV**
Presented seminar to Federal and state criminal justice officials nationwide regarding tortious liability on youth drug education and prevention ("Weed and Seed") sites.

*"Civil Rights Requirements for Recipients of Department of Justice Financial Assistance"*
**United States Department of Justice, March 1996 - Washington, DC**
Prepared comprehensive technical assistance guide to advise Department agencies and Federal fund recipients of civil rights obligations.

*"Civil Rights Training for Law Enforcement"*
**FBI Training Academy, Classes during 1995-1997 - Quantico, VA**
Led civil rights training classes for 250+ senior law enforcement officials throughout the nation, at the FBI Training Academy on civil rights compliance issues.

*"The ADA and Other Civil Rights Laws in the Workplace,"* Oct. 1993, St. Louis, MO
**United States Department of Justice, International Association of Chiefs of Police**
Presenter on sexual orientation bias in law enforcement. Submitted topical advising paper for senior law enforcement officials as part of published panel materials.

## ADVOCACY & PROFESSIONAL TRAINING

*Northern Virginia Mediation Service, Trained Mediator* — October 2000, Fairfax, VA
Completed mediation training intensive. Successfully completed all courses to attain certification. Participated in several mediation sessions as co-mediator.

*Federal Appropriations Law* — July 2000, Washington, DC
Completed four-day training on GAO Comptroller General matters and Congresssional appropriations process and law

*Federal Grant Law* — May 2000, Washington, DC
Completed four-day training on Federal grant law .

*EEO Investigator Training (EEOC Headquarters)* May 1997, Washington, DC
Completed investigative training for Federal discrimination cases under Title VII and the ADA.

*MSPB/EEO Litigation* June 1999, Denver, CO
Completed training intensive on litigation before the FLRA. MSPB, EEOC and Federal courts.

*National Institute of Trial Advocacy, Graduate* July 1994, Washington, DC
Completed ten-day trial advocacy training; litigated sexual harassment trial before mock jury and observed videotaped jury deliberations.

## PERFORMANCE & SERVICE AWARDS

*Special Act Award Multiple-Year Recipient* – United States Department of Justice
1995, 1998, 1999 and 2000.

*Pro Bono Service Award Recipient* – United States Department of Justice, April 1998