# *Exhibit 4*

KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600

March 08, 2006

Jane Turner

---

Additional Charges :

| | | Price | Amount |
|---|---|---|---|
| | Air Fare | | |
| 3/4/2001 | Air fare: RT Washington-Dulles to Minneapolis-St. Paul (Northwest Airlines). | 284.50 | 284.50 |
| 12/17/2001 | Air fare and meal expenses -- trip to Minot Nov. 2001 by Klimaski and D'Agostino. | 786.12 | 786.12 |
| | SUBTOTAL: | | [ 1,070.62] |
| | Fax Costs -- Incoming and Outgoing | | |
| 6/30/2000 | Fax costs | 12.50 | 12.50 |
| 7/31/2000 | Fax costs | 26.00 | 26.00 |
| 8/31/2000 | Fax costs | 2.00 | 2.00 |
| 10/31/2000 | Fax costs | 8.50 | 8.50 |
| 11/30/2000 | Fax costs | 9.50 | 9.50 |
| 12/31/2000 | Fax costs | 8.50 | 8.50 |
| 1/31/2001 | Fax costs | 14.00 | 14.00 |
| 2/28/2001 | Fax costs | 29.00 | 29.00 |
| 3/31/2001 | Fax costs | 23.50 | 23.50 |
| 4/30/2001 | Fax costs | 9.00 | 9.00 |
| 5/31/2001 | Fax costs | 42.00 | 42.00 |
| 6/30/2001 | Fax costs | 30.50 | 30.50 |
| 7/30/2001 | Fax costs | 30.50 | 30.50 |

| | | Price | Amount |
|---|---|---|---|
| 8/31/2001 | Fax costs | 30.50 | 30.50 |
| 9/30/2001 | Fax costs | 11.50 | 11.50 |
| 10/31/2001 | Fax costs | 3.00 | 3.00 |
| 11/30/2001 | Fax costs | 11.50 | 11.50 |
| 12/28/2001 | Fax costs | 2.50 | 2.50 |
| 1/31/2002 | Fax costs | 15.50 | 15.50 |
| 2/28/2002 | Fax costs | 31.50 | 31.50 |
| 3/31/2002 | Fax costs | 12.50 | 12.50 |
| 4/30/2002 | Fax costs | 3.00 | 3.00 |
| 8/31/2002 | Fax costs | 1.50 | 1.50 |
| 1/31/2003 | Fax costs | 1.00 | 1.00 |
| | SUBTOTAL: | | [ 369.50] |
| | Lexis-Nexis: discounted fees for online research | | |
| 2/28/2002 | Lexis-Nexis: discounted fees for online research | 0.91 | 0.91 |
| | SUBTOTAL: | | [ 0.91] |
| | Local Travel | | |
| 1/24/2002 | Local travel RT home to Dulles Airport = 84 miles at $0.35/mi. | 29.40 | 29.40 |
| | Parking at Dulles Airport for trip to Minneapolis | 6.00 | 6.00 |
| | SUBTOTAL: | | [ 35.40] |
| | Long Distance Calls | | |
| 3/10/2000 | Long distance telephone charges | 2.97 | 2.97 |
| 4/5/2000 | Long distance telephone charges thru this date not previously billed | 6.20 | 6.20 |
| 5/9/2000 | Long distance telephone charges | 2.46 | 2.46 |
| 6/9/2000 | Long distance telephone charges | 5.24 | 5.24 |
| 8/9/2000 | Long distance telephone charges | 1.57 | 1.57 |
| 9/9/2000 | Long distance telephone charges | 2.20 | 2.20 |

Jane Turner



| | | Price | Amount |
|---|---|---|---|
| 1/31/2001 | Long distance telephone charges (not previously billed):<br>01/09/2001 Bill = 5.70<br>12/12/2000 Bill = 4.56<br>11/10/2000 Bill = 0.35<br>10/10/2000 Bill = 0.91 | 11.52 | 11.52 |
| 2/9/2001 | Long distance telephone charges | 2.89 | 2.89 |
| 3/9/2001 | Long distance telephone charges | 16.50 | 16.50 |
| 4/11/2001 | Long distance telephone charges (includes calling card calls from Minneapolis) | 73.46 | 73.46 |
| 5/9/2001 | Long distance telephone charges | 10.02 | 10.02 |
| 6/7/2001 | Long distance telephone charges | 26.59 | 26.59 |
| 7/10/2001 | Long distance telephone charges | 41.92 | 41.92 |
| 8/10/2001 | Long distance telephone charges | 15.07 | 15.07 |
| 9/11/2001 | Long distance telephone charges | 28.92 | 28.92 |
| 10/9/2001 | Long distance telephone charges | 1.31 | 1.31 |
| 11/6/2001 | Long distance telephone charges | 17.14 | 17.14 |
| 12/7/2001 | Long distance telephone charges | 42.63 | 42.63 |
| 1/11/2002 | Long distance telephone charges | 2.98 | 2.98 |
| 2/9/2002 | Long distance telephone charges | 35.90 | 35.90 |
| 3/9/2002 | Long distance telephone charges | 12.70 | 12.70 |
| 4/9/2002 | Long distance telephone charges | 3.22 | 3.22 |
| 6/7/2002 | Long distance telephone charges | 3.18 | 3.18 |
| 2/11/2003 | Long distance telephone charges | 0.30 | 0.30 |
| 8/11/2003 | Long distance telephone charges (7/11-8/10/2003). | 0.29 | 0.29 |
| 12/30/2005 | Long distance calling | 0.37 | 0.37 |
| | SUBTOTAL: | | [ 367.55] |
| | Medical Records fees | | |
| 9/14/2001 | Records evaluation for FFD report and recommendations from Dr. Ratner. | 570.00 | 570.00 |
| | SUBTOTAL: | | [ 570.00] |

Jane Turner



| | | Price | Amount |
|---|---|---|---|
| | Messenger services | | |
| 6/4/2001 | Messenger service -- Delivery to Grzeskowiak | 9.17 | 9.17 |
| 8/9/2001 | Messenger service to Dr. Ratner | 11.00 | 11.00 |
| 9/6/2001 | Messenger service -- Delivery to FBI HQ (Quick Messenger Svc.). | 9.54 | 9.54 |
| 10/30/2001 | Messenger service | 5.68 | 5.68 |
| | SUBTOTAL: | | [ 35.39] |
| | Monthly Photocopying in-House | | |
| 2/29/2000 | Photocopies | 1.00 | 1.00 |
| 3/31/2000 | Photocopies | 0.75 | 0.75 |
| 4/30/2000 | Photocopies | 1.25 | 1.25 |
| 5/31/2000 | Photocopies | 9.00 | 9.00 |
| 6/30/2000 | Photocopies | 145.50 | 145.50 |
| 7/31/2000 | Photocopies (379) | 94.75 | 94.75 |
| 8/31/2000 | Photocopies | 2.50 | 2.50 |
| 9/30/2000 | Photocopies | 0.75 | 0.75 |
| 10/31/2000 | Photocopies | 6.75 | 6.75 |
| 12/31/2000 | Photocopies | 4.50 | 4.50 |
| 1/31/2001 | Photocopies | 16.80 | 16.80 |
| 3/31/2001 | Photocopies | 10.25 | 10.25 |
| 4/30/2001 | Photocopies | 7.25 | 7.25 |
| 5/31/2001 | Photocopies | 42.75 | 42.75 |
| 6/30/2001 | Photocopies | 113.75 | 113.75 |
| 7/30/2001 | Photocopies | 0.75 | 0.75 |
| 8/31/2001 | Photocopies | 43.25 | 43.25 |
| 9/30/2001 | Photocopies | 99.00 | 99.00 |
| 10/31/2001 | Photocopies | 5.25 | 5.25 |
| 11/30/2001 | Photocopies | 18.25 | 18.25 |

Jane Turner



| | | Price | Amount |
|---|---|---|---|
| 12/28/2001 | Photocopies | 15.00 | 15.00 |
| 1/31/2002 | Photocopies | 54.00 | 54.00 |
| 2/28/2002 | Photocopies | 5.25 | 5.25 |
| 3/31/2002 | Photocopies | 4.75 | 4.75 |
| 4/30/2002 | Photocopies | 0.75 | 0.75 |
| 7/31/2002 | Photocopies | 12.00 | 12.00 |
| 8/31/2002 | Photocopies | 1.50 | 1.50 |
| 3/28/2003 | Photocopies | 0.75 | 0.75 |
| | SUBTOTAL: | | [ 718.05] |
| | Monthly Postage | | |
| 4/30/2000 | Postage | 0.66 | 0.66 |
| 5/31/2000 | Postage | 0.55 | 0.55 |
| 6/30/2000 | Postage | 6.60 | 6.60 |
| 7/31/2000 | Postage | 1.32 | 1.32 |
| 8/31/2000 | Postage | 0.33 | 0.33 |
| 9/30/2000 | Postage | 0.33 | 0.33 |
| 10/31/2000 | Postage | 1.54 | 1.54 |
| 3/31/2001 | Postage | 2.54 | 2.54 |
| 4/30/2001 | Postage | 0.34 | 0.34 |
| 5/31/2001 | Postage | 1.23 | 1.23 |
| 6/30/2001 | Postage | 2.72 | 2.72 |
| 7/30/2001 | Postage | 0.68 | 0.68 |
| 8/31/2001 | Postage | 7.49 | 7.49 |
| 9/30/2001 | Postage | 11.76 | 11.76 |
| 10/31/2001 | Postage | 2.04 | 2.04 |
| 11/30/2001 | Postage | 2.40 | 2.40 |
| 12/28/2001 | Postage | 3.99 | 3.99 |

| | | Price | Amount |
|---|---|---|---|
| 1/31/2002 | Postage | 2.28 | 2.28 |
| 2/28/2002 | Postage | 1.02 | 1.02 |
| 3/31/2002 | Postage | 0.57 | 0.57 |
| 3/28/2003 | Postage | 0.37 | 0.37 |
| | SUBTOTAL: | | [ 50.76] |
| | UPS Express Service | | |
| 5/20/2000 | UPS Express Service: Saturday delivery, early AM surcharges | 49.00 | 49.00 |
| 6/14/2000 | UPS 2nd Day Service | 7.00 | 7.00 |
| 12/14/2001 | UPS Express Service not previously billed: Next-day air to Minneapolis U.S. Attorney's office on 9/26/2001 | 21.26 | 21.26 |
| 2/19/2002 | UPS Express Service to client in St. Paul. | 14.67 | 14.67 |
| | SUBTOTAL: | | [ 91.93] |
| | Total costs | | $3,310.11 |