# *Exhibit 5*

KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600

April 05, 2007

Jane Turner
St. Paul MN

---

Professional Services

| | | | Hours |
|---|---|---|---|
| | | James R. Klimaski | |
| 3/21/2007 | JRK | e-mail exchange with A. Parnese | 0.20 |
| | JRK | Telephone conference with Aaron Parnese | 0.20 |
| 3/22/2007 | JRK | Telephone conference with Aaron Parnese | 0.40 |
| 3/23/2007 | JRK | Reviewing documents - Letter from K. Engdahl with time records | 0.20 |
| 3/27/2007 | JRK | Reviewing Letter from A. Parnese; Meeting with L. Miller and J. Pinkus. | 0.20 |
| | JRK | Reviewing letter from K. Engdahl re: fee petition | 0.20 |
| 3/28/2007 | JRK | Telephone conference with Steve Kohn | 0.20 |
| | JRK | Research; Meeting with L. Miller Re:draft of fee petition | 0.70 |
| 3/29/2007 | JRK | Reviewing documents - time and expense records | 0.80 |
| | JRK | Telephone conference with K. Engdahl | 0.20 |
| 3/30/2007 | JRK | draft affidavit | 0.20 |
| | JRK | Telephone conference with S. Kohn | 0.20 |
| 4/2/2007 | JRK | Reviewing documents - drasft of petition for fees | 0.20 |
| 4/3/2007 | JRK | Drafting documents - affidavit; review draft of fee petition | 0.40 |
| | JRK | Telephone conference with K. Engdahl; Telephone conference with Kohn Firm | 0.30 |
| | | SUBTOTAL: | 4.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Jon Pinkus | |
| 3/6/2007 | WJP | Review Kohn letter on attorney fees and fees petition. Email to Klimaski current Kohn request as it's been sent prior to Klimaski's return to DC. | 0.20 |
| 3/7/2007 | WJP | Emails to D'Agostino, Grill for Resumes covering the period they worked on former client's case. | 0.20 |
| 3/8/2007 | WJP | Confer w/ Engdahl, Miller. Consult local rules citing a party may suggest a deadline for a fee petition if the notice is timely filed. Prepare notice of intent to file attorney fee petition for Engdahl to file w/ the Court in Minnesota. | 1.20 |
| 3/27/2007 | WJP | Confer w/ Miller, Klimaski. Review letter from Parness re: memorializing agreed to items from a March 22 phone call. Research client payments to the firm. Locate Klimaski, Miller resumes for forthcoming Fee Petition to the Court. | 0.70 |
| 3/28/2007 | WJP | Confer w/ Miller, Kelly. Locate case on point for attorney fees issues in the 8th Circuit on the court's website and print that brief from the available PDF of it using a link on the 8th Circuit's website. | 0.40 |
| | WJP | Email back to Engdahl w/ status, notice to update Jim's email address. Download her revised letter proposals. Confer w/ Klimaski. Email reply to Andrea Grill. | 0.40 |
| 4/3/2007 | WJP | Confer w/ Klimaski, Miller. Prepare, proof, and revise memorandum and fee petition. Finalize itemized attorney hours and fees report. Prepare exhibits: resumes, fees and costs reports. | 2.70 |
| 4/4/2007 | WJP | Confer w/ Klimaski, Miller, Jan Humphrey. Prepare, proof, and revise memorandum and fee petition. Finalize itemized attorney hours and fees report. Prepare exhibits: resumes, Laffey Matrix charts. Emails from/to Humphrey. | 4.10 |
| 4/5/2007 | WJP | Confer w/ Klimaski, Miller, Jan Humphrey. Prepare, proof, and revise memorandum and fee petition. Finalize itemized attorney hours and fees report. Prepare exhibits: resumes, Laffey Matrix charts. Emails from/to Humphrey. | 4.30 |
| | | SUBTOTAL: | 14.20 |
| | | Lynn I. Miller | |
| 2/26/2007 | LIM | Telephone conference: listen to voicemail from Steve Kohn. | 0.10 |
| | LIM | Meeting with staff re: fee petition | 0.50 |
| | LIM | Telephone conference with A. Parness re: fee petition | 0.30 |
| | LIM | Drafting Notice of Intent to Claim an Award of Attorney's Fees with court | 0.40 |

| | | | Hours |
|---|---|---|---|
| 2/26/2007 | LIM | Reviewing and signing notice of intent to file attorney's fees petition; discuss w/ Pinkus sending original to local counsel K. Engdahl. | 0.20 |
| 3/2/2007 | LIM | Telephone conference with Kohn firm re: extension of time to file fee petition | 0.20 |
| 3/21/2007 | LIM | Telephone conference with Kohn firm re: attorney's fees; discussion with JRK re: attorney's fees | 0.30 |
| 3/22/2007 | LIM | Telephone conference with attorney from Kohn's office re: attorney fee petition | 0.50 |
| 3/26/2007 | LIM | Meeting with JRK and JP re: attorney's fees petition | 0.20 |
| 3/27/2007 | LIM | Reviewing case-law re: attorneys fees in 8th Circuit | 0.40 |
| | LIM | Research re: attorney fee petitions in 8th Circuit | 1.50 |
| 3/28/2007 | LIM | Reviewing Johnson decision | 0.70 |
| | LIM | Reviewing US Supreme Court decision re: attorney's fees | 0.20 |
| | LIM | Reviewing 8th Circuit brief re: attorney's fees | 0.20 |
| | LIM | Discussion with JRK re: his conversation with Steve Kohn re: attorney's fees petition | 0.10 |
| | LIM | Research re: 8th Circuit attorney's fees | 2.60 |
| 3/29/2007 | LIM | Research re: attorney's fees and previous attorney 8th Cir | 0.50 |
| | LIM | Reviewing case-law re: attorney's fees in 8th Cir | 1.20 |
| | LIM | Reviewing case-law re: attorney's fees -- Sherman decision | 1.00 |
| | LIM | Drafting attorney's fees petition | 0.70 |
| | LIM | Reviewing Griffin case re: attorney's fees in 8th Cir | 0.20 |
| | LIM | Drafting memorandum of law for attorney's fees | 1.10 |
| | LIM | Research re: attorney's fees and previous attorneys all circuits | 0.40 |
| 3/30/2007 | LIM | Reviewing case file for attorney's fees application | 0.80 |
| | LIM | Reviewing 8th Cir cases re: attorney's fees | 1.10 |
| 4/2/2007 | LIM | Research re: Laffey Matrix -- DC cases | 0.20 |
| | LIM | Reviewing Laffey Matrix materials | 0.10 |
| | LIM | Drafting attorney's fees memo of law | 2.80 |
| | LIM | Reviewing 8th circuit case re: out-of-town hourly rates | 0.10 |

| | | | Hours |
|---|---|---|---|
| 4/3/2007 | LIM | Reviewing and revising application for attorney's fees and costs | 0.30 |
| | LIM | Reviewing and revising JRK Affidavit for attorney's fees | 0.30 |
| | LIM | Meeting with JRK and JP re: fee peititon | 0.10 |
| | LIM | Drafting memorandum of law in support of attorney's fees application | 0.50 |
| 4/4/2007 | LIM | Discussion with JRK re: letter from Kohn re: fees | 0.30 |
| | LIM | Meeting with JRK and JP to finalize fee petition | 0.50 |
| | | SUBTOTAL: | 20.60 |
| | | For professional services rendered | 39.40 |

KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600

April 05, 2007

Jane Turner
St. Paul MN

---

Additional Charges :

| | | Amount |
|---|---|---|
| | Lexis-Nexis: discounted fees for online research | |
| 3/31/2007 | Lexis online research service fees. | |
| | SUBTOTAL: | [ 189.32] |
| | Long Distance Calls | |
| 3/20/2007 | Long distance calling. | |
| | SUBTOTAL: | [ 7.94] |
| | Monthly Photocopying in-House | |
| 2/28/2007 | Monthly photocopying. | |
| 4/5/2007 | For fee petition preparation. | |
| | SUBTOTAL: | [ 72.75] |
| | Monthly Postage | |
| 2/28/2007 | Monthly postage. | |
| | SUBTOTAL: | [ 0.39] |
| | Total costs | $270.40 |