**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Jane A.T. Turner

Plaintiff

**CERTIFICATE OF SERVICE**

v.

Case No. 01-cv-01407 JMR/FLN

John D. Ashcroft, et al.

Defendants.

I hereby certify that on February 26, 2007, I caused the following document:

- Application for Attorneys's Fees and Costs to Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A.
- Affidavit of James R. Klimaski with Exhibits
- Affidavit of Kathryn M. Engdahl with Exhibits
- Memorandum of Points and Authorities in Support of Jane Turner's Application for Attorney's Fees and Costs to Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A.
- Certificate of Word Compliance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert A. Hill bob@roberthillandassociates.com
Lawrence D. Kudej larry.kudej@usdoj.gov
Michael D. Kohnm k@kkc.com
Stephen M. Kohn sk@kkc.com
Aaron M. Parness ap@kkc.com
Martha A. Fagg martha.fagg@usdoj.gov
Colleen B. Grzeskowiak colleen.grzeskowiak@ic.fbi.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: April 5, 2007 s/Kathryn M. Engdahl

Kathryn M. Engdahl