UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/FLN)

Jane A.T. Turner )
)
v. ) ORDER OF REFERENCE
)
Alberto Gonzales, et al. )

This matter is before the Court on plaintiff Jane A.T. Turner's motion for award of attorneys' fees and costs (Docket #173) and Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard Engdahl & Lazarus, P.A.'s application for attorneys' fees and costs (Docket #178).

The motions are hereby referred to the Honorable Arthur J. Boylan, United States Magistrate Judge, for Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c). The parties are directed to obtain a hearing date from Magistrate Judge Boylan's chambers.

IT IS SO ORDERED.

Dated: April 9, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge