UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, Plaintiff, | ) | |
| v. | ) | ORDER |
| ALBERTO GONZALES, *et al.*, Defendant. | ) | |

**ORDER**

Plaintiff, Jane Turner, filed petitions for attorneys' fees and costs on April 5, 2007. The matter was referred to this Court on April 10, 2007. No hearing was set on the matter. More than thirty (30) days have passed since the filing of Plaintiff's petition and the Defendant has filed no Response. Counsel for Defendant has requested they be permitted until June 1, 2007, to submit responses to the separate fees petitions.

It is hereby ORDERED that defendant's responses to the separate Petitions for Attorneys' Fees and Costs submitted by various counsel for plaintiff shall be filed on or before June 1, 2007.

It is so ORDERED on this 10th day of May, 2007.

__s/ Arthur J. Boylan_____
Hon. Arthur J. Boylan
Magistrate Judge