UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 01-CV-1407 (JMR/FLM) |
| v. | ) | |
| | ) | |
| JOHN ASHCROFT, Attorney General<br>U.S. Department of Justice, et al., | )<br>) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that the United States of America, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final amended judgment entered in this action on the 2nd day of April, 2007.

Respectfully Submitted,

MATT M. DUMMERMUTH
UNITED STATES ATTORNEY

/s/ Martha A. Fagg

MARTHA FAGG
Assistant U.S. Attorney
United States Attorney's Office
Civil Division
320 Sixth Street, Suite 203
Sioux City, Iowa 51101
(712) 255-6011

OF COUNSEL:

COLLEEN B. GRZESKOWIAK
Assistant General Counsel
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C. 20535

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on May 29, 2007.

UNITED STATES ATTORNEY

BY: s/ Michelle Schwebach

COPIES TO:

Stephen M. Kohn
Aaron M. Parness
Robert A. Hill