# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
## Appeal Information Form
## To be filed with the Notice of Appeal

Appeal Docket No. ____________

STYLE OF CASE:

United States of America, Appellant

Appellant/Appellee,

vs.

Jane A. T. Turner, Appellee

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Martha A. Fagg
600 4th Street, Suite 670
Sioux City, IA 51101
712/255-6011

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Stephen Kohn
3233 P Street, NW
Washington, DC 20007

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ☐ Yes. ☐ No.

Appeal final judgment regarding the June 1999 Performance Assessment was retaliation for filing a complaint of discrimination

FOR LEAD COUNSEL ONLY
I ☑ have (☐ have not) discussed settlement possibilities on appeal with my client.
This appeal ☐ is (☑ is not ) amenable to settlement.

Submitted by: /s/ Martha A. Fagg 5/29/07
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

☑ **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**

Clear Email