# UNITED STATES DISTRICT COURT

## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

## TRANSMITTAL OF APPEAL

**Date:** May 30, 2007

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Janelle Councillor, Deputy Clerk

**In Re:** District Court Case No.: 01-CV-1407 (JMR/FLN)
Eighth Circuit Case No.:
Case Title: Turner v. Ashcroft, et al

---

The following items are being electronically transmitted to the 8th Circuit Court of Appeals using the Batch Process: Notice of Appeal, the Order and/or Judgment, Transmittal of Appeal Letter and the docket entries for this case.

The statutory filing fee has:

____ been paid, receipt # .
____ not been paid as of 5/30/07. IFP ____ is ____ is not pending.
__X__ been waived because:
____ Application for IFP Granted __X__ USA filed appeal

Length of Trial: 5 days

Was a court reporter utilized? __X__ Yes ____ No

If yes, please identify the court reporter:
Name: Dawn Hansen
Address: 300 South Fourth Street, Room 1005
Minneapolis, MN 55415
Phone: 612-664-5107

____ Forms A & B were not received; please see attached forms.

____ Forms A & B were given to counsel at the counter.

__X__ Completed Form A enclosed in transmittal letter.

____ Original file(s), consisting of ________ file(s) and ____ expandable(s)

____ Transcript(s): Volume Date Proceeding