**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS** |
| **ALBERTO GONZALES, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Alberto Gonzales, by and through his undersigned counsel, respectfully requests a fourteen (14) day extension of time in which to file his response to Plaintiff Jane Turner's Motion for Award of Attorneys' Fees and Costs. Defendant response is currently due on or before June 1, 2007. Defendant seeks to have this filing date extended to Friday, June 15, 2007.

Good cause exists for this request for an extension. Although counsel expected to be able to finish defendant's response to plaintiff's request for fees/costs for her four sets of attorneys, the press of work on other cases has interrupted this effort. The demands of other case work were not anticipated when the June 1, 2007 deadline was requested of Magistrate Judge Boylan and, unfortunately, could not be rescheduled. Despite counsel's best effort to meet the June 1, 2007 date, this has not been possible and counsel regrets the need to request an extension of time. The requested June 15, 2007 filing date should afford an appropriate amount of time to prepare the response as well as allow counsel to meet currently scheduled deadlines in other matters.

Plaintiff's counsel has been consulted about this extension motion and opposes the Motion.

Date: May 31, 2007

Respectfully Submitted,

MATT. M. DUMMERMUTH
United States Attorney

S/Martha A. Fagg
MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Fax: (712) 252-2034
martha.fagg@usdoj.gov

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
Telephone: (202) 220-9311
Fax: (202) 220-9355
Colleen.Grzeskowiak@IC.fbi.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on May 31, 2007.

UNITED STATES ATTORNEY

BY: s/ Michelle Schwebach

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007