UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, *et al*.,<br>Defendant. | CERTIFICATE OF WORD COUNT COMPLIANCE |

I hereby certify that "Plaintiff's Opposition to Defendants' Motion for an Extension of Time in Which to Respond to Plaintiff's Petition for Attorneys' Fees and Costs" complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum contains 1,582 words. The name and version of the word processing software used to prepare the memorandum is Microsoft Office Word 2003.

By: __/s/_ Stephen M. Kohn___

June 1, 2007