**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | |
|---|---|
| **JANE A. T. TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL, U.S.** | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Order**

Having considered Defendant's Motion for an Extension of Time to Respond to Plaintiff Jane Turner's Motion for Award of Attorneys' Fees and Costs, it is hereby

ORDERED, that Defendant's Response to Plaintiff Jane Turner's Motion for Award of Attorneys' Fees and Costs will be filed on or before Friday, June 15, 2007.

Entered this 5th Day of June, 2007.

s/ Arthur J. Boylan
**ARTHUR J. BOYLAN**
**U.S. Magistrate Judge**