APPEAL, CLOSED, CV, PHV, PROTO, T7

**U.S. District Court**
**District of Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:01-cv-01407-JMR-FLN**

Turner v. Ashcroft, et al
Assigned to: Chief Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Demand: $0
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 08/03/2001
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jane A.T. Turner**

represented by **Aaron M Parness**
Kohn, Kohn & Colapinto
3233 P St NW
Washington, DC 20007
202-342-6980
Email: ap@kkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Klimaski**
Klimaski & Grill
1400 K St NW Ste 1000
Washington, DC 20005
202-296-5600
Fax: 12022965601
*TERMINATED: 04/03/2002*
*LEAD ATTORNEY*

**Kathryn M Engdahl**
Metcalf Kaspari Howard Engdahl & Lazarus
1660 S Hwy 100 Ste 333
Mpls, MN 55416-1533
952-591-9444
Fax: 952-591-5806
Email: kengdahl@metcalf-law.com
*TERMINATED: 04/03/2002*
*LEAD ATTORNEY*

**Michael D Kohn**
Kohn Kohn & Colapinto
3233 P St NW
Washington, DC 20007-2756
202-342-6980
Email: mk@kkc.com
*LEAD ATTORNEY*

DEFENDANT'S EXHIBIT
NO. 1

*ATTORNEY TO BE NOTICED*

**Robert A Hill**
Robert Hill & Associates, Ltd
80 S 8th St Ste 825
Mpls, MN 55402
612-376-0017
Fax: 612-375-8999
Email:
bob@roberthillandassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M Kohn**
Kohn Kohn & Colapinto
3233 P St NW
Washington, DC 20007-2756
202-342-6980
Email: sk@kkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Ashcroft**
*being sued as John D. Ashcroft, Attorney-General U.S. Department of Justice*

represented by **Lawrence D Kudej**
US Attorney's Office
401 1st St SE Ste 400
Cedar Rapids, IA 52401-1825
319-363-6333
Fax: 319-363-1990
Email: larry.kudej@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha A Fagg**
US Attorney's Office
600 4th St Ste 1600
Sioux City, IA 51101
712-255-6011
Fax: 712-252-2034
Email: martha.fagg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Pickard**
*Acting Director Federal Bureau of Investigation*
*TERMINATED: 03/15/2002*

represented by **Lawrence D Kudej**
(See above for address)
*TERMINATED: 03/15/2002*
*LEAD ATTORNEY*

**Martha A Fagg**
(See above for address)
*TERMINATED: 03/15/2002*
*LEAD ATTORNEY*

**Defendant**

**Federal Bureau of Investigation** represented by **Colleen B Grzeskowiak**
US Dept of Justice / FBI
935 Pennsylvania Ave NW
Room PA-400 N
Washington, DC 20002
202-220-9311
Fax: 202-220-9355
Email: colleen.grzeskowiak@ic.fbi.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha A Fagg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Dept of Justice** represented by **Colleen B Grzeskowiak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha A Fagg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honorable Robert S Mueller**
*Director, Federal Bureau of Investigation*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2001 | 1 | COMPLAINT - Summons issued. Assigned to Judge Ann D. Montgomery per Individual Civil Rights list and referred to Magistrate Judge Arthur J. Boylan. (13pg(s) Receipt #241769 (DDB) (Entered: 08/07/2001) |
| 08/03/2001 | | NOTICE given to attorney admissions clerk to send PHV forms to out of state attorney: J. Klimaski (DDB) (Entered: 08/07/2001) |
| 08/06/2001 | 2 | SUMMONS - RETURN OF SERVICE executed upon defendant John Ashcroft, defendant Thomas Pickard by certified mail on 8/3/01 ( 5 pgs) |

| | | |
|---|---|---|
| | | (MKC) (Entered: 08/09/2001) |
| 09/04/2001 | 3 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of plaintiff Jane A.T. Turner by James Klimaski (1 pg) (MKC) (Entered: 09/07/2001) |
| 09/28/2001 | 4 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of defendant by Lawrence D Kudej . (1 pgs) (MKC) (Entered: 10/01/2001) |
| 10/01/2001 | 5 | STIPULATION AND ORDER TO ENLARGE TIME TO ANSWER ( Magistrate Judge Arthur J. Boylan )re: the Attorney General may have up to and including 10/31/01 to answer the complaint. (2 pgs)(cc: all counsel) (MKC) (Entered: 10/03/2001) |
| 10/03/2001 | 6 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of defendants by Martha A Fagg. (1 pg) (MKC) (Entered: 10/04/2001) |
| 10/17/2001 | 7 | NOTICE by defendants of association of counsel Martha A Fagg 3 pg(s) ( (Entered: 10/19/2001) |
| 10/17/2001 | 10 | NOTICE by defendants of association of counsel Lawrence D. Kudej 3pg (s) (BLW (Entered: 11/16/2001) |
| 10/31/2001 | 8 | ANSWER by defendants. (12 pgs) (MKC) (Entered: 11/02/2001) |
| 11/08/2001 | 9 | NOTICE OF PRETRIAL CONFERENCE ( Magistrate Judge Arthur J. Boylan / 11/7/01) ; pretrial status conference set for 2:30 12/19/01 ; Rule 26(f) report ddl set for 12/12/01 (5 pgs) (cc: all counsel) (MKC) (Entered: 11/13/2001) |
| 11/29/2001 | 11 | NOTICE OF ( Magistrate Judge Arthur J. Boylan / 11/29/01) ; settlement conference set for 1:30 on 1/24/02 (2 pg(s) (cc: all counsel) (MKC) (Entered: 11/30/2001) |
| 12/07/2001 | 12 | JOINT COPY OF REPORT OF RULE 26(f) MEETING. (5pg(s) (CJF) (Entered: 12/08/2001) |
| 12/12/2001 | 13 | ORDER ( Magistrate Judge Arthur J. Boylan / 12/12/01) ; pretrial conference set for 1:30 on 1/24/02 (1 pgs) (cc: all counsel) (MKC) (Entered: 12/14/2001) |
| 01/24/2002 | 15 | MINUTES:( Magistrate Judge Arthur J. Boylan / ) pretrial conference held on 1/24/02 Settlement conference held on 1/24/02 Not settled. (1 pg) (MKC) (Entered: 01/29/2002) |
| 01/28/2002 | 14 | PRETRIAL SCHEDULING ORDER ( Magistrate Judge Arthur J. Boylan ) discovery set for 10/1/02 ; amd complaint set for 3/1/02 ; non-dispositive motions set for 10/1/02 ; dispositive motions set for 12/1/02 ; ready for trial set for 3/1/03. 2pg(s) (cc: counsel) (VEM) (Entered: 01/29/2002) |
| 02/21/2002 | 16 | OFFER OF JUDGMENT filed by defendant. (4 pgs) (MKC) (Entered: 02/25/2002) |

| | | |
|---|---|---|
| 03/11/2002 | 17 | MOTION by Counsel for plaintiff to withdraw as attorney ( to Magistrate Judge Arthur J. Boylan ) (4 pgs) (MKC) (Entered: 03/13/2002) |
| 03/15/2002 | 18 | STIPULATION OF DISMISSAL of improper party Thomas Pickard. 2 pg(s) (VEM) (Entered: 03/20/2002) |
| 03/22/2002 | 19 | RESPONSE by defendant to motion to withdraw as plaintiff's attorney . [17-1] (3 pgs) (MKC) (Entered: 03/25/2002) |
| 03/25/2002 | 20 | STIPULATION AND ORDER OF DISMISSAL OF IMPROPER PARTY( Magistrate Judge Arthur J. Boylan ) terminating party Thomas Pickard (2 pgs)(cc: all counsel) (MKC) (Entered: 03/27/2002) |
| 03/25/2002 | 21 | REQUEST FOR STATUS CONFERENCE by defendant (44 pgs) (MKC) (Entered: 03/27/2002) |
| 04/03/2002 | 22 | MINUTES:( Magistrate Judge Arthur J. Boylan / ) hearing re: motion to withdraw as attorney . Motion granted. [17-1] (1 pg) (MKC) (Entered: 04/04/2002) |
| 04/03/2002 | 23 | ORDER ( Magistrate Judge Arthur J. Boylan / 4/3/02)that: Plaintiff's motion to withdraw as attorney is Granted. [17-1] attorney Kathryn Melanie Engdahl, attorney James R Klimaski for Jane A.T. Turner (1 pgs) (cc: all counsel) (MKC) (Entered: 04/04/2002) |
| 06/04/2002 | | NOTICE by plaintiff Jane A.T. Turner of association of counsel Robert A Hill (MMC) (Entered: 06/04/2002) |
| 06/04/2002 | 24 | PETITION AND ORDER for admission pro hac vice ( Clerk Richard D. Sletten ) on behalf of plaintiff by Michael D Kohn, Stephen M Kohn (2 pgs) (MKC) (Entered: 06/07/2002) |
| 06/04/2002 | 25 | ATTORNEY APPEARANCE for plaintiff by Robert A. Hill. (2 pg(s) (MKC) (Entered: 06/07/2002) |
| 07/25/2002 | 26 | UNCONTESTED MOTION to modify pretrial schedule ( to Magistrate Judge Arthur J. Boylan ) (6 pgs) (MKC) (Entered: 07/26/2002) |
| 07/25/2002 | 27 | UNCONTESTED JOINT MOTION by plaintiff Jane A.T. Turner, defendant John Ashcroft to amend pretrial schedule (to Magistrate Judge Arthur J. Boylan ) 3 pg(s) (SEA) (Entered: 08/05/2002) |
| 07/30/2002 | 28 | AMENDED SCHEDULING ORDER ( Magistrate Judge Arthur J. Boylan / 7/30/02) ; amd complaint reset for 9/27/02 ; discovery reset 12/2/02 ; non-dispositive motions reset for 7/1/03 ; dispositive motions reset for 8/1/03 ; ready for trial reset 10/1/03 pg(s) (cc: counsel) (SEA) (Entered: 08/05/2002) |
| 10/21/2002 | 30 | STIPULATION re extension of discovery. (2 pgs) (MKC) (Entered: 10/29/2002) |
| 10/24/2002 | 29 | MOTION by defendant to extend discovery of non-expert witness deadline. ( to Magistrate Judge Arthur J. Boylan ) 2 pg(s) (VEM) (Entered: 10/26/2002) |
| | | |

| | | |
|---|---|---|
| 10/29/2002 | 31 | ORDER ( Magistrate Judge Arthur J. Boylan /) that 1.Amendment of the pleadings shall be extended to 1/6/3. 2. Non-expert discovery shall be extended to 2/3/3 [29-1]. (1pg(s) (cc: all counsel) (DDB) (Entered: 11/05/2002) |
| 04/02/2003 | 32 | JOINT MOTION by plaintiff and defendants' for modification of pretrial schedule. ( to Magistrate Judge Arthur J. Boylan ). 2 pg(s) (ARB) (Entered: 04/03/2003) |
| 04/04/2003 | 33 | Modified Scheduling ORDER ( Magistrate Judge Arthur J. Boylan ) amd pleadings set for 7/15/03 ; discovery set for 8/24/03 ; non-dispositive motions set for 8/24/03 ; dispositive motions set for 2/1/04 ; ready for trial set for 5/15/04 3pg(s) (cc: all counsel) (SJH) (Entered: 04/08/2003) |
| 07/16/2003 | 34 | STIPULATION AND ORDER ( Magistrate Judge Arthur J. Boylan ) granting motion for modification of pretrial schedule [32-1]; amendments extended to 8/18/03 . 3pg(s) (cc: all counsel) (DFL) (Entered: 07/22/2003) |
| 08/18/2003 | 35 | SECOND JOINT MOTION for partial modification of pretrial order. ( to Magistrate Judge Arthur J. Boylan ) 2pg(s) (VEM) (Entered: 08/19/2003) |
| 09/05/2003 | 36 | MINUTES:( Magistrate Judge Arthur J. Boylan / Elec.) Telephone Conference Re: Joint Motion to Amend Pretrial Scheduling Order Parties agree on Amended Scheudling Order and Defts to supply the court with a proposed order. 1pg(s) (GJS) (Entered: 09/09/2003) |
| 10/02/2003 | 37 | MOTION by plaintiff Jane A.T. Turner for leave to file first amended complaint ( to Magistrate Judge Arthur J. Boylan ). 51 pg(s) (JMM) (Entered: 10/03/2003) |
| 10/02/2003 | 38 | MEMORANDUM by plaintiff Jane A.T. Turner in support of motion for leave to file first amended complaint. [37-1] 51 pg(s) (JMM) (Entered: 10/03/2003) |
| 10/27/2003 | 39 | STIPULATED PROTECTIVE ORDER ( Magistrate Judge Arthur J. Boylan.) 5pg(s) (cc: all counsel) (DFL) Additional attachment(s) added on 9/23/2004 (akl). (Entered: 10/31/2003) |
| 11/04/2003 | 40 | ORDER ( Magistrate Judge Arthur J. Boylan / 11/4/03) granting motion for leave to file first amended complaint [37-1] that the Clerk shall file Plaintif's First Amended Complaint and it shall be deemed served on Defendants as of this date. 1pg(s) (cc: all counsel) (GJS) Additional attachment(s) added on 9/23/2004 (akl). (Entered: 11/10/2003) |
| 11/04/2003 | 41 | FIRST AMENDED COMPLAINT [1-1] by plaintiff; jury demand adding FBI, US Department of Justice and Hon. Robert S. Meuller Director of the FBI. 46pg(s) (GJS) Modified on 11/10/2003 (Entered: 11/10/2003) |
| 12/08/2003 | 42 | ANSWER TO AMENDED COMPLAINT by John Ashcroft. 36pg(s) (DFL) (Entered: 12/10/2003) |
| 04/01/2004 | 45 | Defendant's MOTION for Summary Judgment or in the alternative, Partial Summary Judgment. Filed by Defendants of John Ashcroft, |

| | | |
|---|---|---|
| | | Attorney General, and the Federal Bureau of Investigation. 2pg(s). (SS) Modified on 4/6/2004 (GJS). (Entered: 04/06/2004) |
| 04/01/2004 | 43 | MOTION for Leave to File Motion for Summary Judgment and Memorandum out of time, by John Ashcroft, and Federal Bureau of Investigation.2pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 44 | MOTION for Leave to File Excess Pages of Memorandum in Support of Motion for Summary Judgment, by John Ashcroft, and Federal Bureau of Investigation.2pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 46 | MEMORANDUM in Support re [45] MOTION for Summary Judgment or in the alternative, Partial Summary Judgment, filed by John Ashcroft, Federal Bureau of Investigation. 55pg(s) (GJS) (Entered: 04/06/2004) |
| 04/01/2004 | 47 | APPENDIX/EXHIBITS AND SUPPORTING DOCUMENTS to motion for Summary Judgment by John Ashcroft, Federal Bureau of Investigation. (SEPARATE). (GJS) (Entered: 04/06/2004) |
| 04/06/2004 | 48 | ORDER granting [43] Motion for Leave to File Out of Time, denying [44] Motion for Leave to File Excess Pages. Defendants are hereby ordered to re-file a memorandum in accordance with the Local Rules, not to exceed 35 pages inclusive of any reply, by April 15, 2004. Plaintiff's time of response is therefore extended until April 30, 2004. Signed by Judge Ann D Montgomery on 4/6/2004. (TLU) (Entered: 04/06/2004) |
| 04/12/2004 | 49 | JANE TURNER'S UNOPPOSED MOTION for Leave to File out of time. by Jane A.T. Turner.3pg(s) (GJS) (Entered: 04/13/2004) |
| 04/13/2004 | 50 | ORDER granting [49] motion for leave to file out of time. Plaintiff's repsonse to defendant's motion for summary judgment is extended up to and including May 14, 2004. Signed by Judge Ann D Montgomery on 4/13/04. (GS) (Entered: 04/13/2004) |
| 04/16/2004 | 51 | AMENDED MEMORANDUM in Support re [45] MOTION for Summary Judgment or on the Alternative, Partial Summary Judgment, filed by Defendants. 33 pg(s). (LJD) (Entered: 04/20/2004) |
| 04/16/2004 | 52 | EXHIBITS for Amended Memorandum in Support of Summary Judgment, or in the Alternative, Partial Summary Judgment by Defendants. 2+pg(s). (LJD) (Entered: 04/20/2004) |
| 05/05/2004 | 53 | MOTION for Leave to File response to Summary Judgment motion, by Jane A.T. Turner.3pg(s) (GJS) (Entered: 05/07/2004) |
| 05/07/2004 | 54 | ORDER granting [53] Motion for Leave to File response to Motion for Summary Judgment ie extended up to and including 5/21/04 . Signed by Judge Ann D Montgomery on 5/6/04. (GJS) (Entered: 05/07/2004) |
| 05/19/2004 | 55 | APPLICATION to File Conventionally. (Kohn, Stephen) (Entered: 05/19/2004) |
| 05/19/2004 | 56 | ORDER granting 55 Application to File Information Conventionally . Plaintiff will be filing voluminous exhibits to his memorandum in |

| | | |
|---|---|---|
| | | opposition to defendant's summary judgment motion. Signed by Judge Ann D Montgomery on May 19, 2004. (GS) (Entered: 05/19/2004) |
| 05/21/2004 | 57 | MEMORANDUM in Opposition re [45] MOTION for Summary Judgment filed by Jane A.T. Turner. (Attachments: # 1 Appendix Notification of Conventional Filing# 2 Exhibit Exhibit List)(Kohn, Stephen) (Entered: 05/21/2004) |
| 05/24/2004 | 58 | PLAINTIFF's OPPOSITION re [45] MOTION for Summary Judgment filed by Jane A.T. Turner. (SEPARATE) (GJS) (Entered: 05/25/2004) |
| 05/26/2004 | 59 | NOTICE of Hearing on Motion [45] MOTION for Summary Judgment: Motion Hearing set for 7/23/2004 at 10:30 AM in Minneapolis - Courtroom 13W before Judge Ann D Montgomery. (GJS) (Entered: 05/26/2004) |
| 07/23/2004 | 60 | TEXT ENTRY ONLY: Minute of proceedings held before Judge Ann D Montgomery on Defendant's Motion for Summary Judgment held on 7/23/2004. The Motion is taken under advisement. (Court Reporter Tim Willette) (GS) (Entered: 08/11/2004) |
| 07/30/2004 | | Motions Taken Under Advisement: [45] MOTION for Summary Judgment (TLU) (Entered: 07/30/2004) |
| 09/17/2004 | 61 | ORDER granting [45] Defendants' Motion for Summary Judgment. Plantiff's First Amended Complaint [41] is DISMISSED WITH PREJUDICE. Signed by Judge Ann D Montgomery on 09/17/2004. (TLU) (Entered: 09/17/2004) |
| 09/17/2004 | 62 | JUDGMENT. (Attachments: # 1 Civil-8th Circuit Pre-Hearing Conference Notice # 2 Civil Notice - appeal).(LJD) (Entered: 09/17/2004) |
| 09/21/2004 | 63 | *UNSIGNED DOCUMENT - REFILED SEE DOCUMENT #64* NOTICE by Jane A.T. Turner *Notice of Appeal* (Attachments: # 1)(Kohn, Stephen) Modified on 9/23/2004 (GJS). (Entered: 09/21/2004) |
| 09/22/2004 | 64 | NOTICE OF APPEAL to Eighth Circuit Court of Appeals by Jane A.T. Turner *Notice of Appeal order of 9/17/04* (Attachments: # 1)(Kohn, Stephen) Modified on 9/30/2004 (gjs). (Entered: 09/22/2004) |
| 09/22/2004 | 64 | Docketing Correction: Please note that the original Notice of Appeal was filed on 9/22/04 as document #64. This is being docketed because the original notice of appeal filed by plaintiff, Jane A.T. Turner was docketed using an incorrect event code (Notice Other). It is necessary to docket again using the correct notice of appeal event code, so subsequent Court of Appeals documents can be filed. It will be renumbered after filing to have the same document number as the originally filed notice of appeal, doc. #64. (JGG) (Entered: 12/06/2005) |
| 09/30/2004 | 65 | TRANSMITTAL LETTER to Eighth Circuit Court of Appeals, St. Paul . 2 certified and 1 uncertified copy of notice of appeal, order and judgment being appealed and docket entries sent to USCA8, St. Paul.(GJS) Modified text on 9/30/2004 (gjs. (Entered: 09/30/2004) |

| | | |
|---|---|---|
| 10/01/2004 | 66 | RECEIPT number 145566 in the amount of $255, USCA8 Appeal fee - receipt issued to Jane A. Turner. (GJS) (Entered: 10/04/2004) |
| 10/04/2004 | 67 | TRANSMITTAL LETTER TO USCA8, St. Paul with copy of Receipt No. 145566 in the amount of $255.00 for the appeal fee. (GJS) (Entered: 10/04/2004) |
| 10/07/2004 | | USCA8 Appeal Number 04-3426. (GJS) (Entered: 10/09/2004) |
| 12/14/2004 | 68 | 2 envelopes of Sealed Medical Records. (FILED CONVENTIONALLY) (GJS) (Entered: 12/14/2004) |
| 09/13/2005 | 69 | **DOCUMENT FILED IN ERROR** BILL OF COSTS *for Filing Fee* by Jane A.T. Turner. (Kohn, Stephen) Modified text on 10/17/2005 (akl). (Entered: 09/13/2005) |
| 09/14/2005 | 70 | **DOCUMENT FILED IN ERROR** Clerk's Notice re: Bill of Costs. (akl) Modified text on 10/17/2005 (akl). (Entered: 09/14/2005) |
| 09/16/2005 | 71 | OBJECTION to Bill of Costs re 69 Bill of Costs by John Ashcroft. (Fagg, Martha) (Entered: 09/16/2005) |
| 10/21/2005 | 72 | LETTER to Clerk of Court from Attorney Martha Fagg re: withdrawing Defendant's Objection to Plaintiff Jane A. Turner's Bill of Costs. (JME) (Entered: 10/21/2005) |
| 11/30/2005 | 73 | Opinion of USCA as to 64 Notice of Appeal to 8th Circuit, filed by Jane A.T. Turner affirming the grant of summary judgment with respect to Plaintiff gender discrimination - reverse the grant of summary judgment on retaliation claim and remand for further proceedings consistent with this opinion. (GJS) (Entered: 12/08/2005) |
| 11/30/2005 | 74 | USCA JUDGMENT as to 64 Notice of Appeal to 8th Circuit, filed by Jane A.T. Turner affirmed in part and reversed in part and remanded for proceedings consistent with the opinion of USCA8. (GJS) (Entered: 12/08/2005) |
| 02/21/2006 | 75 | NOTICE OF SETTLEMENT CONFERENCE Settlement Conference set for 4/5/2006 01:30 PM in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before Magistrate Judge Arthur J Boylan. Signed by Magistrate Judge Arthur J Boylan on 2/21/06. (JLB) (Entered: 02/21/2006) |
| 04/06/2006 | 76 | Minute Entry for proceedings held before Magistrate Judge Arthur J Boylan : Settlement Conference held on 4/5/2006. No Settlement reached. (sb) (Entered: 04/06/2006) |
| 04/10/2006 | 77 | ORDER OF RECUSAL. Judge Ann D Montgomery recused. Case reassigned to Judge James M Rosenbaum and Magistrate Judge Franklin L Noel for all further proceedings. New case number is 01-1407 JMR/FLN. . Signed by Judge Ann D Montgomery on 4/10/06. (MKC) (Entered: 04/11/2006) |
| 10/05/2006 | 78 | JURY TRIAL NOTICE. Trial set as #5 on trial block. Jury Trial set for |

| | | |
|---|---|---|
| | | 11/13/2006 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 10/05/2006) |
| 10/25/2006 | 79 | AMENDED JURY TRIAL NOTICE. Case has been moved to #6 on trial block. Jury Trial set for 11/13/2006 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 10/25/2006) |
| 11/07/2006 | 80 | NOTICE of Hearing: Final Pretrial Conference set for 11/13/2006 02:00 PM in Minneapolis - Chambers 15E before Chief Judge James M. Rosenbaum. (HLL) (Entered: 11/07/2006) |
| 11/13/2006 | 81 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Final Pretrial Conference held on 11/13/2006. (HLL) (Entered: 11/14/2006) |
| 11/22/2006 | 82 | FINAL PRETRIAL ORDER. Signed by Judge James M. Rosenbaum on 11/22/2006. (kmc) (Entered: 11/22/2006) |
| 12/15/2006 | 83 | STATEMENT OF CASE as to Jane A.T. Turner. (Kohn, Stephen) Modified on 12/18/2006 (gjs). (Entered: 12/15/2006) |
| 12/15/2006 | 84 | ***DOCUMENT FILED IN ERROR *** STATEMENT OF CASE as to Jane A.T. Turner. (Attachments: # 1Plaintiff/Defendant Exhibit Lists) (Kohn, Stephen) Modified on 12/18/2006 (gjs). (Entered: 12/15/2006) |
| 12/19/2006 | 85 | Exhibit List *Plaintiff/Defendant* by Jane A.T. Turner. (Kohn, Stephen) (Entered: 12/19/2006) |
| 12/20/2006 | 86 | ORDER amending 82 Final Pretrial Order. Signed by Judge James M. Rosenbaum on December 20, 2006. (kl) (Entered: 12/20/2006) |
| 12/20/2006 | 87 | JURY TRIAL NOTICE. Jury Trial set for 1/24/2007 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M. Rosenbaum. (HLL) Modified on 12/20/2006 (gjs). (Entered: 12/20/2006) |
| 12/20/2006 | | NOTICE OF DOCKETING CORRECTION - document #87 corrected to reflect a Trial date of 1/24/07. (GJS) (Entered: 12/20/2006) |
| 12/20/2006 | 88 | DISCLOSURE OF EXPERT WITNESSES by Jane A.T. Turner. (Attachments: # 1 Exhibit(s) Ex 1 Expert Report Carter# 2 Exhibit(s) Ex. 2 Curriculum Vitae of Edwin Carter# 3 Exhibit(s) Ex. 3 List of cases# 4 Exhibit(s) Ex. 4 Affidavit John of Roberts)(Kohn, Stephen) (Entered: 12/20/2006) |
| 12/20/2006 | 89 | OBJECTIONS TO DEFENDANTS EXHIBITS by Jane A.T. Turner re 85 Exhibit List (Kohn, Stephen) Modified on 12/21/2006 (GJS). (Entered: 12/20/2006) |
| 12/21/2006 | 90 | MOTION to Strike 88 Disclosure of Expert Witnesses, by John Ashcroft. (Fagg, Martha) (Entered: 12/21/2006) |
| 12/21/2006 | 91 | BRIEF re 90 MOTION to Strike 88 Disclosure of Expert Witnesses, filed by John Ashcroft. (Fagg, Martha) (Entered: 12/21/2006) |

| | | |
|---|---|---|
| 12/21/2006 | 92 | MEMORANDUM in Opposition re 90 MOTION to Strike 88 Disclosure of Expert Witnesses, filed by Jane A.T. Turner. (Attachments: # 1 **Docuemnt filed in error** Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Kohn, Stephen) Modified on 12/22/2006 (Schneider, Gloria). (Entered: 12/21/2006) |
| 12/28/2006 | 93 | JOINT STATEMENT OF DEPOSITION TESTIMONY AND OBJECTIONS submitted by Jane A.T. Turner. (Attachments: # 1 Joint Agreed Statement of Testimony for Dr. John G. Garofalo# 2 Joint Agreed Statement of Testimony for Carl Florez# 3Joint Agreed Statement of Testimony for Elmer Fordance# 4 Plaintiff?s Partial Objection to the Joint Agreed Statement of Testimony of Dr. John G. Garofalo)(Kohn, Stephen) Modified on 12/29/2006 (GJS). (Entered: 12/28/2006) |
| 01/03/2007 | 94 | DOCUMENT FILED IN ERROR (BLANK) - replaced by doc. #96. MOTION for Admission Pro Hac Vice for Aaron M Parness by Jane A.T. Turner. (Hill, Robert) Modified text on 1/3/2007 (kt). Modified on 1/4/2007 (MMC). (Entered: 01/03/2007) |
| 01/03/2007 | 95 | DOCUMENT FILED IN ERROR (BLANK)- replaced by doc. #96. MOTION for Admission Pro Hac Vice for Aaron M Parness by Jane A.T. Turner. (Hill, Robert) Modified text on 1/3/2007 (kt). Modified on 1/4/2007 (MMC). (Entered: 01/03/2007) |
| 01/03/2007 | 96 | MOTION for Admission Pro Hac Vice for Aaron M Parness by Jane A.T. Turner. (Hill, Robert) Replaces doc. #94 and 95. Modified on 1/4/2007 (MMC). (Entered: 01/03/2007) |
| 01/03/2007 | | TEXT ONLY ENTRY - ORDER granting 96 Motion for Admission Pro Hac Vice of Attorney Aaron M Parness for Jane A.T. Turner. Fee paid; receipt number 4-009623. Approved by Clerk Richard D Sletten on 1/3/07. (MMC) (Entered: 01/04/2007) |
| 01/05/2007 | 97 | MOTION in Limine with Memorandum in Support inlcuded by John Ashcroft. (Attachments: # 1 Supplement deposition testimony excerts) (Fagg, Martha) Modified on 1/8/2007 (gjs). (Entered: 01/05/2007) |
| 01/05/2007 | 98 | Witness List by John Ashcroft. (Fagg, Martha) (Entered: 01/05/2007) |
| 01/05/2007 | 99 | Witness List by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/05/2007) |
| 01/05/2007 | 100 | MOTION in Limine TO EXCLUDE DROP FILES OF CRAIG WEIKEN with Memorandum in Support included by Jane A.T. Turner. (Kohn, Stephen) Modified on 1/8/2007 (gjs). (Entered: 01/05/2007) |
| 01/05/2007 | 101 | MOTION in Limine TO EXCLUDE EVIDENCE CONCERNING "FITNESS FOR DUTY" ALLEGATIONS with Memorandum in Support included by Jane A.T. Turner. (Kohn, Stephen) Modified on 1/8/2007 (GJS). (Entered: 01/05/2007) |
| 01/05/2007 | 102 | MOTION in Limine TO EXCLUDE EVIDENCE CONCERNING PERFORMANCE ISSUES AFTER MAY 2000 OF JANE TURNER by Jane A.T. Turner. (Kohn, Stephen) Modified on 1/8/2007 (GJS). |

| | | |
|---|---|---|
| | | (Entered: 01/05/2007) |
| 01/10/2007 | 103 | Proposed Jury Instructions submitted by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/10/2007) |
| 01/10/2007 | 104 | Proposed Special Verdict Form by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/10/2007) |
| 01/10/2007 | 105 | Proposed Jury Instructions submitted by John Ashcroft. (Fagg, Martha) (Entered: 01/10/2007) |
| 01/10/2007 | 106 | Proposed Voir Dire by John Ashcroft. (Fagg, Martha) (Entered: 01/10/2007) |
| 01/10/2007 | 107 | Proposed Voir Dire by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/10/2007) |
| 01/10/2007 | 108 | MOTION for Leave to File *Juror Questionnaire* by Jane A.T. Turner. (Kohn, Stephen) Modified title on 1/11/2007 (gjs). (Entered: 01/10/2007) |
| 01/10/2007 | 109 | MEMORANDUM in Support re 108 MOTION for Leave to File *Juror Questionnaire* filed by Jane A.T. Turner. (Kohn, Stephen) Modified text on 1/11/2007 (gjs). (Entered: 01/10/2007) |
| 01/10/2007 | 110 | EXHIBIT re 109Memorandum in Support of MOTION for Leave to File *Juror Questionnaire* by Jane A.T. Turner filed by Jane A.T. Turner. (Kohn, Stephen) Modified text on 1/11/2007 (gjs) (Entered: 01/10/2007) |
| 01/10/2007 | 111 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 109 Memorandum in Support of Motion filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/10/2007) |
| 01/10/2007 | 112 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 108 MOTION for Leave to File *Juror Questionnaire*, 109 Memorandum in Support of Motion (Kohn, Stephen) Modified on 1/11/2007 (gjs). (Entered: 01/10/2007) |
| 01/16/2007 | 113 | ORDER denying 90 Motion to Strike expert designation. Signed by Judge James M. Rosenbaum on 1/16/2007. (kmc) (Entered: 01/16/2007) |
| 01/17/2007 | 114 | JOINT AGREED STATEMENT OF TESTIMONY OF RAY MORROW by John Ashcroft and Jane A. Turner. (Fagg, Martha) Modified on 1/18/2007 (gjs). (Entered: 01/17/2007) |
| 01/17/2007 | 115 | RESPONSE in Opposition re 97 MOTION in Limine filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/17/2007) |
| 01/17/2007 | 116 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 115 Response in Opposition to Motion filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/17/2007) |
| 01/19/2007 | 117 | JOINT AGREED STATEMENT OF TESTIMONY OF JAMES CASEY by Jane A.T. Turner, John Ashcroft. (Fagg, Martha) Modified on 1/22/2007 (GJS). (Entered: 01/19/2007) |
| | | |

| | | |
|---|---|---|
| 01/19/2007 | 118 | AMENDED PLAINTIFF/DEFENDANT EXHIBIT LIST by Jane A.T. Turner, and John Ashcroft. (Fagg, Martha) Modified on 1/22/2007 (gjs). (Entered: 01/19/2007) |
| 01/22/2007 | 119 | Letter appointing Colleen Grzeskowiak as a Special Attorney to the U.S. Attorney General pursuant to 28 USC 515 filed by John Ashcroft, Federal Bureau of Investigation. (Fagg, Martha) Modified on 1/24/2007 - this was initially filed as a motion for admission pro hac vice (MMC). (Entered: 01/22/2007) |
| 01/22/2007 | | ***TEXT ONLY ENTRY*** NOTICE of Hearing: Pretrial Conference set for 1/24/2007 08:30 AM In Chambers Hearing before Chief Judge James M. Rosenbaum. (HLL) (Entered: 01/22/2007) |
| 01/22/2007 | 120 | OBJECTION re 105 Proposed Jury Instructions *and Proposed Verdict Form* filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 01/22/2007) |
| 01/23/2007 | 121 | STIPULATION *JOINT AGREED STATEMENT OF TESTIMONY RICHARD WALDIE* by Jane A.T. Turner, John Ashcroft. (Kohn, Stephen) (Entered: 01/23/2007) |
| 01/23/2007 | 122 | PLAINTIFF'S PARTIAL OBJECTION re 121 Stipulation *JOINT AGREED STATEMENT OF TESTIMONY RICHARD WALDIE* filed by Jane A.T. Turner. (Kohn, Stephen) Modified title on 1/24/2007 (gjs). (Entered: 01/23/2007) |
| 01/23/2007 | 123 | FINAL AMENDED PLAINTIFF/DEFENDANT Exhibit List by Jane A.T. Turner, John Ashcroft. (Fagg, Martha) Modified on 1/24/2007 (GJS). (Entered: 01/23/2007) |
| 01/23/2007 | 124 | PLAINITFF'S PARTIAL OBJECTION re 123 Exhibit List, 118 Amended Exhibit List filed by Jane A.T. Turner. (Kohn, Stephen) Modified title and text on 1/24/2007 (gjs). (Entered: 01/23/2007) |
| 01/23/2007 | 125 | DOCUMENT FILED IN ERROR - replaced by doc. #126. MOTION for Admission Pro Hac Vice for Colleen B. Grzeskowiak by John Ashcroft, Federal Bureau of Investigation. (Fagg, Martha) Modified on 1/23/2007 (MMC). (Entered: 01/23/2007) |
| 01/23/2007 | 126 | Amended MOTION for Admission Pro Hac Vice for Colleen B. Grzeskowiak by Federal Bureau of Investigation, US Dept of Justice. (Fagg, Martha) Modified on 1/24/2007 (MMC). (Entered: 01/23/2007) |
| 01/23/2007 | 127 | STIPULATION *AS TO PROTECTED ACTIVITY* by Jane A.T. Turner, John Ashcroft. (Kohn, Stephen) (Entered: 01/23/2007) |
| 01/23/2007 | | TEXT ONLY ENTRY - ORDER granting 126 Amended Motion for Admission Pro Hac Vice of Attorney Colleen B Grzeskowiak for Federal Bureau of Investigation and US Dept of Justice. Fee waived for U.S. government attorney. Approved by Clerk Richard D Sletten on 1/23/07. (MMC) (Entered: 01/24/2007) |
| 01/24/2007 | 128 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Voir Dire and Jury Trial held on 1/24/2007. Trial cont'd to |

| | | |
|---|---|---|
| | | 1/25/2007. (Court Reporter Dawn Hansen) (HLL) (Entered: 01/25/2007) |
| 01/25/2007 | 129 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Jury Trial held on 1/25/2007. Cont'd to 1/26/2007. (Court Reporter Dawn Hansen) (HLL) (Entered: 01/26/2007) |
| 01/26/2007 | 130 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Jury Trial held on 1/26/2007. (Court Reporter Dawn Hansen) (HLL) (Entered: 01/29/2007) |
| 02/01/2007 | 131 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Jury Trial held on 2/1/2007. Jury received case. Deliberations cont'd. (Court Reporter Dawn Hansen) (HLL) (Entered: 02/05/2007) |
| 02/01/2007 | 134 | JURY QUESTION #1. (GJS) (Entered: 02/06/2007) |
| 02/01/2007 | 135 | JURY QUESTION #2. (GJS) (Entered: 02/06/2007) |
| 02/02/2007 | 136 | JURY QUESTION. (GJS) (Entered: 02/06/2007) |
| 02/05/2007 | 132 | Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Jury Trial completed on 2/5/2007. (Court Reporter Dawn Hansen) (HLL) (Entered: 02/05/2007) |
| 02/05/2007 | 133 | JURY VERDICT for Plaintiff against Defendant. (GJS) (QC'd by akl) (Entered: 02/05/2007) |
| 02/07/2007 | | ***TEXT ONLY ENTRY*** Minute Entry for proceedings held before Chief Judge James M. Rosenbaum : Telephone Conference held on 2/7/2007. (Court Reporter Dawn Hansen) (HLL) (Entered: 02/08/2007) |
| 02/09/2007 | 137 | JUDGMENT entered. (Attachments: # 1 Civil Notice# 2 8th Circuit Prehearing Notice)(GJS) (Entered: 02/09/2007) |
| 02/19/2007 | 138 | MOTION to Alter Judgment *for interest and equitable relief* by Jane A.T. Turner. (Parness, Aaron) (Entered: 02/19/2007) |
| 02/19/2007 | 139 | MEMORANDUM in Support re 138 MOTION to Alter Judgment *for interest and equitable relief* filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 02/19/2007) |
| 02/19/2007 | 140 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 139 Memorandum in Support of Motion filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 02/19/2007) |
| 02/19/2007 | 141 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 138 MOTION to Alter Judgment *for interest and equitable relief*, 139 Memorandum in Support of Motion (Parness, Aaron) (Entered: 02/19/2007) |
| 02/20/2007 | 142 | Amended MOTION to Alter Judgment *for Interest and Equitable Relief* by Jane A.T. Turner. (Parness, Aaron) (Entered: 02/20/2007) |
| 02/20/2007 | 143 | MEMORANDUM in Support re 142 Amended MOTION to Alter Judgment *for Interest and Equitable Relief* filed by Jane A.T. Turner. |

| | | |
|---|---|---|
| | | (Parness, Aaron) (Entered: 02/20/2007) |
| 02/20/2007 | 144 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 143 Memorandum in Support of Motion filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 02/20/2007) |
| 02/20/2007 | 145 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 142 Amended MOTION to Alter Judgment *for Interest and Equitable Relief*, 143 Memorandum in Support of Motion (Parness, Aaron) (Entered: 02/20/2007) |
| 02/23/2007 | 146 | MOTION for Judgment NOV by US Dept of Justice. (Fagg, Martha) (Entered: 02/23/2007) |
| 02/23/2007 | 147 | MEMORANDUM in Support re 146 MOTION for Judgment NOV filed by US Dept of Justice. (Fagg, Martha) (Entered: 02/23/2007) |
| 02/26/2007 | 148 | MOTION for New Trial by US Dept of Justice. (Fagg, Martha) (Entered: 02/26/2007) |
| 02/26/2007 | 149 | MEMORANDUM in Support re 148 MOTION for New Trial filed by US Dept of Justice. (Fagg, Martha) (Entered: 02/26/2007) |
| 02/26/2007 | 150 | CERTIFICATE OF SERVICE by US Dept of Justice re 148 MOTION for New Trial, 149 Memorandum in Support of Motion (Fagg, Martha) (Entered: 02/26/2007) |
| 02/26/2007 | 151 | NOTICE by Jane A.T. Turner *of Intent to Claim an Award of Attorneys' Fees of Prior Counsel* (Attachments: # 1Certificate of Service)(Engdahl, Kathryn) Modified on 2/27/2007 (jc). (Entered: 02/26/2007) |
| 02/27/2007 | 152 | LETTER TO DISTRICT JUDGE ROSENBAUM, dated 2/20/07 from Defendants requesting Court's permission to file a Motion for Reconsideration of Defendant's Oral Motion for Judgment as a Matter of Law. (GJS) QC'd by KT 2/28/07. (Entered: 02/27/2007) |
| 02/28/2007 | 153 | DOCUMENT REMOVED - FILED IN ERROR -NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL. (HLL) Modified on 2/28/2007 (MKC). (Entered: 02/28/2007) |
| 03/02/2007 | 154 | Consent MOTION for Extension of Time to File *to Motion(s) for Award of Attorneys' Fees and Costs* by Jane A.T. Turner. (Parness, Aaron) (Entered: 03/02/2007) |
| 03/02/2007 | 155 | MEMORANDUM in Support re 154 Consent MOTION for Extension of Time to File *to Motion(s) for Award of Attorneys' Fees and Costs* filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 03/02/2007) |
| 03/02/2007 | 156 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 155 Memorandum in Support of Motion filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 03/02/2007) |
| 03/02/2007 | 157 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 154 Consent MOTION for Extension of Time to File *to Motion(s) for Award of Attorneys' Fees and Costs*, 155 Memorandum in Support of Motion |

| | | |
|---|---|---|
| | | (Parness, Aaron) (Entered: 03/02/2007) |
| 03/06/2007 | 158 | ORDER denying 152 defendant's request for permission to file a motion for reconsideration of his oral motion for judgment as a matter of law. Signed by Judge James M. Rosenbaum on March 5, 2007. (kl) (Entered: 03/06/2007) |
| 03/09/2007 | 159 | ORDER granting 154 Motion for Extension of Time to File. Motions for attorneys' fees and costs due April 6, 2007. Signed by Judge James M. Rosenbaum on March 9, 2007. (kl) (Entered: 03/09/2007) |
| 03/12/2007 | 160 | Consent MOTION for Extension of Time to File Response/Reply as to 147 Memorandum in Support of Motion, 146 MOTION for Judgment NOV by Jane A.T. Turner. (Parness, Aaron) Modified on 3/13/2007 (jc). (Entered: 03/12/2007) |
| 03/12/2007 | 161 | MEMORANDUM in Support re 160 Consent MOTION for Extension of Time to File Response/Reply as to 147 Memorandum in Support of Motion, 146 MOTION for Judgment NOV filed by Jane A.T. Turner. (Parness, Aaron) Modified on 3/13/2007 (jc). (Entered: 03/12/2007) |
| 03/12/2007 | 162 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 161 Memorandum in Support of Motion filed by Jane A.T. Turner. (Parness, Aaron) Modified on 3/13/2007 (jc). (Entered: 03/12/2007) |
| 03/12/2007 | 163 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 161 Memorandum in Support of Motion, 160 Consent MOTION for Extension of Time to File Response/Reply as to 147 Memorandum in Support of Motion, 146 MOTION for Judgment NOV (Parness, Aaron) Modified on 3/13/2007 (jc). (Entered: 03/12/2007) |
| 03/14/2007 | 164 | RESPONSE in Opposition re 148 MOTION for New Trial, 146 MOTION for Judgment NOV filed by Jane A.T. Turner. (Attachments: # 1Def. Exhibit 87 # 2 Def. Exhibit 88 # 3 Def. Exhibit 84 # 4 Def. Exhibit 90a # 5 Def. Exhibit 94 # 6 Agreed Exhibit 4b # 7 List of Exhibits) (Parness, Aaron) Modified on 3/15/2007 (jc). (Entered: 03/14/2007) |
| 03/14/2007 | 165 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 164 Response in Opposition to Motion, filed by Jane A.T. Turner. (Parness, Aaron) (Entered: 03/14/2007) |
| 03/14/2007 | 166 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 164 Response in Opposition to Motion, (Parness, Aaron) (Entered: 03/14/2007) |
| 03/14/2007 | 167 | ORDER- Re Filing Date Correction. Signed by Judge James M. Rosenbaum on 3/14/07. (GJS) (Entered: 03/15/2007) |
| 03/23/2007 | 168 | REPLY re 164 Response in Opposition to Motion, filed by US Dept of Justice. (Fagg, Martha) (Entered: 03/23/2007) |
| 03/23/2007 | 169 | ORDER granting in part and denying in part 142 Motion to Alter Judgment; denying 146 Motion for Judgment NOV; denying 148 Motion for New Trial; and denying as moot 160 Motion for Extension of Time to |

| | | |
|---|---|---|
| | | File Response/Reply . Signed by Judge James M. Rosenbaum on March 23, 2007. (kl) (Entered: 03/23/2007) |
| 03/30/2007 | 170 | APPLICATION to File Conventionally by Jane A.T. Turner. (Kohn, Stephen) (Entered: 03/30/2007) |
| 04/02/2007 | 171 | JUDGMENT. Signed by Judge James M. Rosenbaum on 04/02/2007. (Attachments: # 1 Civil Notice - appeal # 2 Civil-8th Circuit Pre-Hearing Conference Notice)(jc) (Entered: 04/02/2007) |
| 04/05/2007 | 172 | ORDER granting in part and denying in part 170 Application to File Information Conventionally. Signed by Chief Judge James M. Rosenbaum on 4/4/2007. (HLL) (Entered: 04/05/2007) |
| 04/05/2007 | 173 | MOTION for Attorney Fees by Jane A.T. Turner. (Kohn, Stephen) (Entered: 04/05/2007) |
| 04/05/2007 | 174 | MEMORANDUM in Support re 173 MOTION for Attorney Fees filed by Jane A.T. Turner. (Attachments: # 1 Placeholder for Exhibits 1-25) (Kohn, Stephen) (Entered: 04/05/2007) |
| 04/05/2007 | 175 | NOTICE by Jane A.T. Turner *of Conventional Filing of Exhibits for Petition for Attorneys' Fees and Costs* (Kohn, Stephen) VOLUMINOUS DOCUMENT RECEIVED IN CLERK'S OFFICE ON 4/6/07. (KT) (Entered: 04/05/2007) |
| 04/05/2007 | 176 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 174 Memorandum in Support of Motion filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 04/05/2007) |
| 04/05/2007 | 177 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 174 Memorandum in Support of Motion, 173 MOTION for Attorney Fees (Kohn, Stephen) (Entered: 04/05/2007) |
| 04/05/2007 | 178 | First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* by Jane A.T. Turner. (Engdahl, Kathryn) (Entered: 04/05/2007) |
| 04/05/2007 | 179 | MEMORANDUM in Support re 178 First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* filed by Jane A.T. Turner. (Howard, Connie) (Entered: 04/05/2007) |
| 04/05/2007 | 180 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 179 Memorandum in Support of Motion filed by Jane A.T. Turner. (Howard, Connie) (Entered: 04/05/2007) |
| 04/05/2007 | 181 | AFFIDAVIT of Kathryn M. Engdahl in SUPPORT OF 178 First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* filed by Jane A.T. Turner. (Attachments: # 1 Exhibit 1 to Engdahl Affidavit - Statements of Fees and Costs)(Engdahl, Kathryn) (Entered: 04/05/2007) |
| 04/05/2007 | 182 | AFFIDAVIT of James R. Klimaski in SUPPORT OF 178 First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* filed by Jane A.T. Turner. (Attachments: # 1 Exh 1 to Klimaski Aff# 2 Exhibit 2 to |

| | | |
|---|---|---|
| | | Klimaski Affidavit# 3 Exhibit 3 to Klimaski Affidavit# 4 Exhibit 4 to Klimaski Affidavit# 5 Exhibit 5 to Klimaski Affidavit)(Engdahl, Kathryn) (Entered: 04/05/2007) |
| 04/05/2007 | 183 | CERTIFICATE OF SERVICE by Jane A.T. Turner re 181 Affidavit in Support of Motion,, 182 Affidavit in Support of Motion,, 179 Memorandum in Support of Motion, 180 LR7.1 Word Count Compliance Certificate, 178 First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* (Engdahl, Kathryn) (Entered: 04/05/2007) |
| 04/10/2007 | 184 | ORDER REFERRING MOTION to Magistrate Judge Arthur J. Boylan: 173 MOTION for Attorney Fees filed by Jane A.T. Turner and 178 First MOTION for Attorney Fees *to Prior Attorneys Klimaski and Metcalf* filed by Jane A.T. Turner. The motions are referred to Magistrate Judge Boylan. The parties are to obtain a hearing date from Judge Boylan's chambers. Signed by Chief Judge James M. Rosenbaum on 4/9/2007. (HLL) (Entered: 04/10/2007) |
| 05/10/2007 | 185 | ORDER that defendant's responses to the separate Petitions forAttorneys' Fees and Costs submitted by various counsel for plaintiff shall be filed on or before June 1, 2007. Signed by Magistrate Judge Arthur J. Boylan on 5/10/07. (jam) (Entered: 05/11/2007) |
| 05/29/2007 | 186 | NOTICE OF APPEAL TO 8TH CIRCUIT as to 171 Clerk's Judgment by US Dept of Justice. (Fagg, Martha) (Entered: 05/29/2007) |
| 05/29/2007 | 187 | EXHIBIT re 186 Notice of Appeal to 8th Circuit *Form A* by US Dept of Justice. (Fagg, Martha) (Entered: 05/29/2007) |
| 05/30/2007 | 188 | LETTER from Clerk's Office to COA re: transmittal of appeal. (jc) (Entered: 05/30/2007) |
| 05/30/2007 | | *** COA BATCH RECEIPT of Notice of Appeal and related supporting documents sent on: Wed May 30 12:08:19 CDT 2007 (Councillor, Janelle) (Entered: 05/30/2007) |
| 05/30/2007 | | Electronic transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 186 Notice of Appeal to 8th Circuit. Transmitted electronically the following documents: Notice of Appeal, Order, Judgment and District Court's Docket Sheet. (jc) (Entered: 05/30/2007) |
| 05/31/2007 | 189 | MOTION for Extension of Time to File Response/Reply as to 185 Order *Respond to Plaintiff's Petition for Attorney's Fees and Costs* by US Dept of Justice. (Fagg, Martha) (Entered: 05/31/2007) |
| 06/01/2007 | 190 | RESPONSE in Opposition re 189 MOTION for Extension of Time to File Response/Reply as to 185 Order *Respond to Plaintiff's Petition for Attorney's Fees and Costs* filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 06/01/2007) |
| 06/01/2007 | 191 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Jane A.T. Turner re 190 Response in Opposition to Motion filed by Jane A.T. Turner. (Kohn, Stephen) (Entered: 06/01/2007) |
| | | |

| | | |
|---|---|---|
| 06/01/2007 | 192 | USCA Case Number 07-2284 for 186 Notice of Appeal to 8th Circuit filed by US Dept of Justice. (akl) (Entered: 06/04/2007) |
| 06/06/2007 | 193 | ORDER granting 189 Motion for Extension of Time to File Response/Reply on or before 6/15/07 . Signed by Magistrate Judge Arthur J. Boylan on 6/5/07. (kt) (Entered: 06/06/2007) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/12/2007 14:26:38 | | | |
| **PACER Login:** | du2372 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:01-cv-01407-JMR-FLN |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Denver District Office

303 E. 17th Ave., Suite 510
Denver, CO 80203
PH: (303) 866-1300 / 1301
TDD: (303) 866-1950
FAX: (303) 866-1085
1-800-669-4000

May 29, 2001

MEMORANDUM

TO: The Parties to this Complaint, their Representatives, and the Requesting Official

FROM: Ronald W. Taoka, Administrative Judge
EEOC Denver District Office

RE: EEO Complaint of Jane A.T. Turner v. Janet Reno, Attorney General, U.S. Department of Justice, Federal Bureau of Investigation
EEOC File No. 320-AO-8221X
Agency No. F-98-5203

## PREHEARING STATEMENT

1. The hearing on this matter will take place from June 19, 2001, through June 22, 2001. With the number of witnesses this portion of the hearing may not be completed. If this portion of the hearing is not completed, it will be completed at a later date.

2. No issues regarding the December 21, 2000, complaint will be heard at this hearing and no witness will be approved to testify regarding that complaint.

3. No evidence on damages will be presented at this hearing. Evidence of damages will be presented at a later date.

4. So that there is no misunderstanding Complainant is responsible for having all witnesses who are not now federal government employees appear to give testimony at the hearing. The Agency is responsible for only federal government employees.

5. By Friday, June 8, 2001, I request Complainant provide the Agency Representative and myself a list of the order of the witnesses which will be called by Complainant to testify.

6. There will not be separate decisions but only one decision for all the complaints..

DEFENDANT'S EXHIBIT
NO. 2

OSC/Gruzeskowa 7947

The hearing in the above referenced complaints will begin at 8:30 a.m., June 19, 2001, United States Federal Courthouse, 100 Southwest First Street, Conference Room, B-7, Minot, North Dakota.

Although both parties may be experienced in this type of EEO hearing, it is incumbent on the parties to read this memorandum in its entirety. The intent of this memorandum is to provide information to the parties regarding the hearing. Hopefully, the memorandum will also shorten the prehearing process.

THE ISSUES

F-98-5203

Complainant contacted an EEO counselor on April 6, 1998 and filed a formal complaint on June 22, 1998:

1. Continual lack of recognition for outstanding work beginning in 1996;

2. In May 1996 the Agency denied Complainant a transfer to the Rochester RA because this transfer would require a two agent transfer, but ultimately a two-agent transfer was effected.

3. The Agency denied Complainant performance statistics beginning in 1997;

4. Complainant was not given face-to-face file reviews since 1996.

5. The Agency gave Complainant increasingly negative performance evaluations beginning in 1996;

6. On March 19, 1998, the Agency constructively removed Complainant from her position of Senior Resident Agent (SRA) of the Agency's Resident Agency in Minot, North Dakota;

7. On April 20, 1998, the Agency gave Complainant a "tepid" Performance Appraisal Report;

8. The Agency gave performance awards based on cronyism;

9, Since late 1998, SSRA Welken gave Complainant poor Informant Rattings because nothing was in the file while she is certain she submitted her informant paperwork;

10. During a two-day visit James Burns, Assistant Special Agent in Charge (ASAC), spent extensive time with male agents but did not have time to meet with Complainant;

11. The Agency reimbursed Complainant 10.5 cents per mile for the use of her personal vehicle for Agency business while male agents in the Minneapolis Division received 32.5 cents per mile;

12. Complaiant was the only agent in North Dakota working Indian Country matters who was assigned a rear-wheel drive vehicle even though she submitted many requests for a four-wheeled drive vehicle and complained of being stranded;

13. Complainant was invited to speak at the Mid-States Organized Crime Information Center and ASAC Burnss turned down her request to speak at the Center;

14. The North Dakota governor to the Sex Abuse Summit invited Complainant to attend but Welken attended instead of Complainant.

15. In June 1999 Complainant went away for a weekend, took her beeper with her , and notified her fellow agents at the Minot RA. While she was gone a sex abuse case was opened and neither agent at the Minot RA offered to help. Upon her return, Welken told her that when she left she needed to alert State Radio, the SSRA, and the Minneapolis Division's weekend staff. When Complainant told Welken that her beeper was on, he called the response unprofessional;

F-00-5451

On December 6, 1999, Complainant contacted the EEO counselor and on March 11, 2000, she filed a formal complaint.

16. On September 1, 1999, Complainant received an interim performance rating of "minimally successful";

17. In September 1999 the Agency removed Complainant from an important sex abuse case;

18. In November 1999 the Agency's Office of Professional Responsbility opened an inquiry into Complainant's role as a voluntary member of the Minot Housing Authority Board of Directors;

19. In December 1999 the Agency involuntarily transferred Complainant from the Minot RA to Minneapolis Field Office;

20. In December 1999 SAC Doug Domin informed Complainant that he asked the Agency's Headquarters for a Fitness for Duty Exam because he thought she had a "nervous breakdown";

21. An inspection of the Minneapolis Division of the FBI conducted in the fall of 1999, by the Inspection Team, identified 35 performance deficiencies regarding Complainant's work and she alleged that no one discussed the deficiencies with her .

22. On July 22, 1999, SA Drew Helms sent an e-mail to SA Carl Florez in which he directed Florez to hand off a sex abuse case to SA Peter Klokstad but not to assign it to Complainant; and

23. In the Spring of 1999 Complainant communicated with Director Freeh, she alleged unspecified reprisal.

Those are the only issues which will be heard at the hearing scheduled to begin on June 19, 2001.

SETTLEMENT

It is important that the parties discuss settlement prior to the hearing. Everyone should understand that the process may not end with this hearing and the decision. The EEOC regulations require the Agency to take final action on the complaint by issuing a final order notifying the Complainant whether or not the Agency will fully implement the decision within forty (40) calendar days of receipt of the decision. The Complainant may appeal to the Commission within thirty (30) calendar days of receipt of the Agency's final order. The Complainant may file an appeal whether the Agency decides to fully implement this decision or not.

If the Complainant is dissatisfied with the Agency's final order, the Complainant has the option of doing three things. The Complainant can do nothing and the Agency's final order. The Complainant can appeal the decision to the EEOC's Office of Federal Operations (OFO) at EEOC headquarters or the Complainant can file a civil action in the appropriate United States District Court.

If the Complainant chooses to appeal to the Office of Federal Operations, then OFO then will review the entire record and will issue a decision that will either affirm the Agency or reverse the agency's decision and enter a new decision.

If the Complainant is dissatisfied with the decision rendered by OFO on appeal, the Complainant still has three options. The first is to do nothing and the Office of Federal Operations decision will stand. The Complainant can request the EEOC to reopen and

reconsider OFOs' decision or the Complainant can file a Civil Action in the United States District Court.

If the Agency is dissatisfied with OFO'S decision it has the right to request the EEOC reopen and reconsider the OFOs' decision that is the only means of appeal available to the Agency in this entire process.

The reason for going through this entire litany of procedures is so that the parties understand that whatever is done at this hearing is not the end of the process. From this point if the matter goes through the entire adversarial process to the United States District Court, it is not inconceivable that the entire matter would not be completed for five or more years.

Those are the reasons I am encouraging the parties to at least consider settlement at this time. If the parties have not already seriously discussed settlement, I request that the parties meet to discuss settlement prior to the hearing.

WITNESS APPROVAL:

Complainant's Witnesses:

I approve the following witnesses for Complainant:

1. Complainant
2. James Casey
3. SA Susan Gill
4. Jeanne Graham
5. SSA Wendy Loucks
6. SA John Payne
7. Sondra Peterson
8. SSA Daniel Roggenbuck
9. Jackie Slagle
10. James Trudeau

11. Roger Wheeler

I will allow Complainant to select seven (7) of the following witnesses to testify: SA Jo A. Deatherage, Mayor Carrol Erickson, Dr. John Garafolo, James Fitzsimmons, Sherriff Kenny Halvorson, Clare Hochhalter, SSA John Kaul, Dr. Carolyn Levitt, Dr. Ron Miller, Jan Morley, SA Tony Onstead, Suzanne Peterson, Aaron Rush, Homer White Buffalo, SA Richard Waldie, Eric Wetzig, and Patty Wetterling. Please provide Complainant's selection and order in which they will testify in the June 8, 2001, submission regarding order of witnesses.

Agency Witnesses

I approve the following witnesses for the Agency:

1. Craig Welken

2. James H. Burrus, Jr.

3. Douglas Domin

4. Drew Helms

5. Wendy R. Loucks

6. Peter John Klokstad

7. Carl Florez

8. Daniel Roggenbuck

9. Robert M. Reilley

10. Steven D. Warfield

11. Kenneth W. Kaiser

12. James Casey

13. Roger Wheeler

I disapprove David Greenberg based on relevance.

There are witnesses who have been approved for both parties, the examination of those witnesses will occur so that the parties elicit all information and ask all questions they plan to elicit or ask so that the witness has to appear only once. The parties must decide who will conduct direct and cross examination. This should save time and expedite the hearing. I will not enforce any requirement to stay within the scope of the prior examination for such witnesses.

SEQUESTRATION OF WITNESSES

The EEOC hearing is a closed hearing, not open to the public. Witnesses appearing at the hearing are considered sequestered witnesses. Each party and that party's representative shall notify each witness approved on behalf of that party that the witness is prohibited from discussing his or her testimony, both before and after testifying, with any other person, such prohibition having been issued by the EEOC Administrative Judge. The only exception to this prohibition is for the witness's discussion with the representative in preparation for the EEOC hearing.

STIPULATIONS

To expedite the hearing the parties should meet and agree on any stipulations of fact and/or law.

PRIVACY ACT OF 1974

The Privacy Act of 1974 protects the information contained in the investigative file and unauthorized disclosure of any information protected by the Privacy Act of 1974 may subject the person making a disclosure to civil or criminal liability or both. So, I caution that parties not to disclose information in the investigative file.

THE HEARING

The hearing is an adjudicatory proceeding which completes the investigation of a complaint by insuring that the parties have a fair and reasonable opportunity to explain and supplement the record. At the same time, it is an opportunity for the Complainant to have his allegations heard and to have a neutral trier of fact adjudicate his claim of discrimination. The purpose of this hearing is to determine whether or not the agency engaged in prohibited discrimination against the Complainant and, if so, an appropriate remedy. The hearing is a continuation of the investigation which has already been conducted by the Agency to that extent, it is an informal proceeding. You do not need to repeat evidence in the investigative file, except as you need to present your case.

We will be on the record at all times, except when I instruct the reporter to go off the record. If either side wishes to go off the record, make your request and state your reasons.

In those instances where we go off the record, I'll make a brief statement when we return to the record of what we did while off the record so that there will be continuity in the transcript.

Since this hearing is recorded and transcribed, please inform your witnesses to speak clearly and concisely. All responses must be verbal and vague references and non-verbal responses should be avoided. Interruptions and two individuals speaking at once will not be tolerated.

SEQUENCE OF HEARING

The sequence of the hearing closely follows that of a trial to a Court in a civil action sitting without a jury.

1. First the Complainant and then the Agency will be allowed to make an opening statement.

2. The Complainant will then present his/her case-in-chief through the testimony of witnesses under oath, subject to cross-examination and any documents s/he may wish to add to the existing record.

3. After the Complainant completes his/her case-in-chief the Agency will then present its case-in-chief.

4. After the Agency completes its case-in-chief the Complainant will present his rebuttal, if any.

5. When both sides have rested, I will listen to closing arguments from the parties; first the Complainant, then the agency and finally the Complainant.

6. The case will then stand as submitted and I will then issue a recommended decision to the Agency.

7. The recommended decision may be an oral ruling, which will be part of this hearing and in the transcript, or it may be a written ruling, which I would issue from my office subsequent to receiving the transcript of the hearing.

In this type of proceeding the rules of evidence and procedure will not be strictly applied. I will listen to anything that is relevant, material, and not unduly repetitious. That means, I will listen to hearsay; although I will not give it the same weight as I would evidence from a person's personal knowledge, subject to cross-examination, I will determine the weight given to it.

Although the regulations provide for relaxation of the rules of evidence and procedures you may still object to the evidence. State your reason, and I'll rule on the objection.

Also, I may ask questions to clarify something for the record or for myself.

EXHIBITS

In addition, there may be documents offered by the parties which are not contained in the investigative file. Any exhibits offered by the Complainant will be lettered sequentially. Exhibits offered by the agency will be numbered sequentially. Do not offer as exhibits documents that are already in the investigative file. If a party offers an exhibit there should be an original and two copies of each exhibit.

Admitting document will follow a five step process:

1. Have the document or exhibit marked by handing it to me and asked to have it marked;

2. Have a competent witness identify the document;

3. Offer it into evidence;

4. Permit the opposing party to comment, question or object to the document; and,

5. I will rule on the admissibility of the document.

ABBREVIATIONS & ACRONYMS

All agencies have their own abbreviations and acronyms. I request that the first time an abbreviation or acronym is used that the person using it for the first time state what the abbreviation and acronym means.

If there are any questions regarding the issues, witnesses approved, date of the hearing or any other matter, please contact me in writing as soon as possible.

If any questions remain, you may reach me at 303/866-1300.

cc:

Jane A. Turner - Complainant
James R. Klimaski - Complainant's Representative
Colleen B. Greskowiak - Agency Representative