**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/FLN)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **DEFENDANT'S RESPONSE TO** |
| **v.** | ) | **JANE TURNER'S APPLICATION** |
| | ) | **FOR ATTORNEY'S FEES and** |
| **ALBERTO GONZALES,** | ) | **COSTS** |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## WORD COUNT CERTIFICATE OF COMPLIANCE

I hereby certify that Defendant's Response to Jane Turner's Application For Attorney's Fees and Costs complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Response contains 9789 words. The name and version of the word processing software used to prepare the Response is Corel WordPerfect 12.

Respectfully Submitted,

MATT. M. DUMMERMUTH
United States Attorney

/s/Martha A. Fagg
MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, Iowa 51101
Telephone: (712) 255-6011
Fax: (712) 252-2034
martha.fagg@usdoj.gov

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
Telephone: (202) 220-9311
Fax: (202) 220-9355
Colleen.Grzeskowiak@IC.fbi.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on June 15, 2007.

UNITED STATES ATTORNEY

BY: s/Michelle Schwebach

COPIES TO:

Stephen Kohn
Attorney at Law
3233 P Street, NW
Washington, D.C. 20007