**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **PLAINTIFF'S CONSENTED TO** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| **v.** | ) | **A REPLY MEMORANDUM** |
| | ) | **TO DEFENDANT'S RESPONSE** |
| **ALBERTO GONZALES,** | ) | **TO PLAINTIFF'S PETITION** |
| **ATTORNEY GENERAL, U.S.** | ) | **FOR ATTORNEYS' FEES** |
| **DEPARTMENT OF JUSTICE,** | ) | **AND COSTS** |
| | ) | |
| **Defendants.** | ) | |
| ______________________________ | ) | |

Plaintiff Jane Turner, by and through her undersigned counsel, hereby moves for leave to file a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs. Plaintiff, Jane Turner, requests up to and including the 12th of July 2007 to file a Reply Memorandum.

Plaintiff's counsel contacted Defendents' counsel to seek consent to this motion, on June 19, 2007. Defendants have consented to this motion, by and through counsel. As set forth in Plaintiff's memorandum of points and authorities good cause exists for granting this motion. A Proposed Order is also submitted herewith.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___

Aaron M. Parness
(Admitted Pro Hac Vice)
Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
(202) 342-6980 (tel)
(202) 342-6984 (fax)

Robert Hill
Hill & Associates
12700 Anderson Lakes Parkway
Eden Prairie, MN 55344-7652
(952) 426-7373 (tel)
(952) 426-7370 (fax)

Dated: June 20, 2007 Attorneys for Plaintiff