**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | **MEMORANDUM IN SUPPORT OF** |
| **Plaintiff,** | ) | **PLAINTIFF'S CONSENTED TO** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| **v.** | ) | **A REPLY MEMORANDUM** |
| | ) | **TO DEFENDANT'S RESPONSE** |
| **ALBERTO GONZALES,** | ) | **TO PLAINTIFF'S PETITION** |
| **ATTORNEY GENERAL, U.S.** | ) | **FOR ATTORNEYS' FEES** |
| **DEPARTMENT OF JUSTICE,** | ) | **AND COSTS** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiff hereby files this Memorandum and Points of Authority in Support of her Consented to Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs. As set forth below, good cause exists for granting this consented to motion.

## FACTUAL BACKGROUND

On April 2, 2007, this Court issued its final Amended Judgment in the above-captioned case. In accordance with Local Rule 54.3 Ms. Turner's attorneys filed their fee petition on April 5, 2007. On May 10, 2007 this Court granted the FBI's request to set a deadline of June 1, 2007 for the filing of their opposition. On June 5, 2007, this Court *granted* the FBI's second request to extend the response deadline to June 15, 2007. On June 15, 2007, the Defendants filed a 41 page response to Plaintiff's Petition for Attorney's fees and Costs.

On June 19, 2007 counsel for Ms. Turner contacted counsel for the defendants and requested their consent to the filing of a memorandum in reply to the FBI's opposition. This consent was given.

No hearing has been scheduled.

## ARGUMENT

In the Defendants' response, the Defendants raise several issues of both fact and law, make recommendations to the Court, and make allegations about the plaintiffs counsel's management of this case that Plaintiff would like the opportunity to address. Although Plaintiff is eager to finally come to a resolution to these issues and disputes, it is in the interests of justice to permit plaintiff's counsel to respond to some of defendants' far reaching opposition. A Reply Memorandum would provide the Court with a more complete record and understanding of the issues involved. In the interest of justice and fairness, this Court should grant plaintiff leave to file a Reply Memorandum.

## CONCLUSION

As set forth above, Plaintiff, Jane Turner, should be granted leave to file a Reply Memorandum in these matters on or before July 12, 2007.

Respectfully submitted,

__/s/_ Stephen M. Kohn___
Stephen M. Kohn
DC Bar #411513
(Admitted Pro Hac Vice)

__/s/_ Aaron M. Parness___
Aaron M. Parness

(Admitted Pro Hac Vice)
Kohn, Kohn & Colapinto LLP
3233 P Street N.W.
Washington, DC 20007
(202) 342-6980/ (202) 342-6984 (fax)

Robert Hill
Hill & Associates
12700 Anderson Lakes Parkway
Eden Prairie, MN 55344-7652
(952) 426-7373/ (952) 426-7370 (fax)

Dated: June 20, 2007

Attorneys for Plaintiff