UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, | ) | |
| Plaintiff, | ) | CERTIFICATE OF WORD COUNT COMPLIANCE |
| v. | ) | |
| ALBERTO GONZALES, *et al*., Defendant. | ) | |

I hereby certify that "Memorandum and Points of Authority in Support of her Consented to Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs" complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Memorandum contains 450 words. The name and version of the word processing software used to prepare the memorandum is Microsoft Office Word 2003.

By: __/s/_ Aaron M Panres___

June 20, 2007