**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 JMR/FLN**

JANE TURNER,
Plaintiff,
v.
ALBERTO GONZALES, ET AL.
Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff's Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs, Memorandum and Points of Authority in Support of her Consented to Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs, and Proposed Order was served, by electronically on this 20th day of June, 2007 on the following persons:

Martha Fagg
Lawrence D. Kudej
Colleen Grzeskowiak

James Klimasky
Klimaski & Associates, PC

By: /s/ Aaron M Parness
Aaron M Parness