UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

JANE A. T. TURNER,

Plaintiff,

v.

ALBERTO GONZALES, *et al.*,
Defendant.

**ORDER**

Upon consideration of Plaintiff Jane Turner's Consented to Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs, all papers and argument in support thereof and in response thereto, and the record of this case, it is

ORDERED that Plaintiff's Motion for Leave to File a Reply Memorandum to Defendants' Response to Jane Turner's Application for Attorney's Fees and Costs is herby GRANTED.

It is FURTHER ORDERED that Plaintiff's Reply Memorandum shall be due on or before July 12, 2007.

It is so ORDERED on this 20th day of June, 2007.

__s/ Arthur J. Boylan_________
Hon. Arthur J. Boylan
Magistrate Judge