UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | |
|---|---|
| JANE A. T. TURNER,<br>Plaintiff,<br>v.<br>ALBERTO GONZALES, *et al.*,<br>Defendant. | CERTIFICATE OF WORD COUNT COMPLIANCE |

I hereby certify that "Plaintiff's Reply to Defendant's Response to Plaintiff's Petition for Attorneys' Fees and Costs" complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Reply contains 9126 words. The name and version of the word processing software used to prepare the memorandum is Miscrosoft Office Word 2003.

By: /s/ Stephen M. Kohn
Stephen M. Kohn

/s/ Aaron Parness
Aaron Parness

July 11, 2007