ROBERT HILL & ASSOCIATES, LTD.

Relentless Advocates for Property Taxpayers





# ATTORNEYS



## Robert A. Hill



Bob Hill has been focusing on property tax law for nearly two decades and is a relentless advocate for property taxpayers, saving millions of dollars for small, medium and large businesses. Bob also takes on challenging public-interest cases, such as:

Jane Turner v. Alberto Gonzales – EEO Retaliation
Sletten v. Ramsey County – Mold Contamination
Programmed Land v. O'Connor – Illegal Property Taxation
Lindgren v. MCTO – Government Whistleblower
Greiner v. City of Champlin – Sexual Discrimination

**Admissions to Bar:**
1986, Virginia
1988, District of Columbia
1991, Minnesota



© 2007 Robert Hill & Associates. All rights reser
Site by Point-C