UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
01-CV-1407 (JMR/FLN)

| | | |
|---|---|---|
| JANE A. T. TURNER, Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ALBERTO GONZALES, *et al*., Defendant. | ) | |

I hereby certify that a copy of Plaintiff's Response to Defendants' Reply to Plaintiff Petition for Attorneys' Fees and Costs, by ECF and email, on this 11th day of July, 2007 on the following person:

Martha Fagg
Assistant United States Attorney
320 Sixth Street, Suite 203
Sioux City, Iowa 51101

By: ___/s/ Stephen M. Kohn______
Stephen M. Kohn

___/s/ Aaron Parness______
Aaron Parness

Dated: July 11, 2007