**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JANE A. T. TURNER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALBERTO GONZALES,**<br>**ATTORNEY-GENERAL,**<br>**U.S. DEPARTMENT OF JUSTICE,** ***et al.,***<br><br>**Defendants.** | **Civil No. 01-CV-01407 JMR/FLN**<br><br>**Motion from Plaintiff's Original Counsel Seeking Proper Service of Fee Petition Related Matters, and an Extension of Time to Respond to Defendants' Combined Fee Petition Opposition** |

**MOTION FROM PLAINTIFF'S ORIGINAL COUNSEL SEEKING PROPER SERVICE OF FEE PETITION RELATED MATTERS, AND AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COMBINED FEE PETITION OPPOSITION**

Original, now former, counsel for Plaintiff Jane Turner — Klimaski & Associates, P.C. and their local counsel before this Court, Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. (together Ms. Turner's original counsel) — seek to be properly served by Defendants and Ms. Turner's current counsel (Mr. Kohn and Mr. Hill) of all recent fee petition related filings — in particular Defendants' combined opposition to the two fee petitions (filed on June 15, 2007), along with the Reply from Ms. Turner's current counsel (filed on July 12, 2007).

Further, Ms. Turner's original counsel also move the Court to grant them until on or before August 20, 2007, to reply to Defendants' opposition to their Fee Petition that was filed alongside the fee petition of Ms. Turner's current counsel.

Ms. Turner's original counsel also seek an order from the Court that Ms. Turner's original counsel be served by First Class Mail on all future fee petition related matters since her

original counsel lacks authority to file electronically on this case and to be served through the Court's electronic notices when the Court's orders are issued or pleadings are filed.

In support of this motion, Plaintiff's original counsel state the following:

1. There was no service by Defendants to Ms. Turner's original counsel (Kathryn Engdahl or James R. Klimaski) of Defendants' combined opposition to the two fee petitions filed separately by Ms. Turner's original counsel and her current counsel. The Court will note that neither firm involved as Ms. Turner's original counsel was cited in Defendants' certificate of service of their combined opposition to the two fee petitions.

2. Ms. Turner's original counsel only learned of that filing by checking in with the Court's website while monitoring the status of Defendants' Appeal which they formally noted to the Court on May 29, 2007.

3. Ms. Turner's original counsel understood, incorrectly as it turned out, that at that point, all fee petition matters would be held in abeyance until the resolution of the appeal — since the Appellate court could conceivably rule in favor of Defendants in such a way that they, and not Ms. Turner, would become the prevailing party in this matter.

4. There was also no service on July 12, 2007, by Ms. Turner's current counsel of their reply to Defendants' combined opposition to the separate fee petitions. Again, neither firm involved as Ms. Turner's original counsel (Mr. Klimaski's or Ms. Engdahl's firms) appeared on the certificate of service to Mr. Kohn's and Mr. Hill's reply to Defendants' combined opposition, even though they were asked to keep original counsel apprised of any further proceedings.

5. Mr. Kohn's firm (Ms. Turner's current counsel) has indicated by telephone that they do not oppose this motion.

6. Lastly, counsel for Defendants has not responded to telephone and email inquiries regarding an extension of time for Ms. Turner's original counsel to reply to their opposition.

**CONCLUSION**

For the foregoing reasons, and in the interests of justice and fairness to all concerned, Ms. Turner's original counsel, James R. Klimaski and Kathryn M. Engdahl, respectfully request they be given to August 20, 2007, to reply to the opposition to their fee petition, and that the Court arrange for Ms. Turner's original counsel be formally served by First Class Mail the recent filings referred to above — and for timely service by First Class Mail of any and all future fee petition related matters. No prejudice to any party will result from the granting of these requests.

Respectfully submitted,

Date: July 24, 2007

***s/James R. Klimaski***
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

***s/Kathryn M. Engdahl***
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com

***Original Counsel to Jane A. T. Turner***