**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**ORDER**

Upon consideration of the request from Plaintiff's former and original counsel Klimaski & Associates, P.C., and their local counsel, Kathryn M. Engdahl of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. (Docket #211) for proper service of defendants' opposition to the pending fee petitions and the reply from plaintiff's current counsel — both already filed with the court (see Docket #194 and #208, respectively) — as well as an extension to August 20, 2007, for Mr. Klimaski and Ms. Engdahl to file their own reply in the fee petition matter, and any oppositions filed to the above requests, it is hereby

**ORDERED** that Mr. Klimaski and Ms. Engdahl shall have until August 20, 2007, to file a reply to the defendants' opposition. It is further

**ORDERED** that defendants shall promptly serve by First Class Mail their fee petition opposition to Mr. Klimaski and Ms. Engdahl, and that Mr. Kohn and Mr. Hill shall promptly serve a copy of their reply by First Class Mail to Ms. Engdahl and Mr. Klimaski as well. And, it is further

**ORDERED** that proper alternative service to Ms. Engdahl and Mr. Klimaski be made unless the Court arranges for their service by way of the Court's routine electronic notification.

**SO ORDERED.**

Dated: July 30, 2007

__s/ Arthur J. Boylan______________
Arthur J. Boylan
United States Magistrate Judge