**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-2284**

**Jane A.T. Turner,**

**Appellee**

**v.**

**Alberto Gonzales, United States Attorney General, et al.,**

**Appellants**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:01-cv-01407-JMR)

---

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 10, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans