**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 10, 2007

Mr. Howard S. Scher
U.S. DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

RE: 07-2284 Jane Turner v. Alberto Gonzales, et al

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

dmh

Enclosure(s)

cc: Ms. Marleigh D. Dover
Ms. Martha A. Fagg
Ms. Colleen B. Grzeskowiak
Mr. Robert Anthony Hill
Mr. Michael Kohn
Mr. Stephen M. Kohn
Mr. Lawrence Donald Kudej
Mr. Aaron M. Parness
Mr. Richard Sletten

District Court/Agency Case Number(s): 0:01-cv-01407-JMR