**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**PLAINTIFF'S UNOPPOSED MOTION TO FILE REPLY TO DEFENDANTS' RESPONSE TO APPLICATION FOR ATTORNEY'S FEES AND COSTS FOR KLIMASKI & ASSOCIATES, P.C., AND METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.C., ONE DAY OUT OF TIME**

Plaintiff Jane Turner, through counsel, respectfully submits this motion to file her Reply to Defendants' response to the application for attorney's fees and costs for Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.C., one day out of time. The Reply was due Monday, August 20, 2007.

In support of this motion Ms. Turner states,

1. Lynn I. Miller, the attorney drafting this Reply, had other time-sensitive filings due in other cases.

2. Ms. Miller finished the Reply on Monday evening, August 20, 2007. However, this was too late to coordinate filing with local counsel.

3. Filing the Reply one day out of time will not prejudice Defendants.

4. Counsel for the Government indicated to James R. Klimaski that Defendants would not opposed any additional time for filing the Reply if it were needed.

**CONCLUSION**

In light of the above, this Court should permit filing of this Reply one day out of time.

Date: August 21, 2007

Respectfully submitted,

_/s/ James R. Klimaski_
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600

***After Aug. 27, 2007:***
1625 Massachusetts Ave. NW
Suite 500
Washington, DC 20036
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

_/s/ Kathryn M. Engdahl_
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com