**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**Rule 7.1 (c) Certificate of Word Count Compliance and Font Used**

We certify that the *Reply to Defendants' Response to Application for Attorney's Fees and Costs for Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl, & Lazarus, P.C., One Day Out of Time* complies with the length limitation of LR 7.1(c). The Brief is in 13-point type, and contains only 1,430 words, edited and published using WordPerfect 10.0.0.990.

Respectfully submitted,

Date: August 21, 2007

*/s/ James R. Klimaski*
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street N.W., Suite 700
Washington, D.C. 20036-3830
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

*/s/ Kathryn M. Engdahl*
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com