**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**AFFIDAVIT OF SERVICE**

I certify that on August 21, 2007, I caused the ***Plaintiff's Unopposed Motion to File Reply to Defendants' Response to Application for Attorney's Fees and Costs for Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl & Lazarus One Day Out of time*** along with ***Plaintiff's Reply to Defendants' Response to Application for Attorney's Fees and Costs for Klimaski & Associates, P.C., and Metcalf, Kaspari, Howard, Engdahl & Lazarus*** to be filed electronically with the Clerk of the Court through ECF, and that the ECF facility will then send an electronic notice to the following counsel in this matter:

Stephen M. Kohn
Kohn, Kohn, & Colapinto, LLP
3233 P Street NW
Washington, DC 20007-2756
sk@kkc.com

Robert Hill
Hill & Associates
12700 Anderson Lakes Pkwy.
Eden Prairie, MN 55344-7652
bob@roberthillandassociates.com

Martha A. Fagg
Assistant U.S. Attorney
600 4th Street
Suite 670
Sioux City, IA 51101
martha.fagg@usdoj.gov

Colleen B. Gzeskowiak
Special Assistant U.S. Attorney
U.S. Department of Justice
935 Pennsylvania Ave. NW
Room PA-400 North
Washington, DC 20536
colleen.grzeskowiak@ic.fbi.gov

I further certify that a copy of the foregoing filing and the notice of its electronic filing was mailed by First Class Mail to the following non-ECF participant in this matter:

James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
Klimaski@Klimaskilaw.com

And I further certify that the proposed order on this motion was emailed to

Magistrate Judge Arthur J. Boylan
using boylan_chambers@mnd.uscourts.gov

who is handling fee petition matters in this case, and that emailed copies were simultaneously sent to all the parties cited above at the email addresses they have registered with the Court.

***s/ Kathryn M. Engdahl***

Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com