**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**ORDER**

Upon consideration of the unopposed motion [Docket no. 216] from Klimaski & Associates, P.C., for leave to file their Reply [Docket no. 215] to Defendants' opposition to their Fee Petition one day out of time — and the prior consent from Defendants, it is hereby

**ORDERED** that leave to file the Reply a day out of time is granted.

Dated: August 23, 2007

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge