**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JANE A. T. TURNER,** | |
| **Plaintiff,** | |
| **v.** | **Civil No. 01-CV-01407 JMR/FLN** |
| **ALBERTO GONZALES, ATTORNEY-GENERAL, DEPARTMENT OF JUSTICE, *et al.*,** | |
| **Defendants.** | **MOTION TO AMEND THE KLIMASKI FEE PETITION** |

Plaintiff Jane Turner, through counsel, respectfully submits this Motion to Amend the Klimaski Fee Application.

Specifically, Ms. Turner seeks to correct the amount of attorney's fees because of an inadvertent transposition of numbers in the fee amount for work Klimaski & Associates, P.C., spent on her case on the administrative level, as well as filing the complaint in this Court.

The fee application specified the attorney's fees for the substantive work on the case as $109,545.00. This number is incorrect. The correct fee amount is $190,545.00. The amount for preparing and filing the fee application is $12, 414.00.

The correct overall total for the attorney's fees is therefore **$202,959.00**.

The Affidavit of Jon Pinkus accompanies this motion. Opposing counsel has no objection to the filing of this motion.

## CONCLUSION

In light of the above, the Court should grant Ms. Turner's motion to amend her fee application to correct the amount of attorney's fees requested by Mr. Klimaski's firm.

Date: August 23, 2007

Respectfully submitted,

*/s/ James R. Klimaski*
James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600

***After Aug. 27, 2007:***
1625 Massachusetts Ave. NW
Suite 500
Washington, DC 20036
(202) 296-5600
klimaski@klimaskilaw.com
miller@klimaskilaw.com

*/s/ Kathryn M. Engdahl*
Kathryn M. Engdahl (#163995)
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
kengdahl@metcalf-law.com