**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JANE A. T. TURNER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALBERTO GONZALES, ATTORNEY-GENERAL, DEPARTMENT OF JUSTICE, *et al.*,**<br><br>**Defendants.** | **Civil No. 01-CV-01407 JMR/FLN**<br><br>**AFFIDAVIT OF JON PINKUS CONCERNING MISTAKE IN AMOUNT OF KLIMASKI ATTORNEY'S FEES** |

I, Jon Pinkus, make this my Affidavit and state:

1. I am an employee of Klimaski & Associates, P.C., (Klimaski), the law firm that initially represented Plaintiff Jane Turner.

2. Among my duties are those of paralegal and billing clerk.

3. I was the primary individual responsible for calculating the amount of attorney's fees for Klimaski's fee application in Ms. Turner's case.

4. The total amount of fees requested in the application was $109,545.00 for work other than that on the fee application.

5. The $109,545.00 amount was a mistake, the result of transposing the digits "0" and "9."

6. The correct total for the Klimaski attorney's fees on is therefore **$190,545.00**, as shown in the calculation below:

| Name | Rate/Hr. | Hours | Fees |
|---|---|---|---|
| James Klimaski | $425 | 256.2 | $108,885.00 |
| Lynn Miller | $425 | 5.1 | 2,167.00 |
| Andrea Grill | $375 | 5.3 | 1,987.50 |
| Debra D'Agostino Assoc. Attorney | $205 | 119.4 | 24,477.00 |
| Debra D'Agostino Law Clerk | $120 | 418.1 | 50,172.00 |
| Jon Pinkus Paralegal | $120 | 23.8 | 2,856.00 |
| | | **Total:** | **$190,545.00** |

7. The amount for preparation and filing of the fee application is $12, 414.00, as shown below:

| Name | Rate/Hr. | Hours | Fees |
|---|---|---|---|
| James Klimaski | $425 | 4.6 | $ 1,955.00 |
| Lynn Miller | $425 | 20.6 | 8,755.00 |
| Jon Pinkus | $120 | 14.2 | 1,704.00 |
| | | **Total:** | **$12,414.00** |

8. The total fees amount is therefore, excluding fees for recent work on the Reply to Defendants' Response to the fee application, is $ **202,959.00**.

Under penalty of perjury, I declare the above is true and correct to the best of my knowledge, recollection and belief.

Date: August 23, 2007

Jon Pinkus, Firm Administrator
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
202-296-5600

***Address after Aug. 27, 2007:***
1625 Massachusetts Ave. NW – Suite 500
Washington, DC 20036
202-296-5600

SHIRLEY F. EPPS NOTARY PUBLIC DISTRICT OF COLUMBIA

SUBSCRIBED and SWORN to before me this 23 day of August, 2007.

Notary Public

My Commission expires: 6-30-09

Shirley F. Epps
Notary Public, District of Columbia
My Commission Expires 06-30-2009