**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JANE A. T. TURNER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALBERTO GONZALES,**<br>**ATTORNEY-GENERAL,**<br>**U.S. DEPARTMENT OF JUSTICE, *et al.*,**<br><br>**Defendants.** | **Civil No. 01-CV-01407 JMR/FLN**<br><br>**CERTIFICATE OF SERVICE** |

I certify that on August 23, 2007, I caused the *Motion to Amend the Klimaski Fee Petition* and its attachments (including an affidavit from Jon Pinkus) to be filed electronically with the Clerk of the Court through ECF, and that the ECF facility will then send an electronic notice to the following counsel in this matter:

Stephen M. Kohn
Kohn, Kohn, & Colapinto, LLP
3233 P Street NW
Washington, DC 20007-2756
sk@kkc.com

Robert Hill
Hill & Associates
12700 Anderson Lakes Pkwy.
Eden Prairie, MN 55344-7652
bob@roberthillandassociates.com

Martha A. Fagg
Assistant U.S. Attorney
600 4th Street
Suite 670
Sioux City, IA 51101
martha.fagg@usdoj.gov

Colleen B. Gzeskowiak
Special Assistant U.S. Attorney
U.S. Department of Justice
935 Pennsylvania Ave. NW
Room PA-400 North
Washington, DC 20536
colleen.grzeskowiak@ic.fbi.gov

I further certify that a copy of the foregoing filing and the notice of its electronic filing was mailed by First Class Mail to the following non-ECF participant in this matter:

James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street NW
Suite 700
Washington, DC 20036-3830
Klimaski@Klimaskilaw.com

I further certify that I caused an editable version of the proposed order on this motion to be emailed to the Judge who is handling fee petition matters in this case:

Magistrate Judge Arthur J. Boylan
using boylan_chambers@mnd.uscourts.gov

And I caused emailed copies of the proposed order to be sent to all the parties cited above at their email addresses listed with them which are also registered with the Court.

***/s/ James R. Klimaski***

James R. Klimaski
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036
202-296-5600
***New address eff. 8/27/2007:***
KLIMASKI & ASSOCIATES, P.C.
1625 Massachusetts Ave. NW
Suite 500
Washington, DC 20036
202-296-5600