**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**JANE A. T. TURNER,**

**Plaintiff,**

**v.**

**ALBERTO GONZALES,**
**ATTORNEY-GENERAL,**
**U.S. DEPARTMENT OF JUSTICE, *et al.*,**

**Defendants.**

**Civil No. 01-CV-01407 JMR/FLN**

**ORDER**

Upon consideration of the unopposed motion [Docket no. 220] from Klimaski & Associates, P.C., to amend their fee application [Docket no. 178 through 183] correcting a recently discovered number transposition error in the attorney's fee amount, and no opposition from Government counsel, it is hereby

**ORDERED** that the Court will evaluate the attorney's fees in the Klimaski Fee Application using the corrected numbers specified in the motion to amend: $190,545.00 in fees for working on the case, and $12,414.00 in fees for preparing and filing their fee petition.

**SO ORDERED.**

August 29, 2007
Date

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge