**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CERTIFICATE OF COMPLIANCE** |
| **v.** | ) | **FOR DEFENDANT'S RESPONSE** |
| | ) | **TO MAGISTRATE JUDGE** |
| **MICHAEL MUKASEY,** | ) | **BOYLAN'S REPORT &** |
| **ATTORNEY GENERAL, U.S.** | ) | **RECOMMENDATION ON** |
| **DEPARTMENT OF JUSTICE,** | ) | **ATTORNEYS' FEES & COSTS** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The undersigned attorney for the United States certifies this response complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The response has 1134 words of type, font size 13. The response was prepared using WordPerfect 13, which includes all text, including headings, footnotes and quotations in the word count.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/ Lawrence D. Kudej
LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa bar # AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 - fax
Larry.Kudej@usdoj.gov

/s/ Lawrence D. Kudej for

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202)220-9311
(202) 22-9355 - fax
Colleen.Grezeskowiak@IC.fbi.gov

Attorneys for Defendants