**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CERTIFICATE OF SERVICE** |
| **v.** | ) | **FOR DEFENDANT'S RESPONSE** |
| | ) | **TO MAGISTRATE JUDGE** |
| **MICHAEL MUKASEY,** | ) | **BOYLAN'S REPORT &** |
| **ATTORNEY GENERAL, U.S.** | ) | **RECOMMENDATION ON** |
| **DEPARTMENT OF JUSTICE,** | ) | **ATTORNEYS' FEES & COSTS** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

I hereby certify that on December 6, 2007, I caused the Defendant's Response to Magistrate Judge Boylan's Report and Recommendation on Attorneys' Fees and Costs and the Certificate of Compliance to be filed electronically with the Clerk of Court through ECF. I further certify that a copy of the foregoing document was served electronically via the ECF system to the following parties or attorneys of record: Michael D. Kohn, Stephen M. Kohn, Aaron M. Parness, and Robert A. Hill.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/ Lawrence D. Kudej
LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa bar # AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 - fax
Larry.Kudej@usdoj.gov

/s/ Lawrence D. Kudej for

COLLEEN B. GRZEŚKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202)220-9311
(202) 22-9355 - fax
Colleen.Grezeskowiak@IC.fbi.gov

Attorneys for Defendants