**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CERTIFICATE OF WORD COUNT COMPLIANCE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE BOYLAN'S REPORT & RECOMMENDATION ON ATTORNEYS' FEES & COSTS** |
| MICHAEL MUKASEY, ***et al.*****,** | ) | |
| **Defendant.** | ) | |

I hereby certify that "Plaintiff's Response to Defendants' Objections to Magistrate Judge Boylan's Report and Recommendation on Attorneys' Fees and Costs" complies with the length limitation of D. Minn. LR LR 7.1(c) and with the type size limitation of D. Minn. LR 7.1(e). The motion contains 2,648 words, including footnotes and headings. The text is 14-point Times New Roman. The footnotes are 13-point Times New Roman. The name and version of the word processing software used to prepare the motion is Microsoft Word 2002.

Respectfully submitted,

By: __/s/_ Stephen M. Kohn___

December 19, 2007