**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-1407 (JMR/AJB)**

| | |
|---|---|
| JANE TURNER, Plaintiff, v. MICHAEL MUKASEY, *et al.* Defendants. | **CERTIFICATE OF SERVICE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE BOYLAN'S REPORT & RECOMMENDATION ON ATTORNEYS' FEES & COSTS** |

I hereby certify that on December 19, 2007, I caused a copy of Plaintiff's Response to Defendants' Objections to Magistrate Judge Boylan's Report and Recommendation on Attorneys' Fees and Costs to be served electronically with the Clerk of Court through ECF. I further certify that a copy of the foregoing document was served electronically via the ECF system to the following parties or attorneys of record:

Martha Fagg
Lawrence D. Kudej
Colleen Grzeskowiak
Bob Hill

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to non-ECF participant:

James Klimaski
Klimaski & Associates, PC
1819 L Street, NW, 7th Floor
Washington, DC, 20036

By: /s/ Stephen M. Kohn___
Stephen M. Kohn