**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | |
|---|---|
| **JANE A. T. TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **MICHAEL MUKASEY,** | ) |
| **ATTORNEY GENERAL, U.S.** | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| ________________________________ | ) |

**DEFENDANT'S REPLY TO OBJECTION TO TIMELINESS OF FILING THE RESPONSE TO MAGISTRATE'S REPORT ON FEES**

Defendant Michael Mukasey, by and through his undersigned counsel, submits this reply regarding the timeliness of filing his response to Magistrate Judge Boylan's Report and Recommendations on the attorneys' fees award (Report) in this case. Defendant files this limited reply solely for the purpose of addressing the unforseen argument raised by plaintiff in her Response to Defendant's Objections to the Report (Pl. Response).

Plaintiff urges the Court to strike defendant's objections as "jurisdictionally barred" as a result of having been filed on December 6, 2007, instead of December 5, 2007. Plaintiff's position is contrary to the electronic notice sent to the parties by the clerk of the court when the Report was filed on November 20, 2007. The notice stated, "Objections to R&R due by 12/06/2007." The clerk's notice is based on a footnote at the end of the Report where the magistrate judge stated, "Written objections shall be filed

with the Clerk of the Court and served upon opposing parties before December 6, 2007." Defendant, reading these two filing deadline notices together, understood that the filing and service deadline prescribed in the court filings for his response and objections to the Report to be close of business, December 6, 2007. Defendant's interpretation is entirely reasonable under the circumstances. However, in this case application of the Federal Rules of Civil Procedure (FRCP) and the local rules make any problems the plaintiff might have with this interpretation moot.

Electronic filing and service was used in this case. Defendant's objections and response to the Report were filed consistent with FRCP 5 (b)(2)(D) and 6 (e).[1] FRCP 6 (e) provides, "Whenever a party must or may act within a prescribed period after service and service is made under Rule 5(b)(2)(B), (C) or (D), 3 days are added after the prescribed period would otherwise expire under subdivision (a)." Service and filing by electronic means (such as was done in this case) is covered by FRCP 5 (b)(2)(D). The District of Minnesota recognizes these additional 3 days provided in the federal rules and adopts that approach in its local rules on electronic filing. See Local Rules, II. Electronic Filing and Service of Documents, (B)(4) (application of FRCP three-day rule). Application of the three-day "electronic filing" rule results in a filing deadline beyond December 6, 2007. By filing his response by close of business on December 6, 2007, defendant was timely.

---

[1]Both FRCP 5 and FRCP 6 were subject to proposed amendments effective December 1, 2007, absent contrary Congressional actions. This analysis is not affected by the proposed amendments which still apply the 3 day rule to electronic service.

Plaintiff's contention that defendant's response to the Report should be struck is an extreme and extraordinary measure under the circumstances. Moreover, plaintiff clearly suffered no prejudice to her cause or otherwise was handicapped in making her fee award argument as a result of defendant's response to the Report being filed on December 6, 2007. A late-filed complaint under the statute of limitations (as in Hallgren v. U.S. Department of Energy, 331 F.3d 588 (8th Cir. 2003), which plaintiff relies on) is readily distinguished from the circumstances here.

Defendant respectfully requests that the Court disregard plaintiff's argument of "jurisdictional bar" and "equitable tolling" as inapplicable to any issue here.

Dated: December 20, 2007

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Martha.Fagg@usdoj.gov
usao.ian-civ-dc-sc@usdoj.gov
Direct contact Email: Address:
Michelle.Schwebach@usdoj.gov

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Lawrence D. Kudej

LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa Bar #AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 (fax)
Lawrence.Kudej@usdoj.gov

/s/Colleen B. Grzeskowiak
COLLEEN B. GRZESKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202) 220-9311
(202) 220-9355 - fax
Colleen.Grzeskowiak@IC.fbi.gov

Attorneys for Defendants