**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | |
|---|---|
| **JANE A. T. TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **ALBERTO GONZALES, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

## WORD COUNT CERTIFICATE OF COMPLIANCE

I hereby certify that Defendant's Reply to Objection to Timeliness of Filing the Response to Magistrate's Report on Fees complies with the length limitation of rule LR 7.1(c) and with the type size limitation of LR 7.1(e). The Reply contains 698 words of type, font size 13. The name and version of the word processing software used to prepare the Reply is Corel WordPerfect 13, which includes all text, including headings, footnotes and quotations in the word count.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Martha.Fagg@usdoj.gov

By: /s/Lawrence D. Kudej

LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa Bar #AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 (fax)
Lawrence.Kudej@usdoj.gov

/s/Colleen B. Grzeskowiak
COLLEEN B. GRZESKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202) 220-9311
(202) 220-9355 - fax
Colleen.Grzeskowiak@IC.fbi.gov

Attorneys for Defendants