**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CERTIFICATE OF SERVICE FOR** |
| **v.** | ) | **DEFENDANT'S REPLY TO** |
| | ) | **OBJECTION TO TIMELINESS** |
| **ALBERTO GONZALES,** | ) | **OF FILING THE RESPONSE** |
| **ATTORNEY GENERAL, U.S.** | ) | **TO MAGISTRATE'S REPORT** |
| **DEPARTMENT OF JUSTICE,** | ) | **ON FEES** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

I hereby certify that on December 21, 2007, I caused the Defendant's Reply to Objection to Timeliness of Filing the Response to Magistrate's Report on Fees and the Certificate of Compliance to be filed electronically with the Clerk of Court through ECF. I further certify that a copy of the foregoing document was served electronically via the ECF system to the following parties or attorneys of records: Michael D. Kohn, Stephen M. Kohn, Aaron M. Parness and Robert A. Hill.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Martha.Fagg@usdoj.gov

By: /s/Lawrence D. Kudej

LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa Bar #AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 (fax)
Lawrence.Kudej@usdoj.gov

/s/Colleen B. Grzeskowiak
COLLEEN B. GRZESKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202) 220-9311
(202) 220-9355 - fax
Colleen.Grzeskowiak@IC.fbi.gov

Attorneys for Defendants