UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1407(JMR/AJB)

| | | |
|---|---|---|
| Jane A. T. Turner | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Mukasey et al. | ) | |

Defendant objects to the Report and Recommendation, issued November 20, 2007, by the Honorable Arthur J. Boylan, United States Magistrate Judge.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 224].

Accordingly, IT IS ORDERED that:

1. The Application for Attorneys' Fees and Costs to Klimaski & Associates, P.C. and Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. is granted [Docket No. 178] as provided herein.  Defendants shall pay to the law firm of Klimaski & Associates the amount of **$119,190.50** as attorneys' fees, and the additional amount of **$3,517.51** as expenses.  It is further Ordered that defendants shall pay to the law firm of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. the amount of **$16,747.50** as attorneys' fees, and the additional amount of **$331.54** as expenses.

2. The Petition for Attorneys' Fees and Costs by Kohn, Kohn & Colapinto, LLP, which therein incorporates claims for fees payable to the Hill Firm, as well as claims for costs and fees directly incurred by the plaintiff, is **granted** [Docket No. 173], as

provided herein.  Defendant shall pay to the law firm of Kohn, Kohn & Colapinto, LLP the amount of **$645,207.97** as attorneys' fees, and the additional amount of **$60,225.60** as expenses.  It is further Ordered that defendant shall pay to the law firm of Hill & Associates the amount of **$107,274.38** as attorneys' fees, and the additional amount of **$978.28** as expenses.  Finally, it is Ordered that defendant shall to pay to plaintiff Jane Turner the amount of **$62,852.41** as reimbursement for fees and costs paid directly by her.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   January 3rd, 2008

                                s/ James M. Rosenbaum
                                James M. Rosenbaum
                                United States Chief District Judge