✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jane A. T. Turner,

V.

Michael Mukasey et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1407 (JMR/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Application for Attorneys' Fees and Costs to Klimaski & Associates, P.C. and Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. is granted [Docket No. 178] as provided herein. Defendants shall pay to the law firm of Klimaski & Associates the amount of **$119,190.50** as attorneys' fees, and the additional amount of **$3,517.51** as expenses. It is further Ordered that defendants shall pay to the law firm of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. the amount of **$16,747.50** as attorneys' fees, and the additional amount of **$331.54** as expenses.
2. The Petition for Attorneys' Fees and Costs by Kohn, Kohn & Colapinto, LLP, which therein incorporates claims for fees payable to the Hill Firm, as well as claims for costs and fees directly incurred by the plaintiff, is **granted** [Docket No. 173], as provided herein. Defendant shall pay to the law firm of Kohn, Kohn & Colapinto, LLP the amount of **$645,207.97** as attorneys' fees, and the additional amount of **$60,225.60** as expenses. It is further Ordered that defendant shall pay to the law firm of Hill & Associates the amount of **$107,274.38** as attorneys' fees, and the additional amount of **$978.28** as expenses. Finally, it is Ordered that defendant shall to pay to plaintiff Jane Turner the amount of **$62,852.41** as reimbursement for fees and costs paid directly by her.

January 3, 2008
Date

RICHARD D. SLETTEN, CLERK

s/Janelle Zuech
(By) Janelle Zuech, Deputy Clerk