**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | |
|---|---|
| **JANE A. T. TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL, U.S.** | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SATISFACTION OF JUDGMENT

COMES NOW, the Plaintiff, Jane A. Turner, by and through attorney Kathryn M. Engdahl, and hereby acknowledges satisfaction of judgment entered in this case on January 4, 2008, for attorney fees and costs in the amount of $17,079.04 in favor of Plaintiff Jane A. Turner.

DATED this 28th day of April, 2008.

Respectfully submitted,

Kathryn M. Engdahl (AIN 163995)
Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A.
1660 S. Highway 100 #333
Minneapolis, MN 55416-1573