**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JANE A. T. TURNER,** <br> **Plaintiff,** <br> **v.** <br> **ALBERTO GONZALES, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,** <br> **Defendant.** | **Court File No. 01-cv-1407 (JMR/AJB)** <br> **CERTIFICATE OF SERVICE** |

I hereby certify that on April 28, 2008, I caused the following document:

**SATISFACTION OF JUDGMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha A. Fagg (martha.fagg@usdoj.gov)
Colleen B. Grzeskowiak (colleen.grzeskowiak@ic.fbi.gov)
Robert A. Hill (bob@roberthillandassociates.com)
Michael D. Kohn (mk@kkc.com)
Stephen M. Kohn (sk@kkc.com, ecf@kkc.com
Lawrence D. Kudej (larry.kudej@usdoj.gov)
Aaron M. Parness (ap@kkc.com, ecf@kkc.com)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: None

Dated: April 29, 2008

*s/Kathryn M. Engdahl*
Kathryn M. Engdahl (163995)