**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | |
|---|---|
| **JANE A. T. TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL, U.S.** | ) |
| **DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**SATISFACTION OF JUDGMENT**

COMES NOW, the Plaintiff, Jane A. Turner, by and through attorney James R. Klimaski, and hereby acknowledges satisfaction of judgment entered in this case on January 4, 2008, for attorney fees and costs in the amount of $122,708.01 in favor of Plaintiff Jane A. Turner.

DATED this 18th day of April, 2008.

Respectfully submitted,

JAMES R. KLIMASKI
Klimaski & Associates, P.C.
1625 Massachusetts Ave., NW, Suite 500
Washington, D.C. 20036
(202)296-5600