**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-1407 (JMR/AJB)**

| | | |
|---|---|---|
| **JANE A. T. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **ALBERTO GONZALES,** | ) | |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

I hereby certify that on May 1, 2008, I caused the Satisfaction of Judgment by James R. Klimaski to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following parties of record: Michael D. Kohn, Stephen M. Kohn, Aaron M. Parness, Robert A. Hill, Martha A. Fagg, Colleen B. Grzeskowiak, and Lawrence D. Kudej

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Martha A. Fagg

MARTHA A. FAGG
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Martha.Fagg@usdoj.gov

By:

LAWRENCE D. KUDEJ
Assistant United States Attorney
Iowa Bar #AT0004473 (admitted pro hac vice)
401 First Street S.E., Suite 400
Cedar Rapids, IA 52401-1825
(319) 363-6333
(319) 363-1990 (fax)
Lawrence.Kudej@usdoj.gov

COLLEEN B. GRZESKOWIAK
Special Assistant United States Attorney
935 Pennsylvania Avenue, N.W.
Room PA-400 North
Washington, DC 20535
(202) 220-9311
(202) 220-9355 - fax
Colleen.Grzeskowiak@IC.fbi.gov

Attorneys for Defendants